# EXHIBIT 1

1   MATTHEW KENNEY
    26 26th Avenue
2   Venice, CA 90291
3   310-490-4538
    MATTHEW KENNEY, IN PRO PER
4
5
6
7
8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                            COUNTY OF LOS ANGELES
10
    MATTHEW KENNEY, an individual,              Case No. 25STCV10740
11              Plaintiff,
                                                **COMPLAINT FOR DAMAGES AND**
12        vs.                                   **EQUITABLE RELIEF**
13  WELLS FARGO BANK, N.A., a corporation,
14              Defendant                       1. **FRAUD**
15                                              2. **AIDING AND ABETTING FRAUD**
16                                              3. **AIDING AND ABETTING**
                                                   **CONVERSION**
17                                              4. **VIOLATION OF THE CALIFORNIA**
18                                                 **BUSINESS & PROFESSIONS CODE**
19                                              5. **CONSTRUCTIVE TRUST**
20                                              6. **UNJUST ENRICHMENT**
21                                              **JURY TRIAL DEMANDED**
22
23
24
25
26
27
28

Electronically FILED by
Superior Court of California,
County of Los Angeles
4/10/2025 6:20 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By A. Munoz, Deputy Clerk

---
1

## CONTENTS

**INTRODUCTION**.................................................................................................................3

**JURISDICTION & VENUE**...............................................................................................3

**PARTIES**.............................................................................................................................4

**FACTUAL ALLEGATIONS**............................................................................................4

EXHAUSTION OF ADMINISTRATIVE REMEDIES..................................................6

**FIRST CAUSE OF ACTION**.............................................................................................6

FRAUD..............................................................................................................................6

**SECOND CAUSE OF ACTION**.......................................................................................7

AIDING AND ABETTING FRAUD.............................................................................7

**THIRD CAUSE OF ACTION**...........................................................................................7

AIDING AND ABETTING CONVERSION................................................................7

**FOURTH CAUSE OF ACTION**.......................................................................................8

VIOLATION OF CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200........................8

**FIFTH CAUSE OF ACTION**............................................................................................8

CONSTRUCTIVE TRUST.............................................................................................8

**SIXTH CAUSE OF ACTION**...........................................................................................9

UNJUST ENRICHMENT................................................................................................9

**DAMAGES**........................................................................................................................10

**PRAYER FOR RELIEF**...................................................................................................11

**DEMAND FOR JURY TRIAL**.......................................................................................14

Plaintiff, Matthew Kenney, alleges on the basis of personal knowledge and/or information and belief:

## INTRODUCTION

1. This is an action for damages and equitable relief arising from Wells Fargo Bank, N.A.'s ("Wells Fargo") acceptance, facilitation, and failure to detect or prevent the Plaintiff's identity theft and

the laundering of hundreds of thousands of dollars in funds stolen from Plaintiff's businesses using that stolen identity.

2. Over a two-year period, Plaintiff's former employee orchestrated a sophisticated scheme to wire large sums of money from Plaintiff's accounts at Bank of America, JPMorgan Chase, and California Bank & Trust to personal accounts and shell company accounts he held at Wells Fargo.

3. Despite numerous red flags—including the use of shell companies, sudden large wire transfers, repetitive and patterned transactions, and rapid withdrawals—Wells Fargo failed to file Suspicious Activity Reports (SARs), conduct adequate due diligence, or take reasonable steps to prevent or investigate the illicit activity.

4. As a result, Wells Fargo enabled and profited from a multi-year embezzlement scheme that caused substantial financial harm to Plaintiff. Wells Fargo now disclaims any responsibility, asserting that it had no duty to act.

5. However, under federal and state law, and pursuant to its own internal compliance obligations, Wells Fargo had a duty to monitor, report, and prevent suspicious activity, especially in light of the scope and pattern of the transactions.

6. This Complaint seeks compensatory and punitive damages, restitution, and the imposition of a constructive trust, to remedy Wells Fargo's wrongful conduct.

7. Defendant knowingly and recklessly failed to implement proper security measures, violated California and Federal consumer protection laws, and obstructed recovery efforts despite clear evidence of fraud and unauthorized activity.

## JURISDICTION & VENUE

8. This court may exercise jurisdiction over nonresidents "on any basis not inconsistent with the Constitution of this state or of the United States." Code Civ. Proc., § 410.10.

9. Plaintiff is a resident of the County of Los Angeles, California, where the following causes of action took place.

10. Defendant regularly conducts business in California and has engaged in fraudulent and negligent activities that directly harmed a California resident. According to the Wells Fargo website, there are 11 Wells Fargo banks in Los Angeles, CA and 25 Wells Fargo ATM locations. See Exh. A.

3

11. Venue is proper in this Court under Code Civ. Proc. § 395(a) because the wrongful acts and resulting harm occurred in Los Angeles County, where Plaintiff resides and conducted business..

## PARTIES

12. *Plaintiff:* Matthew Kenney, CEO of MK Cuisine Global, LLC, a California resident and business owner, is the victim of identity theft and fraud.

13. *Defendant:* Wells Fargo Bank, N.A. is a South Dakota corporation with a principal place of business located at 101 North Phillips Avenue, Sioux Falls, South Dakota. Defendant supplies individuals and businesses with banking services throughout the United States.

## FACTUAL ALLEGATIONS

14. Plaintiff's former employee, Mr. Matthew Bronfeld, misused Plaintiff's identity to access funds and open or control accounts. Although some accounts were initially opened under Plaintiff's legitimate authority, Mr. Bronfeld subsequently altered access controls and misused Plaintiff's personal identifying information and credentials to execute unauthorized transfers and assume effective control.

15. Through a series of at least 32 unauthorized wire transfers, Defendant aided Mr. Bronfeld in embezzling at least $608,082.24 between April 23, 2021 and August 23, 2022. These are only the transactions that have been identified thus far, without the aid of discovery, within the four years prior to filing this lawsuit. See Exh. B.

16. Defendant received notice of an initial audit of the fraud which uncovered $598,500.00 in fraudulent wire transfers into Wells Fargo accounts back on November 10, 2024. See Exh. C for a copy of this email and its attachment identifying these transactions which range from $5,000.00 at the lowest to $50,000.00 at a time all ranging from February 25, 2021 to December 31, 2021.

17. Also attached to this email was a demand letter explaining the recent uncovering wire transfers into a shell entity "AKNV, LLC" with the account number 5990472861 and that the funds were the rightful property of MK Cuisine Global, LLC. It was further requested in this letter Defendant identify any other shell companies that stole MK Cuisine Global, LLC funds, freeze those account(s), return those stolen funds, investigate those transfers, provide all documentation of the

4

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

1   accounts and transactions in compliance with the Know Your Customer regulations, and take all

2   other steps legally necessary to recover those funds. See Exh. D.

3   18. What was not explicitly stated in this demand letter was that Plaintiff's identity was the one that

4   had been personally stolen. As a result of Defendant's failure to act as requested or even respond

5   to this letter, Plaintiff's reputation tanked. He was held personally responsible for the financial

6   struggles that resulted from Mr. Bronfeld's embezzlement because Plaintiff had been the only one

7   permitted to open accounts on behalf of MK Cuisine Global, LLC, a company quite literally

8   named after Plaintiff. As this company and other companies Plaintiff took part in fell apart as a

9   result of the identity theft and subsequent fraud and embezzlement, Plaintiff's name became

10  tainted and he lost business opportunities worth millions and has been struggling to rebuild a

11  name for himself ever since. Even those closest to Plaintiff have apologized for refusing to do

12  business with him because they are fearful the projects would fail if associated with his "bad

13  name". See Exh. E.

14  19. Plaintiff has also identified personal accounts of Mr. Bronfeld's which have received fraudulently

15  converted funds of around $200,000.00, though at this time they are not well organized enough to

16  attach as a separate exhibit. That said, Plaintiff is preparing to audit records again and, with the

17  help of Wells Fargo discovery, it is undoubted this number will rise and more accounts at Wells

18  Fargo which were used to launder money will be discovered.

19  20. Even after being alerted of the fraud, Defendant failed to investigate, let alone recover the funds

20  from the accounts identified by Plaintiff. Defendant violated multiple anti-fraud banking laws,

21  including:

22  a. California's Unfair Competition Law (Business and Professions Code § 17200) - by partaking

23  in conduct that constitutes fraudulent, unfair, and unlawful business practices.

24  b. Identity Theft Enforcement and Restitution Act of 2008 (18 U.S.C. § 1028) - by failing to act

25  upon identification of fraud and through facilitation of the fraudulent activity.

26  c. The Anti-Money Laundering Act (AMLA) – By failing to monitor, detect, and report

27  fraudulent transactions.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

d. Know Your Customer (KYC) Requirements – By allowing a fraudulent account activity to be taken without proper verification of the account user's authorization to take such action.

e. Bank Secrecy Act (BSA) – By neglecting suspicious activity reporting obligations.

21. Despite being legally required to detect fraud, Defendant failed to provide truthful, timely, or responsive information to the CFPB regarding the fraud, willfully refusing to take action on identified fraudulent activities, failing to maintain communication with a consumer victim of fraud, and by actively obstructing investigations.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

22. Prior to filing this action, Plaintiff exhausted administrative remedies by submitting a demand letter which was effectively ignored, followed by a complaint with the consumer financial protection bureau, which resulted in the same. Instead of aiding in the Plaintiff's investigative and correctional efforts upon discovering the fraud he fell victim to, evidence shows that Defendant instead obstructed efforts to mitigate damages, often blatantly ignoring Plaintiff's concerns. See Exhibits C–D.

## FIRST CAUSE OF ACTION

## FRAUD

23. The allegations set forth in paragraphs 1 through 22 are re-alleged and incorporated by reference all preceding paragraphs.

24. Defendant knowingly misrepresented material facts regarding:

a. Its fraud detection and prevention mechanisms.

b. Its due diligence in monitoring suspicious transactions.

c. Its willingness to cooperate with customers in recovering funds.

d. Its concern for the safety of customer accounts.

e. Its verification of account entities and users.

f. Its devotion to notifying customers of suspicious activity.

g. Its assurance of communication and timely responses with customers filing complaints and other claims.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

25. Defendant provided false, misleading, and deceptive statements to the public about its compliance with state and federal laws as well as their own online access agreement. See Exh. F and Exh. G.

26. Plaintiff reasonably relied on Defendant's misrepresentations, leading to delayed recovery efforts and significant financial harm.

## SECOND CAUSE OF ACTION
## AIDING AND ABETTING FRAUD

27. The allegations set forth in paragraphs 1 through 26 are re-alleged and incorporated by reference all preceding paragraphs.

28. A bank is liable for aiding and abetting fraud where it had actual knowledge that fraudulent transactions were occurring but failed to take action to stop or remedy them. *Casey v. U.S. Bank Nat'l Ass'n*, 127 Cal. App. 4th 1138 (2005) (bank aiding and abetting fraud claim allowed where bank knew of fraudulent conduct and substantially assisted it).

29. Defendant substantially assisted the fraud by:

    a.  Allowing unauthorized financial accounts to be created.

    b.  Processing fraudulent transactions without proper review.

    c.  Obstructing Plaintiff's attempts to recover stolen funds.

30. Plaintiff repeatedly notified Defendant of all known fraudulent transactions, both through their legal department and by submitting a complaint with CFPB, and even went so far as providing a preliminary spreadsheet detailing the fraudulent transactions for the original fraudulent entity identified back in November of 2024. Despite Plaintiff going above and beyond to investigate the transactions, Defendant failed to take any action that would have mitigated Plaintiff's damages to his businesses, career, and personal and professional reputation.

31. Defendant's actions aided and abetted the perpetration of financial fraud, making them jointly and severally liable for Plaintiff's damages.

## THIRD CAUSE OF ACTION
## AIDING AND ABETTING CONVERSION

32. The allegations set forth in paragraphs 1 through 31 are re-alleged and incorporated by reference all preceding paragraphs.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

33. Plaintiff had a right to possess and control the funds that were transferred into the Wells Fargo accounts under fraudulent use of Plaintiff's personal identity.

34. The former employee wrongfully took those funds, converting them for personal use.

35. Wells Fargo enabled this conversion by facilitating the transfer and withdrawal of stolen funds.

36. Wells Fargo's actions constitute aiding and abetting conversion.

## FOURTH CAUSE OF ACTION

### VIOLATION OF CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200

37. The allegations set forth in paragraphs 1 through 36 are re-alleged and incorporated by reference all preceding paragraphs.

38. "Congress has legislated in the field of banking from the days of *McCulloch v. Maryland*, 17 U.S.316, 325-26, 426-27, 4 L. Ed. 579 (1819), creating an extensive federal statutory and regulatory scheme." *Bank of America v. City & County of San Francisco*, 309 F.3d 551, 558 (9th Cir. 2002).

39. 31 C.F.R. §§ 1020.320(a)(2)(i)-(iii) established that a willful failure to investigate unusual account activity despite internal alerts may support civil liability claims. "Where Congress has directed an administrator to exercise his discretion, his judgments are subject to judicial review only to determine whether he has exceeded his statutory authority or acted arbitrarily." *Fidelity Federal Sav. & Loan Ass'n v. de la Cuesta*, 458 U.S. 141, 152-53 (1982).

40. Wells Fargo engaged in unlawful and unfair business practices by failing to detect or prevent fraudulent activity despite clear warning signs. In fact, even after being alerted to a series of fraudulent transactions and being given the bank account number they were traced to, Defendant didn't so much as respond with an assurance of an investigation into the matter, let alone recovery efforts.

41. Wells Fargo's practices allowed fraud to flourish and caused harm to Plaintiff and the public.

42. Plaintiff hereby seeks restitution and injunctive relief.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

## FIFTH CAUSE OF ACTION

### CONSTRUCTIVE TRUST

43. The allegations set forth in paragraphs 1 through 42 are re-alleged and incorporated by reference all preceding paragraphs.

44. Wells Fargo and its account holder, Mr. Bronfeld, wrongfully received and now possess funds rightfully belonging to Plaintiff.

45. Equity requires the imposition of a constructive trust over these funds which were illegally transferred using Plaintiff's identity.

46. To recover under a constructive trust, there must be a specific property or interest in property that is the subject of the claim. *Klein v. Chevron U.S.A., Inc.*, 202 Cal. App. 4th 1342 (2012).

47. Here, there are two spreadsheets, one of which was shared with Defendant as early as November, 2024 detailing early audits of the fraud. In an accompanying letter, the account number these amounts were sent to as well as the name of the "entity" of the account was also identified for Defendant.

48. Since then, Plaintiff has identified more entities within Wells Fargo accounts and more transactions, as are detailed in a second spreadsheet. More will likely be identified through discovery as Defendant refused to cooperate with early investigative requests, as detailed in the previously mentioned demand letter.

49. The Plaintiff (the person seeking the constructive trust) must demonstrate a right to the property in order to recover. Plaintiff was only able to identify as many fraudulent transactions leading to Wells Fargo accounts as he has because the wire transfers had come from accounts in which he was the authorized representative.

50. As the victim of identity theft, Plaintiff is authorized to recover the constructive trust as only he could have authorized the release of those funds to begin with. He did not. As such, they must be returned.

51. The Defendant (the person holding the property) must have acquired or detained the property through wrongful means.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

52. Here, Defendant should have been aware that the accounts created by Mr. Bronfeld were fraudulent either as shell companies or stolen identity. Further, if Defendant had been compliant with state and federal laws, the wire transfers would have been flagged as suspicious and investigated to uncover their illegal purpose. At the very least, any and all funds that could have been tracked down and recovered after receiving notice back in November of 2024 have been wrongfully detained by Defendant and must be turned over to Plaintiff.

## SIXTH CAUSE OF ACTION

### UNJUST ENRICHMENT

53. The allegations set forth in paragraphs 1 through 52 are re-alleged and incorporated by reference all preceding paragraphs.

54. Defendant profited from their misconduct, including:

    a.  Fees and transaction charges collected from fraudulent transfers.

55. It would be unjust and inequitable for Defendant to retain these profits while Plaintiff suffers significant financial harm. See Exh. H for a copy of Defendant's Online Banking Fees. Any and all of these fees received by Defendant from transactions resulting from the money laundering and Plaintiff's identity theft are unjust enrichment and thereby recoverable.

56. Plaintiff seeks disgorgement of Defendant's ill-gotten gains and full restitution of all unlawfully retained funds.

## DAMAGES

As a direct and proximate result of Defendant's wrongful conduct, Plaintiff has suffered severe economic and reputational harm. The damages include, but are not limited to:

1.  Compensatory Damages

    a.  Restitution in an amount not less than $800,000 plus all additional damages not less than $1,000,000 resulting from Defendant's fraud, aiding and abetting fraud, aiding and abetting conversion, constructive trust, and unjust enrichment, to include:

        i.  Lost opportunities.

        ii.  Reputational damage.

        iii.  Consequential & Incidental Damages

       iv.   Costs incurred in attempting to recover stolen funds, including time, labor, and operational disruptions.

       v.   Regulatory fines and compliance costs caused by Defendant' mismanagement of fraud detection and reporting obligations.

  b.  10% annual interest for up to four years on all sums awarded.

2. Punitive Damages

  a.  Defendant's conduct was willful, reckless, and in conscious disregard of Plaintiff's rights.

  b.  Defendant's misrepresentations, obstruction, and facilitation of fraud warrants significant punitive damages to deter future misconduct.

  c.  Punitive damages in an amount to be determined by a jury but not less than three times compensatory damages.

3. Injunctive Relief

  a.  Defendant knowingly violated Federal consumer financial laws and as such Plaintiff is subject to Relief under 12 U.S.C. § 5565(a)(1) which may include, without limitation;

       i.   rescission or reformation of contracts;

       ii.   refund of moneys or return of real property;

       iii.   restitution;

       iv.   disgorgement or compensation for unjust enrichment;

       v.   payment of damages or other monetary relief;

       vi.   public notification regarding the violation, including the costs of notification;

       vii.   limits on the activities or functions of the person; and

       viii.   civil money penalties, as set forth more fully in subsection "c", which specifies that when a Defendant knowingly violates a Federal consumer financial law, a civil penalty of up to $1,000,000 for each day during which such violation continues may be granted.

4. Legal Fees & Costs

11

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

a. Plaintiff has been forced to pursue legal action against Defendant after several attempts to arbitrate and now seeks recovery of all legal fees and court costs.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in Plaintiff's favor and against Defendant, awarding the following relief:

1. Restitution in an amount not less than $800,000, plus all additional damages not less than $1,000,000 resulting from Defendant's negligence, breach of contract, breach of fiduciary duty, and fraud, to include:
   a. Lost opportunities.
   b. Reputational damage.
   c. Consequential & Incidental Damages
   d. Costs incurred in attempting to recover stolen funds, including time, labor, and operational disruptions.
   e. Regulatory fines and compliance costs caused by Defendant' mismanagement of fraud detection and reporting obligations.

2. Pre- and post-judgment interest at the rate of 10% per annum for up to four years on all sums awarded.

3. Punitive damages in an amount to be determined by a jury but not less than three times compensatory damages.

4. Additional statutory damages under all state and federal laws determined to have been violated at trial.

5. Full reimbursement of all legal fees and costs incurred in seeking redress for Defendant' wrongful actions.

6. An order requiring Defendant to implement corrective measures, including:
   a. Strengthened fraud detection in accordance with Federal Identity Theft Laws, KYC, and CCPA compliance.
   b. Enhanced AMLA and BSA compliance policies and enforcement.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

c.   Transparent cooperation with fraud victims and regulatory authorities, to include better communication channels with all Bank of America account holders.

d.   Notice to current Wells Fargo customers of Defendant's failure to abide by these laws giving customers an opportunity to evaluate the security of their own accounts and ensure their identities have not been illegally used across Defendant's platform.

e.   Additional identity theft investigative measures upon notice from a customer that fraud has taken place.

7.   Any additional relief the Court deems just and proper.

Dated this 10th day of April, 2025                    _____

                                                MATTHEW KENNEY

                                                IN PRO PER

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

# **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all issues so triable.

Dated this 10th day of April, 2025

MATTHEW KENNEY

IN PRO PER

14

# EXHIBIT A

**WELLS FARGO**

## ATM and Banking Locations - Search Results

1  **Bank + ATM | 0.24 miles**
**LITTLE TOKYO**
232 E 2ND ST STE G
LOS ANGELES, CA, 90012
Phone: 213-335-6549

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat-Sun closed

**ATMs (3)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

2  **Bank + ATM | 0.49 miles**
**LOS ANGELES MAIN**
333 S GRAND AVE 1ST FL
LOS ANGELES, CA, 90071
Phone: 213-253-6600

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat-Sun closed

**ATMs (2)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

3  **Bank + ATM | 0.82 miles**
**FIRST INTERSTATE TOWER**
707 WILSHIRE BLVD 1ST FL
LOS ANGELES, CA, 90017
Phone: 213-614-2707

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat-Sun closed

**ATMs (2)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

4  **Bank + ATM | 0.87 miles**
**8TH & GRAND**
750 S GRAND AVE STE 20
LOS ANGELES, CA, 90017
Phone: 213-334-4364

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat-Sun closed

**ATMs (2)**
Hours vary
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

5  **Bank + ATM | 1.25 miles**
**WILSHIRE-LUCAS**
1200 WILSHIRE BLVD
LOS ANGELES, CA, 90017
Phone: 213-483-2681

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat 09:00 AM-12:00 PM
Sun closed

**ATMs (4)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

6  **Bank + ATM | 1.29 miles**
**MARKET & PRODUCE**
1244 E 8TH ST
LOS ANGELES, CA, 90021
Phone: 213-673-2000

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat-Sun closed

**ATMs (1)**
Hours vary
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

7  **Bank + ATM | 2.39 miles**
**ADAMS & BROADWAY**
141 W ADAMS BLVD
LOS ANGELES, CA, 90007
Phone: 213-745-7208

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat 09:00 AM-12:00 PM
Sun closed

**ATMs (5)**
24 hours
**ATM Deposit Cutoff**

4/10/25, 12:20 PM                                     Bank and ATM Locations in Los Angeles CA - Wells Fargo

Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

8  **Bank + ATM | 2.82 miles**
**KOREATOWN**
3150 WILSHIRE BLVD
LOS ANGELES, CA, 90010
Phone: 213-296-2000

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat-Sun closed

**ATMs (4)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

9  **Bank + ATM | 3.54 miles**
**WHITTIER & INDIANA**
3800 WHITTIER BLVD
LOS ANGELES, CA, 90023
Phone: 323-264-1460

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat-Sun closed

**ATMs (5)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

10  **Bank + ATM | 3.63 miles**
**VERNON MAIN**
4580 PACIFIC BLVD
VERNON, CA, 90058
Phone: 323-586-8725

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat-Sun closed

**ATMs (2)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 08:00 PM same day
Sat-Sun & holidays: Next business day

---

11  **Bank + ATM | 3.66 miles**
**SILVER LAKE**
2544 GLENDALE BLVD
LOS ANGELES, CA, 90039
Phone: 323-499-4345

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat-Sun closed

**ATMs (3)**
Hours vary
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day



**Questions about banking, mortgage, and investment services?**

4/10/25, 12:20 PM                         Bank and ATM Locations in Los Angeles CA - Wells Fargo

Call 1-800-869-3557, 24 hours a day - 7 days a week

Small business customers 1-800-225-5935
24 hours a day - 7 days a week

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and
non-bank affiliates of Wells Fargo & Company.

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

Equal Housing Lender

© 1999 - 2025 Wells Fargo. NMLSR ID 399801

4/10/25, 12:20 PM                         Bank and ATM Locations in Los Angeles CA - Wells Fargo

# WELLS FARGO

## ATM and Banking Locations - Search Results

---

1  **Bank + ATM | 0.24 miles**
**LITTLE TOKYO**
232 E 2ND ST STE G
LOS ANGELES, CA, 90012
Phone: 213-335-6549

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat-Sun closed

**ATMs (3)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

2  **ATM | 0.4 miles**
**LA MUSIC CENTER**
135 N GRAND AVE
LOS ANGELES, CA, 90012
Phone: 800-869-3557

**Features**
Envelope-Free<sup>SM</sup> ATM
Digital wallet access

**ATMs (1)**
Hours vary

**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

3  **ATM | 0.43 miles**
**UNION STATION**
800 N ALAMEDA ST
LOS ANGELES, CA, 90012
Phone: 800-869-3557

**Features**
ATM Withdrawals only - no deposits
Digital wallet access

**ATMs (1)**
24 hours

---

4  **Bank + ATM | 0.49 miles**
**LOS ANGELES MAIN**
333 S GRAND AVE 1ST FL
LOS ANGELES, CA, 90071
Phone: 213-253-6600

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat-Sun closed

**ATMs (2)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

5  **Bank + ATM | 0.82 miles**
**FIRST INTERSTATE TOWER**
707 WILSHIRE BLVD 1ST FL
LOS ANGELES, CA, 90017
Phone: 213-614-2707

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat-Sun closed

**ATMs (2)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

6  **Bank + ATM | 0.87 miles**
**8TH & GRAND**
750 S GRAND AVE STE 20
LOS ANGELES, CA, 90017
Phone: 213-334-4364

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat-Sun closed

**ATMs (2)**
Hours vary
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

7  **Bank + ATM | 1.25 miles**
**WILSHIRE-LUCAS**
1200 WILSHIRE BLVD
LOS ANGELES, CA, 90017
Phone: 213-483-2681

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat 09:00 AM-12:00 PM
Sun closed

**ATMs (4)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

4/10/25, 12:20 PM                                         Bank and ATM Locations in Los Angeles CA - Wells Fargo

---

8  **Bank + ATM | 1.29 miles**

**MARKET & PRODUCE**
1244 E 8TH ST
LOS ANGELES, CA, 90021
Phone: 213-673-2000

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat-Sun closed

**ATMs (1)**
Hours vary

**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

9  **ATM | 1.62 miles**

**W 3RD ST NUMERO UNO**
1831 W 3RD ST
LOS ANGELES, CA, 90057
Phone: 800-869-3557

**Features**
Envelope-Free$^{SM}$ ATM
Digital wallet access

**ATMs (1)**
Hours vary

**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

10  **ATM | 1.83 miles**

**OLYMPIC UNION**
1625 W OLYMPIC BLVD
LOS ANGELES, CA, 90015
Phone: 800-869-3557

**Outage Alert**
Unavailable: ATMs
**Features**
Envelope-Free$^{SM}$ ATM
Digital wallet access

**ATMs (2)**
24 hours

**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

11  **ATM | 2.11 miles**

**SAN PEDRO ST NUMERO UNO**
2214 S SAN PEDRO ST
LOS ANGELES, CA, 90011
Phone: 800-869-3557

**Features**
Envelope-Free$^{SM}$ ATM
Digital wallet access

**ATMs (1)**
Hours vary

**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

12  **ATM | 2.13 miles**

**SILVER LAKE**
2134 W SUNSET BLVD
LOS ANGELES, CA, 90026
Phone: 800-869-3557

**Features**
Envelope-Free$^{SM}$ ATM
Digital wallet access

**ATMs (1)**
24 hours

**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

13  **ATM | 2.18 miles**

**NORTH ALVARADO**
1342 N ALVARADO ST
LOS ANGELES, CA, 90026
Phone: 800-869-3557

**Features**
Envelope-Free$^{SM}$ ATM
Digital wallet access

**ATMs (1)**
Hours vary

**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

14  **Bank + ATM | 2.24 miles**

**within DALY STREET**
2511 DALY ST
LOS ANGELES, CA, 90031
Phone: 323-222-2912

[ Make an Appointment ]

**Lobby Hours**
Mon-Fri 09:00 AM-05:00 PM
Sat 09:00 AM-02:00 PM
Sun closed

**ATMs (3)**
Hours vary
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

15  **ATM | 2.31 miles**

**ALVARADO ST NUMERO UNO**
1309 ALVARADO ST

**Features**
Envelope-Free$^{SM}$ ATM

---

4/10/25, 12:20 PM                                    Bank and ATM Locations in Los Angeles CA - Wells Fargo

LOS ANGELES, CA, 90006                               Digital wallet access
Phone: 800-869-3557
                                                     **ATMs (1)**
                                                     Hours vary

                                                     **ATM Deposit Cutoff**
                                                     Mon-Fri 09:00 PM same day
                                                     Sat-Sun & holidays: Next business day

---

16  **ATM | 2.35 miles**                             **Features**
**HOOVER & OLYMPIC**                                 Envelope-Free$^{SM}$ ATM
1091 S HOOVER ST
LOS ANGELES, CA, 90006                               Digital wallet access
Phone: 800-869-3557
                                                     **ATMs (1)**
                                                     Hours vary

                                                     **ATM Deposit Cutoff**
                                                     Mon-Fri 09:00 PM same day
                                                     Sat-Sun & holidays: Next business day

---

17  **Bank + ATM | 2.39 miles**                      **Lobby Hours**
**ADAMS & BROADWAY**                                 Mon-Fri 09:00 AM-05:00 PM
141 W ADAMS BLVD
LOS ANGELES, CA, 90007                               Sat 09:00 AM-12:00 PM
Phone: 213-745-7208                                  Sun closed

Make an Appointment                                  **ATMs (5)**
                                                     24 hours
                                                     **ATM Deposit Cutoff**
                                                     Mon-Fri 09:00 PM same day
                                                     Sat-Sun & holidays: Next business day

---

18  **ATM | 2.66 miles**                             **Features**
**FIGUEROA OFFSITE**                                 Envelope-Free$^{SM}$ ATM
2801 S FIGUEROA ST
LOS ANGELES, CA, 90007                               Digital wallet access
Phone: 800-869-3557
                                                     **ATMs (2)**
                                                     24 hours

                                                     **ATM Deposit Cutoff**
                                                     Mon-Fri 09:00 PM same day
                                                     Sat-Sun & holidays: Next business day

---

19  **Bank + ATM | 2.82 miles**                      **Lobby Hours**
**KOREATOWN**                                        Mon-Fri 09:00 AM-05:00 PM
3150 WILSHIRE BLVD
LOS ANGELES, CA, 90010                               Sat-Sun closed
Phone: 213-296-2000
                                                     **ATMs (4)**
Make an Appointment                                  24 hours
                                                     **ATM Deposit Cutoff**
                                                     Mon-Fri 09:00 PM same day
                                                     Sat-Sun & holidays: Next business day

---

20  **ATM | 2.83 miles**                             **Features**
**JEFFERSON BLVD NUMERO UNO**                        Envelope-Free$^{SM}$ ATM
701 E JEFFERSON BLVD
LOS ANGELES, CA, 90011                               Digital wallet access
Phone: 800-869-3557
                                                     **ATMs (1)**
                                                     Hours vary

                                                     **ATM Deposit Cutoff**
                                                     Mon-Fri 09:00 PM same day
                                                     Sat-Sun & holidays: Next business day

---

21  **ATM | 3.34 miles**                             **Features**
**FAMILY FARMS MARKET**                              Envelope-Free$^{SM}$ ATM
4322 S CENTRAL AVE
LOS ANGELES, CA, 90011                               Digital wallet access
Phone: 800-869-3557
                                                     **ATMs (3)**
                                                     Hours vary

                                                     **ATM Deposit Cutoff**
                                                     Mon-Fri 09:00 PM same day
                                                     Sat-Sun & holidays: Next business day

---

22  **ATM | 3.36 miles**                             **Features**
**CESAR E CHAVEZ SUPERIOR OFFSITE ATM**              Envelope-Free$^{SM}$ ATM
3600 E CESAR E CHAVEZ AVE
LOS ANGELES, CA, 90063                               Digital wallet access
Phone: 800-869-3557
                                                     **ATMs (1)**
                                                     06:00 AM-10:00 PM

4/10/25, 12:20 PM                    Bank and ATM Locations in Los Angeles CA - Wells Fargo

ATM Deposit Cutoff
Mon-Fri 09:00 PM same day
Sat-Sun & holidays: Next business day

---

23 **Bank + ATM | 3.54 miles**                    **Lobby Hours**
**WHITTIER & INDIANA**                            Mon-Fri 09:00 AM-05:00 PM
3800 WHITTIER BLVD                                Sat-Sun closed
LOS ANGELES, CA, 90023
Phone: 323-264-1460                               **ATMs (5)**
                                                  24 hours
[ Make an Appointment ]                           **ATM Deposit Cutoff**
                                                  Mon-Fri 09:00 PM same day
                                                  Sat-Sun & holidays: Next business day

---

24 **Bank + ATM | 3.63 miles**                    **Lobby Hours**
**VERNON MAIN**                                   Mon-Fri 09:00 AM-05:00 PM
4580 PACIFIC BLVD                                 Sat-Sun closed
VERNON, CA, 90058
Phone: 323-586-8725                               **ATMs (2)**
                                                  24 hours
[ Make an Appointment ]                           **ATM Deposit Cutoff**
                                                  Mon-Fri 09:00 PM same day
                                                  Sat-Sun & holidays: Next business day

---

25 **Bank + ATM | 3.66 miles**                    **Lobby Hours**
**SILVER LAKE**                                   Mon-Fri 09:00 AM-05:00 PM
2544 GLENDALE BLVD                                Sat-Sun closed
LOS ANGELES, CA, 90039
Phone: 323-499-4345                               **ATMs (3)**
                                                  Hours vary
[ Make an Appointment ]                           **ATM Deposit Cutoff**
                                                  Mon-Fri 09:00 PM same day
                                                  Sat-Sun & holidays: Next business day



---

**Questions about banking, mortgage, and investment services?**

Call 1-800-869-3557, 24 hours a day - 7 days a week

Small business customers 1-800-225-5935
24 hours a day - 7 days a week

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

Equal Housing Lender

Bank and ATM Locations in Los Angeles CA - Wells Fargo

© 1999 - 2025 Wells Fargo. NMLSR ID 399801

Beginning of popup

**Make an appointment**

These locations allow you to schedule an appointment to meet with a Wells Fargo banker at a time that works for you.

End of popup

# EXHIBIT B

| Table 1 | | | | | |
|---|---|---|---|---|---|
| AKNV LLC, PLANTED HOSPITALITY AND MATTHEW | | | | | |
| | 04/23/21 | 25,000.00 | WIRE TO WELLS FARGO | MKCG BOA 1468 | AKNV |
| | 04/26/21 | 15,000.00 | WIRE TO WELLS FARGO | CJFM BOA 8.29 | AKNV |
| | 05/24/21 | 5,000.00 | WIRE TO WELLS FARGO | NFM CBT | AKNV |
| | 05/26/21 | 5,000.00 | WIRE TO WELLS FARGO | NFM CBT | AKNV |
| | 06/01/21 | 20,000.00 | WIRE TO WELLS FARGO | MKCG BOA 1468 | AKNV |
| | 06/01/21 | 28,000.00 | WIRE TO WELLS FARGO | MKCG BOA 1468 | AKNV |
| | 08/07/21 | 30,000.00 | WIRE TO WELLS FARGO | MKCG BOA 1468 | AKNV |
| | 06/30/21 | 10,000.00 | WIRE TO WELLS FARGO | NFM CBT | AKNV |
| | 07/01/21 | 40,000.00 | WIRE TO WELLS FARGO | NFM BOA | AKNV |
| | 07/02/21 | 50,000.00 | WIRE TO WELLS FARGO | NFM BOA | AKNV |
| | 07/06/21 | 22,000.00 | WIRE TO WELLS FARGO | NFM BOA | AKNV |
| | 07/06/21 | 40,000.00 | WIRE TO WELLS FARGO | MKCFF BOA | AKNV |
| | 07/09/21 | 10,000.00 | WIRE TO WELLS FARGO | SCEN NYC BOA | AKNV |
| | 07/12/21 | 10,000.00 | WIRE TO WELLS FARGO | NFM CBT | AKNV |
| | 08/06/21 | 20,000.00 | WIRE TO WELLS FARGO | 1245 PB Cuisine BOA | AKNV |
| | 11/12/21 | 23,000.00 | WIRE TO WELLS FARGO | MKCG 1468 BOA | AKNV |
| | 11/23/21 | 8,000.00 | WIRE TO WELLS FARGO | HALB CBT | PLANTED HOSPITALITY |
| | 12/09/21 | 12,124.13 | WIRE TO WELLS FARGO | NFM CBT | BRONFELD |
| | 12/15/21 | 12,971.53 | WIRE TO WELLS FARGO | NFM CBT | BRONFELD |
| | 12/21/21 | 2,000.00 | WIRE TO WELLS FARGO | NFM CBT | BRONFELD |
| | 12/23/21 | 20,000.00 | WIRE TO WELLS FARGO | MKCG 1468 BOA | AKNV |
| | 12/24/21 | 30,000.00 | WIRE TO WELLS FARGO | MKCG 1468 BOA | AKNV |
| | 12/27/21 | 30,000.00 | WIRE TO WELLS FARGO | NFM CBT | AKNV |
| | 12/27/21 | 35,000.00 | WIRE TO WELLS FARGO | NFM CBT | BRONFELD |
| | 12/28/21 | 8,500.00 | WIRE TO WELLS FARGO | MKCFF BOA | AKNV |
| | 12/28/21 | 5,000.00 | WIRE TO WELLS FARGO | NFM CBT | AKNV |
| | 12/31/21 | 14,000.00 | WIRE TO WELLS FARGO | NFM CBT | AKNV |
| | 01/03/22 | 12,000.00 | WIRE TO WELLS FARGO | FFI CBT | BRONFELD |
| | 03/01/22 | 10,000.00 | WIRE TO WELLS FARGO | PBRC | BRONFELD |
| | 03/10/22 | 5,991.37 | WIRE TO WELLS FARGO | NFM CBT | BRONFELD |
| | 04/13/22 | 40,000.00 | WIRE TO WELLS FARGO | NFM CBT | BRONFELD |
| | 05/17/22 | 4,000.00 | WIRE TO WELLS FARGO | NFM CBT | BRONFELD |
| | 08/23/22 | 5,495.21 | WIRE | NFM CBT | BRONFELD |
| | | 608,082.24 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# EXHIBIT C

Table 1

| WELLS FARGO ACCOUNT 5990472846 | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | 02/25/21 | 11,000.00 | WIRE TO WELLS FARGO | MKCG BOA 1468 |
| | 03/11/21 | 16,000.00 | WIRE TO WELLS FARGO | MKCFF BOA |
| | 03/11/21 | 25,000.00 | WIRE TO WELLS FARGO | XYST CBT |
| | 03/12/21 | 15,000.00 | WIRE TO WELLS FARGO | MKCG BOA |
| | 03/22/21 | 20,000.00 | WIRE TO WELLS FARGO | CJFM CBT |
| | 03/26/21 | 15,000.00 | WIRE TO WELLS FARGO | XYST CBT |
| | 03/29/21 | 10,000.00 | WIRE TO WELLS FARGO | CJFM CBT |
| | 03/31/21 | 16,000.00 | WIRE TO WELLS FARGO 8.26 | MKCFF BOA |
| | 04/02/21 | 10,000.00 | WIRE TO WELLS FARGO | MKCG BOA |
| | 04/23/21 | 25,000.00 | WIRE TO WELLS FARGO | MKCG BOA |
| | 04/26/21 | 15,000.00 | WIRE TO WELLS FARGO 8.29 | CJFM BOA |
| | 05/24/21 | 5,000.00 | WIRE TO WELLS FARGO | NFM CBT |
| | 05/26/21 | 5,000.00 | WIRE TO WELLS FARGO | NFM CBT |
| | 06/01/21 | 20,000.00 | WIRE TO WELLS FARGO | MKCG BOA |
| | 06/01/21 | 28,000.00 | WIRE TO WELLS FARGO | MKCG BOA |
| | 06/07/21 | 30,000.00 | WIRE TO WELLS FARGO | MKCG BOA |
| | 06/30/21 | 10,000.00 | WIRE TO WELLS FARGO | NFM CBT |
| | 07/01/21 | 40,000.00 | WIRE TO WELLS FARGO | NFM BOA |
| | 07/02/21 | 50,000.00 | WIRE TO WELLS FARGO | NFM BOA |
| | 07/06/21 | 22,000.00 | WIRE TO WELLS FARGO | NFM BOA |
| | 07/06/21 | 40,000.00 | WIRE TO WELLS FARGO 8.26 | MKCFF BOA |
| | 07/09/21 | 10,000.00 | WIRE TO WELLS FARGO | SCEN NYC BOA |
| | 07/12/21 | 10,000.00 | WIRE TO WELLS FARGO | NFM CBT |
| | 08/06/21 | 20,000.00 | WIRE TO WELLS FARGO | 1245 PB Cuisine BOA |
| | 11/12/21 | 23,000.00 | WIRE TO WELLS FARGO | MKCG BOA |
| | 12/23/21 | 20,000.00 | WIRE TO WELLS FARGO | MKCG BOA |
| | 12/24/21 | 30,000.00 | WIRE TO WELLS FARGO | MKCG BOA |
| | 12/27/21 | 30,000.00 | WIRE TO WELLS FARGO | NFM CBT |
| | 12/28/21 | 8,500.00 | WIRE TO WELLS FARGO | MKCFF BOA |
| | 12/28/21 | 5,000.00 | WIRE TO WELLS FARGO | NFM CBT |
| | 12/31/21 | 14,000.00 | WIRE TO WELLS FARGO | NFM CBT |
| | TOTAL | 598,500.00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

 **Gmail**                    **Matthew Kenney <matthew@ascentionbrandsglobal.com>**

---

## ALMA DEMAND WELLS FARGO | AKNV LLC

2 messages

---

**Matthew Kenney <Matthew@ascentionglobal.com>**                    Sun, Nov 10, 2024 at 1:38 AM
To: ellen.patterson@wellsfargo.com, Matthew Kenney <matthew@ascentionglobal.com>, emma.bailey@wellsfargo.com,
scott.powell@wellsfargo.com, tangela.richter@wellsfargo.com
Bcc: Matthew Kenney <matthew@ascentionglobal.com>

Please see attached.

---

**3 attachments**

📄 **ALMA DEMAND RE: WELLS FARGO | MKCG | AKNV LLC .pdf**
58K

📄 **SCHEDULE 11.8.24 MKCG WELLS FARGO AMLA .pdf**
72K

📄 **prosecutor's pre-plea submission.pdf**
1616K

---

**Matthew Kenney <Matthew@ascentionglobal.com>**                    Sun, Nov 10, 2024 at 1:51 PM
To: chairman@wellsfargo.com, coo@wellsfargo.com, ceo@wellsfargo.com, board@wellsfargo.com,
corporate@wellsfargo.com, support@wellsfargo.com, customersupport@wellsfargo.com, info@wellsfargo.com,
executiveoffice@wellsfargo.com, legal@wellsfargo.com

--------- Forwarded message ---------
From: **Matthew Kenney** <Matthew@ascentionglobal.com>
Date: Sun, Nov 10, 2024 at 12:38 AM
Subject: ALMA DEMAND WELLS FARGO | AKNV LLC
To: <ellen.patterson@wellsfargo.com>, Matthew Kenney <matthew@ascentionglobal.com>,
<emma.bailey@wellsfargo.com>, <scott.powell@wellsfargo.com>, <tangela.richter@wellsfargo.com>

Please see attached.

---

**3 attachments**

📄 **ALMA DEMAND RE: WELLS FARGO | MKCG | AKNV LLC .pdf**
58K

📄 **SCHEDULE 11.8.24 MKCG WELLS FARGO AMLA .pdf**
72K

📄 **prosecutor's pre-plea submission.pdf**
1616K

# EXHIBIT D

**Matthew Kenney**
CEO
MK CUISINE GLOBAL, LLC
26 26th Avenue
Venice CA 90291
Matthew@Ascentionglobal.com
310.490.4538

11.8.24

**Legal Department**
WELLS FARGO
420 Montgomery Street
San Francisco, CA 94104

Subject: **Demand for Immediate Return of Embezzled Funds Transferred to Shell Company and Fraudulent Personal Accounts at Wells Fargo and Compliance with Anti-Money Laundering Regulations**

Dear Sir or Madam,

I am writing on behalf of MK Cuisine Global, LLC, ("the Company"), which has been the victim of embezzlement and fraud involving funds that were unlawfully transferred to an account under your institution's management. As a result, a significant portion of the Company's assets were misappropriated and directed to shell company and individual accounts (which will be detailed under separate cover) at Wells Fargo without authorization or legitimate business purpose. Our company has reported this fraudulent activity to the appropriate authorities. The Federal Bureau of Investigation is currently investigating this matter with the assistance of various law enforcement agencies. Given the nature of this theft, it is imperative that Wells Fargo take swift and decisive action to return the stolen funds to our company.

## Background and Facts:

1. **Embezzlement and Fraudulent Transfers**:
   Between the dates of February 25th, 2021 and December 31, 2021, funds totaling at least $598,500.00 were unlawfully diverted from the Company's accounts when a former employee misappropriated funds from our business accounts and transferred those stolen funds to at least one shell company and individual accounts held at Wells Fargo.

2. **Identification of Shell Company Accounts**:
   Based on our investigation, we have identified at least 1 shell company account at your institution that received these embezzled funds. Specifically, we have traced the funds to the following Wells Fargo account:

   o   AKNV, LLC: 5990472861

**3.**  **Failure to Prevent Fraudulent Transfers**:
As the bank facilitating these transactions, Wells Fargo had a duty to exercise due diligence in monitoring and preventing fraudulent activities, including the transfer of funds to accounts of unknown or suspicious origin. Despite this duty, Wells Fargo failed to identify, block, or return these misdirected funds, which constitutes a violation of both banking regulations and fiduciary responsibility.

## Demand for Return of Funds:

Under the provisions of the Anti-Money Laundering Act (AMLA) and the Bank Secrecy Act (BSA), financial institutions such as Wells Fargo are obligated to maintain robust systems and procedures to detect and prevent the facilitation of money laundering and other illicit financial activities. It is clear that the transfer of stolen funds to shell companies constitutes a violation of these regulations and potentially implicates both the embezzler and the bank in facilitating fraudulent activity.

Therefore, I request that Wells Fargo:

1    Immediately freeze the account(s) into which the embezzled funds were transferred, pending the resolution of this matter.

2    Investigate and trace the funds, including any subsequent transfers or disbursements, and ensure that the stolen amount is returned to MK Cuisine Global and its affiliates or other parties that I am the sole managing member of, without delay.

3    Provide us with full documentation regarding the transfers, including account details, transaction records, and any Know Your Customer (KYC) information related to the shell company and the individual responsible for receiving the stolen funds.

4    Take all necessary legal steps to assist law enforcement in recovering the stolen funds.

Should Wells Fargo fail to take immediate action to recover the stolen funds and ensure full compliance with AMLA regulations, we will be forced to explore all legal avenues available, including pursuing civil litigation for breach of fiduciary duty, fraud, and negligence. Additionally, we may seek to involve regulatory agencies, including the Financial Crimes Enforcement Network (FinCEN), and initiate formal complaints with the Consumer Financial Protection Bureau (CFPB) and the Office of the Comptroller of the Currency (OCC).

Please acknowledge receipt of this letter and confirm the actions that Wells Fargo will take to resolve this matter by November 14, 2024. You may contact me directly at the number provided or by email to discuss this issue further.

We trust that Wells Fargo will act swiftly to correct this matter.

Sincerely,

Matthew Kenney

**Enclosures**:

- List of unauthorized transactions *account recipients are available upon request.
- Matthew Bronfeld's Criminal Records

# EXHIBIT E

Case 2:25-cv-04845-WLH-PD    Document 1-1    Filed 05/29/25    Page 35 of 128    Page
ID #:40
4/10/25, 2:51 PM          From 'Bad Vegan' to mass restaurant closures — inside Matthew Kenney's crumbling raw food empire - Los Angeles Times

CALIFORNIA

# From 'Bad Vegan' to mass restaurant closures — inside Matthew Kenney's crumbling raw food empire



(Jon Stich / For The Times)

**By Daniel Miller and Roger Vincent**

Jan. 10, 2024 3 AM PT

 he unmistakable stench of rotting food filled the space formerly occupied by chef Matthew Kenney's trendy Venice restaurant, Plant Food + Wine.

It was coming from the walk-in refrigerator, where spoiled sprouts, garlic and other vegetables had been left to fester after Kenney — an acclaimed vegan chef and cookbook author — closed the restaurant in May.

Plant Food + Wine had been the flagship of Kenney's culinary empire, which, by one count, included more than 50 eateries in a dozen-plus countries as of spring 2022. A fixture on social media, the Abbot Kinney Boulevard restaurant was a favorite of lifestyle influencers who touted dishes such as Kenney's signature raw lasagna with heirloom tomatoes and zucchini.

Now, that was all gone. Kenney's restaurant had been evicted. But even as the
produce moldered at the closed vegan eatery, he was opening a new version of Plant
Food + Wine at the glitzy Four Seasons Hotel near Beverly Hills.

Handsome, media savvy and prolific, Kenney, 59, has a knack for opening restaurants
that make a splash — and then quietly close not too long after with a pile of unpaid
bills. Since September 2022, six of Kenney's L.A.-area spots have closed, among them
Double Zero in Venice and Hungry Angelina in Long Beach, along with at least six
others across the U.S.

"A close-down was inevitable," said Jack Darling, a former server at Kenney's Sestina
in Culver City, which folded in July. "As soon as I started, there was a lot of talk:
'Yeah, Matthew Kenney — every time one business goes bad, he opens a new one.'"

A pioneering raw food chef who first gained culinary fame in New York in the 1990s,
Kenney, in more recent years, has shrewdly cultivated the aura of a green-living guru,
making him a celebrity among the wheatgrass-sipping set. He has seemingly charmed
partners — even a Saudi royal dubbed the "Vegan Prince" — despite leaving behind
disgruntled investors, landlords and employees in cities across the country, from New
York to Miami and L.A.

The rank mess at Plant Food + Wine only hinted at the level of disarray at the chef's
flagship company, Matthew Kenney Cuisine, and at his many restaurants.

In lawsuits and interviews with The Times, landlords, partners and ex-employees —
among them managers and servers — accused Kenney and his companies of not
paying millions of dollars in rent, failing to return $1 million owed to an investor, not
paying restaurant suppliers for goods, and bouncing paychecks to workers.



FOOD
FOR SUBSCRIBERS
The year that killed L.A. restaurants: Here are more than 65 notable closures
from 2023
Dec. 22, 2023

Kenney's legal adversaries have alleged he uses an array of limited liability companies
to shield himself from the consequences of his busted ventures, commingling funds
from separate companies and diverting money for his personal use.

In a wide-ranging interview with The Times, Kenney denied several of the allegations
and acknowledged some mistakes, chalking up closures to economic fallout from the
COVID-19 pandemic and restaurants that "just didn't take off" or "never worked for
us." He also said he is turning his focus to licensing his restaurant concepts to other
owners and operators, and has formed a new company, Ascention Brands, to pursue
this business.

"It obviously got very, very bumpy over the last year because we were slow to launch
the new company, but also slow to find solutions for each location," Kenney said,
explaining that his innate optimism delayed "painful decisions" such as closing
underperforming restaurants.

"After 25, 30 years of optimism, I'm not gonna operate that way anymore," he said.

Over the course of a conversation that lasted more than two hours, Kenney also revealed he wasn't always tracking the details of his business. In one instance, he said he'd never been to one of his now-closed L.A. restaurants. In another, he said he hadn't read a lawsuit filed against him and several of his companies. And when asked about a news report that said he operated 50-plus restaurants as of 2022, Kenney said the number seemed high but couldn't say how many he had then or how many he has an interest in now.



A co-owner of the Venice property that housed Plant Food + Wine surveys the restaurant's former space. (Genaro Molina / Los Angeles Times)

"You have to be really precise and on top of details because it is a very slim-margin business," he said. "You have to be sometimes a little harder on people. ... I just — it's not something I'm good at."

Instead, Kenney — the former boyfriend and partner of Sarma Melngailis, the convicted fraudster whose downfall was documented in Netflix's "Bad Vegan" — portrayed himself as a chef focused on creativity, and not tasks such as managing general contractors or negotiating leases.

"It's hard to be everywhere," he said. "It's hard to be creative — writing the menu, writing recipes, handling media — and also manage numbers."

Kenney strongly denied the allegations about the alleged diversion of funds: "That's not true. ... I don't do anything outside of the company. Not one thing." As for the fetid provisions at Plant Food + Wine, he said that closed eateries typically smell bad "after a couple of weeks."

Even as Kenney's restaurants began closing in earnest in 2022, he was able to project an image of success by courting influencers and the media to put a gloss on his restaurants. His places have long drawn celebrities such as Miley Cyrus, Lenny Kravitz, Lea Michele and Christina Hendricks.

Case 2:25-cv-04845-WLH-PD    Document 1-1    Filed 05/29/25    Page 38 of 128   Page
ID #:43

4/10/25, 2:51 PM        From 'Bad Vegan' to mass restaurant closures — inside Matthew Kenney's crumbling raw food empire - Los Angeles Times



An eviction notice for the company behind Plant Food + Wine in Venice was left at the property that housed the eatery.
(Genaro Molina / Los Angeles Times)

That sort of clientele is enticing to prospective investors, said Derrick Moore, a real estate broker and former restaurant analyst. Even though the odds of earning a profit on a restaurant investment are a little better than 1 in 10, for high-net-worth doctors, lawyers and others who tend to back eateries, "A huge part of the appeal is saying, 'Yeah, I'm an owner,'" he said.

Miles Jenson, former West Coast regional manager at Matthew Kenney Cuisine, said that as the business foundered, influencers were key cogs in an "ecosystem of smoke and mirrors" cultivated by the chef. Jenson said the company was providing vegan, yoga and fitness influencers with up to $10,000 a year in free food while employees' paychecks were bouncing.

"That is an inherent flaw with the company," said Jenson, who oversaw eateries including Plant Food + Wine and quit in 2022. "It is emblematic of what is going on."

Seven employees of Matthew Kenney Cuisine and some of the chef's now-closed establishments said at least one of their paychecks bounced, and several noted this occurred regularly. Some described racing to the bank to cash a paycheck ahead of colleagues.

"If you waited too long it would bounce," said Katie Hobson, a former bartender and server at Sestina. "Sometimes I would submit my paycheck the day of and [it] would bounce back and I wouldn't get that money until the next pay period. It would be two or three weeks and I'd be scrambling."

Case 2:25-cv-04845-WLH-PD    Document 1-1    Filed 05/29/25    Page 39 of 128    Page
ID #:44

4/10/25, 2:51 PM                          From 'Bad Vegan' to mass restaurant closures - inside Matthew Kenney's crumbling raw food empire - Los Angeles Times



Various items were left behind after the May closure of Plant Food + Wine in Venice.  (Genaro Molina / Los Angeles Times)

Former Sestina general manager Stacy Schlepp — who also said that influencers were allotted up to $10,000 of free food a year — recalled that a cook who sent money to his family in Guatemala was not paid for a month. "I remember fighting with executives," Schlepp said, "and it was, 'We don't control the money.' Then who the hell did?"

Kenney acknowledged that shortfalls led to bounced paychecks. "I'm aware of some of those issues," he said, adding that partners sometimes proved unwilling to provide additional capital to address financial issues. "We put in whatever we could." And he said that he would be "shocked" if any influencer received more than $1,000 of free food annually.

Kenney suggested The Times interview seven former and current associates. Two spoke on the record. Philip Gay, a restaurant industry executive serving as a financial advisor to Kenney, called him "a wonderful chef and an artisan" whose ventures were roiled by the pandemic. "We had to make some very hard decisions of not operating where we couldn't pay people and we had to revamp his enterprises," Gay said.

Kristin Addis, former vice president of operations at Matthew Kenney Cuisine, said that the chef is "incredibly resilient. He's not afraid of failure." When she was considering taking the job at Kenney's company, she said, she researched him and "could tell he was not that well funded."

Addis remembered thinking, "I don't know how long it would last," but decided to take a chance on Kenney, she said, because she was "passionate about working on his mission." She joined the chef's company in 2019 and worked there for about a year before departing.

"I wanted more stability," Addis said.

## An 'empire builder'

4/10/25, 2:51 PM                    From 'Bad Vegan' to mass restaurant closures - inside Matthew Kenney's crumbling raw food empire - Los Angeles Times

Raised in a small town in Maine, Kenney was a pudgy kid who, according to his 2015 autobiography "Cooked Raw," loved sugar and hated vegetables. That is, until a friend mocked his belly one day at a swimming pool.

The teasing prompted Kenney to swear off sugar and junk food. He became a gym rat in high school and picked up a cocky swagger.

Kenney landed a summer bartending job in a resort town after graduating from college because, he wrote, the boss thought he looked like Tom Cruise in "Top Gun."

He came to New York in his 20s and found a job as a waiter in an upscale restaurant before training at the French Culinary Institute and opening Matthew's in 1993. Far from vegan, the restaurant featured venison with juniper and dates, and charcoal grilled lobster with risotto.

Ruth Reichl, restaurant critic at the New York Times, loved Kenney's linguine with chanterelles, calling it "a fabulous tangle of white beans, bacon, herbs and mushrooms."

A year later, Food & Wine magazine named Kenney to its annual Best New Chefs list. It was a heady time, Kenney said, though he was focused on his career. "I didn't take a day off for a year," he said. "It was fun, fast."

At Matthew's, though, Kenney struggled to pay the bills, he wrote, owing the landlord — Donald Trump — more than $100,000 in back rent. Kenney said he met with Trump Organization executive Allen Weisselberg, who would plead guilty to tax fraud in 2022, and worked out a deal to retire the restaurant's rental debt.

Matthew's closed in 2000 after an electrical fire. Around this time, Kenney opened several other restaurants in New York, among them Canteen and Commune. But amid reports of unpaid taxes and troubled partnerships, none lasted. Kenney said some closed because of the economic downturn triggered by the 9/11 attack. But he said there was another issue: "They failed because they didn't have the soul that my first restaurant had."

It was time for a reinvention. In the early 2000s, Kenney became a raw food devotee. His transformation occurred around the time he started dating Melngailis, a chef with whom he opened Commissary in the space that previously housed Matthew's. At a friend's insistence, the couple tried a raw food restaurant. Kenney was smitten.

4/10/25, 2:51 PM
Case 2:25-cv-04845-WLH-PD    Document 1-1    Filed 05/29/25    Page 41 of 128    Page
From 'Bad Vegan' to mass restaurant closures - Inside Matthew Kenney's crumbling raw food empire - Los Angeles Times
ID #:146



Matthew Kenney, left, and Sarma Melngailis attend a party for the launch of their book "Raw Food/Real World" in New York in 2005.  (Patrick McMullan / Getty Images)

"There was no music, no wine, and the food had all these funny names," he said. "It was pretty rough — the food — but everybody there was so healthy. ... We felt great."

Kenney and Melngailis partnered to open Pure Food and Wine in 2004. The vegan eatery, backed by high-profile New York restaurateur Jeffrey Chodorow, became a hit and made Kenney and Melngailis, both young and telegenic, the first couple of raw veganism. But they broke up a year later.

In the docuseries "Bad Vegan," Chodorow said that Kenney called him and explained that he couldn't continue to work with Melngailis. Chodorow had to decide which chef to support. He said that he determined Kenney to be "a very talented chef who had a bad financial history."

"So I picked Sarma," Chodorow said. "And I told Matthew to go, which, frankly, I think shocked him."

Over the next half-decade or so, Kenney went on to open short-lived plant-based restaurants in New York, Connecticut and Oklahoma — the latter of which turned out to be "the wrong state for vegan" food, he wrote in "Cooked Raw."

The chef made his L.A. debut in 2012, opening M.A.K.E. at Santa Monica Place. It lasted three years, closing after a messy legal fight between the chef and mall owner Macerich over alleged past due rent of about $360,000.

"The rent was way too much," Kenney said. "We came to a settlement number and we paid it."

In a review of M.A.K.E., Jonathan Gold, The Times' late restaurant critic, called
Kenney "more of an empire builder than a perfection-obsessed chef."

## Cultivating an image

Kenney has opened and closed restaurants in Los Angeles, New York, Chicago,
Miami, Baltimore, Oklahoma City, tiny Darien, Conn., and even smaller Belfast,
Maine.

Hospitality is a notoriously tough industry. Investors profit beyond their initial
investment only about 15% of the time, said Moore, the former restaurant analyst,
adding that 70% of restaurants fail within three years of opening. In Kenney's case,
half of the L.A.-area places he has closed since 2022 shut down within that time
frame.





Kimchi dumplings with ginger foam and coriander, left, at chef Matthew Kenney's raw food restaurant M.A.K.E. in Santa Monica in 2013. A variety of juices and smoothies at the restaurant, which closed in 2015. (Christina House / For The Times)

Celebrity chefs are somewhat insulated from risk. It's a common practice for them to form a management company for each new restaurant — and serve as general partner in charge of how money is spent, said Moore, a broker at CBRE. As limited partners, investors get a share of profits only after the chef collects his management fees. But there may not be any profits after expenses are calculated.

If a restaurant doesn't catch on, big-name chefs are often quick to move on to another group of investors, Moore said.

"If things don't seem like they're panning out in the first six or eight months, unfortunately that chef has already planned his or her exit," he said.

Kenney has long relied on an array of limited liability companies — The Times counted more than 15 with ties to the chef — to own and operate restaurants and

other projects. It's a common structure: LLCs generally protect members' personal
assets from legal judgments and creditors' claims.

But a recent lawsuit filed by a restaurant-supply wholesaler that said Kenney and
several companies owed it tens of thousands of dollars alleged that the chef "and the
other … defendants formed various business entities for the sole purpose of
preventing lawsuits against them when they failed to pay their duly incurred debts."

The defendants denied the allegations, according to a court filing. Regarding his use
of LLCs, Kenney said, "That's how everybody advises you to do it."

By 2016, Kenney was boasting in a Forbes.com story that his restaurant and
hospitality business would generate revenue of $15 million over the next year.

"He's done an amazing job at marketing himself as a personality and holding this
kind of righteous, big-money-guy facade," said Jessica Valdez, a former manager at
Plant Food + Wine in Venice.

Part of the allure is his appearance. "The guy is almost 60 years old and it felt like he
was glowing," said Ryan Solomon, a former server at Double Zero in Venice. "I could
see how someone would be charmed by that."



Matthew Kenney, photographed Nov. 20, opened his first restaurant in 1993.  (Michael Bezjian / Getty Images for
Rainbeau Mars)

Stories about Kenney sometimes link his vitality to the sort of food his restaurants
offer. "With a full head of hair, slender build and boyish good looks — he could pass
for Keri Russell's brother — Matthew Kenney is a living testament to his philosophy
of cooking and eating healthful foods," a 2020 Orange County Register story said.

Kenney said the fame is meaningless to him and "comes with a lot of expectations."

"Yes, our business development is very robust," he said. "But the bar of fulfilling
what's expected is probably higher than it would be for someone else."

The social media influencers have also been key to Kenney's promotional efforts.
Former Playboy Playmate Jayde Nicole and health coach Koya Webb were among the

Case 2:25-cv-04845-WLH-PD   Document 1-1   Filed 05/29/25   Page 45 of 128   Page ID #:50

4/10/25, 2:51 PM                    From 'Bad Vegan' to mass restaurant closures: Inside Matthew Kenney's crumbling raw food empire - Los Angeles Times

Instagram stars who frequented Plant Food + Wine, Jenson said. They and eight others are included in a section of Kenney's website titled "MK AMBASSADORS." Kenney said the influencers were not required to post about his restaurants and the "goodwill" program has ended.

Webb and Nicole did not respond to requests for comment.

Endorsements from influencers "upheld this image of a prosperous vegan restaurateur," Jenson said. "People were attracted to that."

Some, undoubtedly, were investors. And opening new restaurants served as a kind of marketing — the debuts would get media coverage and attention from influencers — helping Kenney raise money for future projects, Schlepp said.

"Because people would say, 'I want a Sestina in my area, here's $100,000 to open [it],'" said Schlepp, who also oversaw a branch of Sestina in Century City that closed in 2022 after just a month or so of operation. "What they wouldn't do is give him enough money to keep the restaurants he had open."

## L.A. issues mount

As Kenney's L.A.-area eateries began failing in 2022, the lawsuits quickly piled up. Double Zero, in particular, became a magnet for litigation.

Kenney had envisioned the vegan pizza restaurant, which launched in New York in 2016, as a national chain. There were also plans to develop a line of frozen, take-and-bake pizzas.

Enticed by the possibilities, a company managed by real estate developer John Saca invested $1 million in the project in 2018, with an agreement that it would be repaid within 24 months, Saca's LLC alleged in a lawsuit.

A year after Saca's investment, Double Zero opened in Venice. It lasted four years, closing in July.

By then, Saca's company had claimed in a 2022 lawsuit that it was not paid back the $1-million investment — and that the chef had provided the investor with "false financial information" that obscured the venture's debts.

Kenney and two of his companies denied the allegations in a court filing.

In August, a judge overseeing the case ordered Kenney's companies to pay $1.17 million, with the chef personally liable for about $192,000 of that sum. Saca's LLC was also awarded a stake in one of Kenney's companies.

The chef said that the lawsuit was "amicably settled" and he was on "good terms" with Saca — calling him a "partner" — but explained that he needed approval from the businessman to discuss the situation.

An attorney for Saca declined to comment and another did not respond to an interview request.

Saca's lawsuit wasn't Double Zero's only issue. A Venice property owner filed a
lawsuit against the business' holding company in 2022 after it allegedly stopped
paying rent on a Lincoln Boulevard commissary kitchen.

After the holding company failed to appear in court, a default judgment was entered
in favor of the landlord, which had sought past due rent of about $27,000, legal
records show. It took possession of the space in January 2023.

Kenney did not respond to questions about the lawsuit.

During this chaotic period, workers at Kenney's L.A. restaurants said that the chef
could be an enigma. He was, they said, rarely present at many of his establishments
— and some were in dire need of leadership.

"We never really met him," said Hobson, the former Sestina bartender. "[But] we had
his cookbooks everywhere."

Kenney acknowledged that he did not take a hands-on approach at his restaurants.

"If I had a meal that I think could be better, if somebody's shirt's dirty, I didn't say
one word to anybody" at the eateries, he said. Instead, Kenney would address issues
with his management team.

One major problem that several ex-employees said affected day-to-day restaurant
operations was the routine nonpayment of vendors' bills.



Mail piled up near the front door of the Venice building that previously housed Plant Food + Wine and Matthew Kenney
Cuisine. (Genaro Molina / Los Angeles Times)

"We tried to find out: Why are vendors not getting paid? Why can't we order more
wine? Why don't we have valet out front? Because they haven't gotten paid," said
Valdez, the former manager at Plant Food + Wine, who quit in 2022.

An April filing in the Chapter 11 bankruptcy of the company behind Plant Food +
Wine in Venice listed suppliers of wine, linens, produce, propane and other items
that, in total, were due more than $50,000.

Kenney said that vendor debts need to be taken in context. "It might be somebody that we'd spent a million dollars with — they didn't get those last two months [of payments]. That's also wrong, but it doesn't tell the whole story to say we just didn't pay."

Even as Kenney and his companies were not paying their bills, four LLCs with ties to his restaurants — among them Plant Food + Wine — received a total of almost $1 million in loans via the Paycheck Protection Program that was rolled out during the COVID-19 pandemic, records show. All but about $16,000 was forgiven.

Kenney said that the PPP money "certainly helped, but it wasn't enough."

Amid this financially challenging stretch, Kenney began renting a Mar Vista home for $17,000 a month. The 5,400-square-foot residence, which he leased in early 2021, features high ceilings and an expansive kitchen.

"His house ... looks like it's out of a magazine," said George Infante, former chef of New York's Sestina, which closed in 2022. "I'm like, 'Hey, he's got money.'"

Infante, on the other hand, said he had two bank accounts closed because so many of his paychecks bounced. And he said he was chastised by a person in management when he asked about it.

"He would literally yell at me and make me tear up," Infante said. "He would say, 'What the f—, George! I don't know, I'm going through the same issue. Leave me the f — alone.'"

## An eviction in Venice

Kenney began devising plans for the next stage of his career about two years ago — when he said that it became clear that owning and operating restaurants was not the best model for him. "I don't wake up in the middle of the night often, but I did," he said. "And I was just like, 'This doesn't seem right.'"

Kenney started sketching out a new company that he said would play to his strengths by focusing on licensing and branding deals.

But even as Kenney moves forward with Ascension Brands, his legal reckoning continues on several fronts.

A handful of legal opponents are trying to collect on judgments they've won against Kenney, court records show. And Glen Irani, landlord of the chef's Mar Vista home, filed a lawsuit in September seeking to evict him over his alleged nonpayment of rent totaling $70,000.

Kenney said he'd resolved the dispute and recently held a fundraiser at the property.

But court records show that the case is ongoing, and Irani told The Times that he continues to pursue Kenney's eviction, adding: "I don't feel like I have a personal belief in the guy anymore."

Only one L.A. restaurant still bears Kenney's mark: Plant Food + Wine at the Four Seasons Hotel, which debuted in July. But the chef doesn't own the eatery. Instead, the hotel struck a licensing deal to open it.

Plant Food + Wine is arguably Kenney's strongest brand. But at its original location in Venice, he had spent the last few years in a pitched legal battle with landlord GMB Ventures, which sued three of Kenney's companies in 2022 for allegedly not paying about $41,000 in rent.

The defendants denied the allegations, according to a court filing. Kenney called GMB an "aggressive landlord" that "went after everything."



Remnants of the signage for Plant Food + Wine in Venice were visible months after the restaurant closed in May. (Genaro Molina / Los Angeles Times)

In June, a judge awarded GMB past due rent and damages totaling about $215,000. By then, the Venice restaurant had already closed. And Matthew Kenney Cuisine, which was headquartered at the same building, had departed too.

On a recent visit to Kenney's former headquarters, a pile of mail lay on the ground amid dead leaves and other detritus behind the building. Most of the envelopes were unopened. But one had been breached.

Beside it, a 45-page document was smudged with dirt, the words obscured in places by dark stains. Still, it was easy enough to read the header: "SUPERIOR COURT OF THE STATE OF CALIFORNIA."

It was a legal filing — by yet another landlord alleging one of Kenney's companies owed it money.

*Times researcher Scott Wilson contributed to this report.*

---

**More to Read**

**Running a restaurant in L.A. seems impossible. So this chef has one employee — himself**
March 11, 2025



Case 2:25-cv-04845-WLH-PD    Document 1-1    Filed 05/29/25    Page 49 of 128    Page
ID #:54

4/10/25, 2:51 PM                    From 'Bad Vegan' to mass restaurant closures – inside Matthew Kenney's crumbling raw food empire - Los Angeles Times

**L.A. chefs have a wish list for 2025: 'Don't just keep restaurants on a list; make a plan and go'**
Jan. 21, 2025



**Guerrilla Tacos, Sage, Lustig and more say they're closing in early 2025**
Jan. 6, 2025



  Daniel Miller

Daniel Miller is an enterprise reporter for the Los Angeles Times, working on investigations and features. An L.A. native and UCLA graduate, he joined the staff in 2013.

  Roger Vincent

Roger Vincent covers commercial real estate for the Los Angeles Times.

Copyright © 2025 Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

# EXHIBIT F

**WELLS FARGO**

Personal    Privacy, Cookies, Security, and Legal    Security Center    **How We Protect You**

## How We Protect You



We're proactively advancing our security to
help give you the protection you deserve

Wells Fargo is consistently enhancing our security measures and identifying new and emerging threats to help keep
your accounts and information secure.

### How we protect your data

**24/7 Fraud Monitoring**
We help keep your money safe by monitoring your accounts and may contact you if we detect unusual activity.
If it's not your purchase, we will help you resolve it. We use various methods to contact our customers
including email, text, push notification from the mobile app, or phone call.

When we contact you, **we will not ask for your full social security number, your card PIN, an access
code from a text or email, or your online banking password.**

If we notice banking behavior that differs from your usual activity, we may take the following steps to help
protect your accounts:

- Send you an access code to confirm your identity before you complete actions online
- Prevent or delay online payments
- Decline card transactions
- Restrict access to online banking, which may require further proof of identity before it is restored

**Encryption & Browser Requirements**
Wells Fargo Online® and Wells Fargo Mobile® sessions are encrypted to help protect your accounts. Wells
Fargo only supports browsers that adhere to our encryption standards and we may block outdated browsers
that could lead to a security risk. Be sure to keep security patches, anti-virus and malware removal programs,
browser versions, mobile apps, and plugins up-to-date on all your devices.

**Automatic Sign Off**
Wells Fargo will automatically sign you off from your online or mobile banking session after a period of
inactivity. This reduces the risk of others accessing your information from your unattended computer or mobile
device. For your security, always sign off after completing your banking activities.

### How we identify you

**Unique Username and Strong Password**
When you enroll in Wells Fargo Online®, we ask you to create a username and password to access your
accounts. This information is encrypted during sign on.

Create a unique username and strong password for your Wells Fargo accounts and don't use any part of your
email address. Strong passwords use an uncommon phrase that includes a mix of letters, numbers, and
special characters, for example: Iliketogive99!Presents. The longer your password, the better.

Wells Fargo customer service may request your username, however, we'll never ask for your password to
verify your identity.

**Advanced Access**
Advanced Access is an additional layer of security that helps protect your information and prevent
unauthorized transactions. We may require you to provide an access code to confirm your identity when
completing certain transactions or changes as well as accessing sensitive information online. Wells Fargo will
also send you an access code when you sign on to online or mobile banking if you activate 2-Step Verification
at Sign-On.

Advanced Access safety tips:

- DO NOT provide your access code, PIN, or password to anyone who contacts you requesting it.
- Unless you initiate the request, don't enter your access code online.
- Wells Fargo will not call or text you requesting an access code. We may ask for an access code when you
  call Wells Fargo customer service or visit a branch. Always contact us using a trusted number on the back
  of your card or wellsfargo.com.
- Learn about bank imposter scams.

Make sure that your contact information is up-to-date, so that you can receive the Advanced Access code on
your phone.

**Contact Us**

Report fraud

**Resources**

Update your password

Set up alerts

Help protect your accounts

Sign on with your face or
fingerprint

**Do we have your
current mobile
number?**

Make sure your mobile number
is up-to-date so we can reach
you if we detect suspicious
activity.

**Sign On**

**Give Us Feedback**

**Still have questions?**

**Call Us**

Call us 24 hours a day at
**1-800-869-3557**

Personal loans:
**1-877-526-6332**

Mortgage financing:
**1-877-937-9357**

**Find a Location**

Find an ATM or banking location
near you.

City, State or ZIP    |    Go

**Make an Appointment**

**Security Options**
Explore additional sign-on options that you can activate to meet your needs, including 2-Step Verification at
Sign On and biometrics.

Make an appointment with a
banker.

City, State or ZIP     Go

How you're covered with account protections

**Unauthorized Account Activity**
Under federal law, Regulation E (Electronic Fund Transfer Act) provides certain protections to consumer
customers when there is unauthorized account activity. Regulation E covers transfers of funds through
electronic methods such as, the use of a debit or credit card, ATM withdrawals, and direct deposit activity
through a checking, savings, or other consumer asset account at a financial institution used primarily for
personal, family, or household purposes.

**Zero Liability Protection**
Wells Fargo Debit and Credit Cards come with Zero Liability protection[1] at no extra cost. You won't be held
responsible for unauthorized card transactions, as long as you report them promptly.

1. With Zero Liability protection, you won't be held responsible for promptly reported unauthorized card transactions, subject to certain
conditions. For more information about liability for unauthorized transactions, review either your applicable Consumer Credit Card Customer
Agreement and Disclosure Statement or your applicable Wells Fargo account agreement, debit and ATM card terms and conditions.

Wells Fargo Bank, N.A. Member FDIC.

QSR-05142025-6098013.1.1

LRC-1123

© 1999 - 2025 Wells Fargo. NMLSR ID 399801

**WELLS FARGO**

Personal     Mobile and online banking with Wells Fargo     **Online Access Agreement**

# Online Access Agreement

**Version Effective November 26, 2024**

Effective May 22, 2025: Upcoming: Online Access Agreement

This Online Access Agreement ("Agreement") governs your use of:

- Wells Fargo Online®
- Wells Fargo Business Online®
- Wells Fargo Mobile®
- Wells Fargo Advisors® online services

In this Agreement, "Service" refers to all Wells Fargo Online, Wells Fargo Business Online, Wells Fargo Mobile, or Wells Fargo Advisors online and mobile services, plus all the Eligible Accounts and Online Financial Services you can access via the Website after entering into this Agreement, as described further below.

**Please read this Agreement carefully. By selecting "I Agree" below, or by using the Service or authorizing a person to use the Service on your behalf, you agree to the terms and conditions of this entire Agreement.**

**This Agreement covers, among other things:**

- **Our obligations to you.**
- **Your obligations as a user of the Service.**
- **Waiver of "two or more signature" requirements on accounts.**
- **How we send you notices and disclosures.**
- **Your agreement with us to use binding arbitration for most disputes arising under this Agreement or about the Service and to waive the right to a trial by jury.**
- **Your waiver of class action rights.**
- **Limitations on our liability to you.**
- **The security procedures that apply to online transactions under this Agreement and the various addenda agreements.**
- **Your agreement with us that South Dakota law will control this Agreement, without regard to conflict-of-law rules.**

**If you have any questions regarding this Agreement, please call 1-800-956-4442.**

### Additional service agreements

The following addenda agreements apply if enrolled in these additional services.

- Zelle® Transfer Service
- Direct Pay
- Sender's Rights for ExpressSend Transfers
- Credit Close-Up℠ (FICO)

### Definitions

#### We, Us, Our, and Wells Fargo

Wells Fargo Bank, N.A. and any of its affiliates or direct or indirect subsidiaries, when any of them have established an Eligible Account or provided an Online Financial Service.

It also includes "Wells Fargo Advisors," which refers to Wells Fargo Clearing Services, LLC ("WFCS"), and Wells Fargo Advisors Financial Network, LLC.

#### You or Your

Each owner of an Eligible Account, a person applying for an Eligible Account, or Eligible Beneficiary entitled to online access of a Trust and Investment Management Account, or a Delegate or Authorized Representative.

#### Access Device

Means a card, code, or other means of access to a consumer's account, or any combination thereof (including username and password), that may be used by the consumer to initiate electronic fund transfers.

#### Authorized Representative

Online Access Agreement – Wells Fargo

A person with authority (actual or apparent) to take action or make decisions with respect to an Eligible Account or an Online Financial Service. This definition includes any person (1) who has actual or apparent authority to access, manage, administer, or transact business for an Eligible Account or an Online Financial Service, regardless of whether that person has signed a signature card or other relevant documentation or (2) who is a Delegate.

### Business

Any person or entity other than a Consumer with an Eligible Account where an Online Financial Service is requested.

### Business Day

Every day is a Business Day except Saturdays, Sundays, and federal banking holidays.

For brokerage accounts, Business Day also excludes U.S. stock exchange holidays.

### Consumer

A natural person (not a business or other entity) with an Eligible Account for which an Online Financial Service is requested primarily for personal, family, or household purposes.

### Delegate

Authorized Representatives appointed using the Delegate Tools.

### Delegate Tools

Management tools we provide that help you manage the authority and access for some of your Authorized Representatives. Delegate Tools let you limit or control the access that certain Authorized Representatives will have and/or tasks they can perform with an Eligible Account or Online Financial Service.

### Eligible Account

Each Wells Fargo product that you own or have applied for that is accessible through the Website.

Eligible Accounts include deposit accounts, loans, credit cards, lines of credit, investment products, securities accounts, brokerage accounts, rewards accounts, and other products or accounts you have with us. Eligible Accounts also include brokerage accounts carried or custodied by WFCS in its capacity as a clearing broker-dealer for unaffiliated broker-dealers that have introduced the brokerage accounts to WFCS ("WFCS Custodied" brokerage accounts).

Some Online Financial Services are available for only certain types of Eligible Accounts.

### Eligible Beneficiary

A person named in the governing document of a Trust and Investment Management Account as the recipient or potential recipient of funds from the account. An Eligible Beneficiary is entitled to have online access to that account.

### Financial Management Software

Quicken®, QuickBooks®, Xero™ and other financial management software we may identify on the Website.

### Include or Including

When used at the beginning of a list of one or more items, indicates that the list contains examples. The list is neither exclusive nor exhaustive, and the items in the list are intended only as illustrations.

### Mobile Banking Service

Each of the products and services you may access through the Service using a Mobile Device. These products and services may be accessed through browsers, and apps, for example. Not all Eligible Accounts are accessible through the Mobile Banking Service.

### Mobile Device

A cell phone, smartphone, tablet, or any other handheld or wearable communication device satisfying the hardware and software requirements we specify.

### Online Access Process

The term Online Access Process includes:

- The terms under which you're allowed to access and use the Service via the Website.
- The process used to access the Service (including required security procedures) via the Website.
- Our right to change, suspend or terminate all or part of the Service, this Agreement, or your access to the Service.

### Online Financial Service

The term Online Financial Service includes:

- Each product or service you may access or enroll in through the Website, including the Mobile Banking Service and any chat, virtual assistant, or similar service that may be available. Not every product or service made available through the Online Financial Service may be available through both Wells Fargo Online/Wells Fargo Business Online, and the Mobile Banking Service.
- Actions you take, and instructions you give us, through the Website about opening or maintaining Eligible Accounts.

The term Online Financial Service does not include an Eligible Account.

**Service**

All Wells Fargo Online, Wells Fargo Business Online, Wells Fargo Mobile, and Wells Fargo Advisors online and mobile services, plus all the Eligible Accounts and Online Financial Services you can access or enroll in via the Website after entering into this Agreement.

**Trust and Investment Management Account**

Each Wells Fargo investment management or trust account you have with us that is an Eligible Account, including trust administration, investment management, fiduciary, and certain custodial accounts.

**Website**

The term Website includes:

- All Wells Fargo Online, Wells Fargo Business Online, Wells Fargo Mobile, and Wells Fargo Advisors online services and all other web pages maintained by us and accessible through wellsfargo.com, wellsfargoadvisors.com, or the Wells Fargo Mobile app.
- Any other Wells Fargo website or web pages you can access only after you or an Authorized Representative enter into this Agreement.

Website does not include any Wells Fargo website with its own separate agreement governing online access.

1.  About this Agreement

(a.) Description

(b.) Other Agreements with Us

(c.) Conflicts Between Agreements

**1(a). Description**

The Service is subject to this Agreement. The following are also considered part of this Agreement:

- General Terms of Use for the Website; and
- Terms or instructions that appear on a screen when enrolling for, activating, accessing, or using the Service.

The Service is based in the United States and is intended for use by customers located within the United States. We do not make any representation that the Service is appropriate or available for use outside of the United States. You are prohibited from accessing the Service from territories where the use of the Service is not permitted. If you choose to access the Service from locations outside the United States, you do so at your own risk and you are responsible for compliance with local laws and regulations.

**1(b). Other Agreements with Us**

In addition to this Agreement, you may have a separate agreement with us for each of your Eligible Accounts and Online Financial Services. Those agreements (for example, your deposit account agreement or your credit card agreement with us) will continue to apply to each of those accounts or services, along with this Agreement.

**1(c). Conflicts Between Agreements**

If this Agreement conflicts with or is inconsistent with another agreement with us, then the other agreement will control and take precedence, unless this Agreement specifically states otherwise. The other agreement will only control with respect to the Eligible Account or Online Financial Service it is associated with, and only to the extent necessary to resolve the conflict or inconsistency. There are two exceptions to the general rule described above: If another agreement you have with us includes terms that address the Online Access Process, this Agreement will control and take precedence in resolving any inconsistencies between this Agreement and the terms in the other agreement that address the Online Access Process. Also, the original version of this Agreement is in the English language. Any discrepancy or conflicts between the English version and any other language version will be resolved with reference to and by interpreting the English version.

Trust and Investment Management Accounts are granted online access generally for view access only. Certain terms and conditions specified in this Agreement may not apply to Trust and Investment Management

Accounts. To the extent there is a conflict between the terms and conditions of the agreements or applicable law governing Trust and Investment Accounts and this Agreement, the terms and conditions or applicable law governing the Trust and Investment Management Accounts control.

2. The Service

(a). Description

(b). Owners, Joint Account Owners, Authorized Representatives, and Delegates

(c). Signature Requirement Waiver

(d). Summary of Acknowledgements

## 2(a). Description

Under the terms and conditions of this Agreement, you may use the Service to:

- Access your Eligible Accounts;
- Obtain Online Financial Services; and
- Perform authorized transactions through the Website.

For your Eligible Accounts, transactions available to you may include obtaining balance information, transaction history, and other information. For some Eligible Accounts, the balances and transaction history may only show activity as of the close of the previous Business Day.

## 2(b). Owners, Joint Account Owners, Authorized Representatives, and Delegates

If an Eligible Account is owned by more than one person (joint account), or has an Authorized Representative or Delegate, each person may provide us with instructions (written, electronic, or verbal); make any decision; obtain any information; or make any request associated with the Eligible Account and related Online Financial Services, to the extent allowed by agreements covering the Eligible Account.

Each owner of an Eligible Account, Authorized Representative, and Delegate, will need to individually enroll in the Service to access it, and will each need a unique password and username.

We may offer Delegate Tools (online or otherwise) that help you manage the authority and access of the Authorized Representatives and Delegates you appoint. Some Delegate features may not be available for certain accounts or customers. Additional features may include:

- Owners and certain Authorized Representatives of Eligible Accounts may use the Delegate Tools to name a Delegate;
- We may provide Delegate Tools that let one Delegate establish, or manage the access of, another Delegate;
- Delegates who are Authorized Representatives may also have authority in addition to that established using the Delegate Tools;
- We will treat a Delegate appointment by one owner or certain Authorized Representatives of an Eligible Account as a Delegate appointment by all other owners of that Eligible Account;
- View Only – Guest users and authorized users may have access to an Eligible Account or Online Financial Service, but only to view balance and transaction information and other non-transactional capabilities as permitted by the Service. If Delegate Tools are used by you to grant a guest user or authorized user with a username, password, or other login credential to access an Online Financial Service, you are responsible for any actions taken using your, your guest user, or authorized user's username and password; and
- View and Transact – Authorized Representatives may have access to an Eligible Account or Online Financial Service, and may engage in and authorize specified transactions permitted by the Service.

If you make someone who is enrolled in the Service an authorized signer on an Eligible Account, we may treat that authorized signer as a Delegate and automatically assign View and Transact authority to that Delegate.

You agree that you may only appoint Delegates in accordance with the requirements we provide to you. This provision takes precedence over any conflicting provision in any other agreement you have with us. We may discontinue offering Delegate options or permitting Delegates to access your Eligible Account or Online Financial Services at any time, without prior notice.

An Authorized Representative or Delegate's transactions are considered authorized, unless (1) you tell us that they are no longer authorized as an Authorized Representative or Delegate, and (2) we have had reasonable opportunity to act on your notification (unless otherwise provided by law or regulation).

For more details, please see the agreements for your Eligible Accounts and Online Financial Services.

A Delegate's authority will end when we have a reasonable opportunity to act on any of the following:

Online Access Agreement – Wells Fargo

- An owner of an Eligible Account or Authorized Representative lets us know that the Delegate's authority has ended and requests that the Delegate be removed.

- An owner lets us know that the owner who appointed the Delegate is no longer an owner on the Eligible Account and requests that the Delegate be removed.

- If we get written notice of the delegating owner's death/incapacity from a reliable source such as a court (applies to Consumer and sole-proprietor Business Eligible Accounts only) and requests that the Delegate be removed.

- The Delegate is no longer enrolled in the Service as a Delegate.

You can also call **1-800-956-4442** or the phone number located on your statement for assistance in managing your Delegate access. If you made a Delegate appointment through another area, you may need to follow the process for terminating the Delegate appointment through that same area to ensure all required actions are completed.

### 2(c). Signature Requirement Waiver

Any requirement to verify two or more signatures on any item (such as a check) does not apply to electronic transfers. This means that you're allowing any Authorized Representative on your Eligible Account to individually make electronic transfers, even though his/her authority to transfer or withdraw funds from your account by some other means (such as by check) must be exercised jointly with one or more other persons.

This provision controls and takes precedence over any conflicting provision in any other agreements you have with us.

### 2(d). Summary of Acknowledgements

You agree that:

- Each of your Authorized Representatives and Delegates will be acting as your agent and will be bound by this Agreement and any separate agreement governing the Eligible Account or Online Financial Service.

- We may rely and act on the instructions of any Authorized Representative or Delegate.

- All transactions that an Authorized Representative or Delegate performs on an Eligible Account or Online Financial Service, including those you did not want or intend, are transactions authorized by you. Unless prohibited by applicable law, you are solely responsible for those transactions.

- You are solely responsible for supervising all of your Authorized Representatives and Delegates, and monitoring the actions they take on your behalf, whether or not we provide Delegate Tools for managing their authority.

- You will be responsible for ensuring each Authorized Representative or Delegate maintains the confidentiality of that person's username, password, or other login identification.

- Each Delegate will access and use each Eligible Account and Online Financial Service, in accordance with the authority given to the Delegate by the delegating owner or Authorized Representative.

- Each time the Delegate accesses, views, or transacts on an Eligible Account or Online Financial Service, you represent and warrant to us that the delegating owner authorizes the Delegate's action.

- If we get conflicting instructions, if we believe that an Eligible Account's security or our security may be at risk as a result of a Delegate, or if the Delegate violates any part of this Agreement, we may at our sole discretion end the Delegate's access to:
  - The Service.
  - An Eligible Account.
  - An Online Financial Service.

We may also prevent the individual from being a Delegate, or discontinue the individual's Delegate authority, without prior notice to you or any Eligible Account owner.

## 3. Access

(a). Accessing Eligible Accounts and Online Financial Services

(b). Account Linking and Display

(c). Availability and Unavailability of Service

(d). Terminating Online Access

(e). Business Eligible Accounts: Additional Provision

### 3(a). Accessing Eligible Accounts and Online Financial Services

You authorize Wells Fargo to provide access to your Eligible Accounts and Online Financial Services through the Service. You may access your Eligible Accounts and Online Financial Services through the Website to obtain information and perform transactions authorized on the Website.

To access your Eligible Accounts and Online Financial Services through the Website, you need a username, a password, and required hardware and software (see Online Banking Help for details). To complete your enrollment in the Service, you will be required to validate your email address. Additionally, you are required to maintain an email address that is continuously operational to receive email communications from us in order to continue to access your Eligible Accounts and Online Financial Services through the Website. You must provide all computer, telephone and other equipment, software (other than any software provided by us), and services you need to access the Service. You must also comply with any other security procedures we may establish.

When using the Mobile Banking Service, you may generally access certain Eligible Accounts through the mobile browser, our mobile apps, or get certain information through text messaging or push notification on a Mobile Device. In order to do so, you must provide us with (and maintain) a valid mobile phone number, which you are the owner of or have the delegated legal authority to act on behalf of the mobile subscriber.

### 3(b). Account Linking and Display

Once you enroll for the Service, you can link and display certain Eligible Accounts. Eligible Accounts that are linked and displayed through the Mobile Banking Service may be subject to certain limitations and restrictions.

Eligible Accounts will appear on your Account Summary page on the Website without regard to who else may have an ownership interest in each Eligible Account.

### 3(c). Availability and Unavailability of Service

Subject to the terms of this Agreement, you'll generally be able to access your Eligible Accounts and Online Financial Services through the Website 24 hours per day, 7 days per week.

Sometimes the Service may be unavailable due to system maintenance or circumstances beyond our control. During these times, you may be able to call Online Customer Service at **1-800-956-4442**, use a Wells Fargo ATM, or visit a Wells Fargo branch to obtain information about your Eligible Accounts. For brokerage accounts and services, contact your Financial Advisor, or call **1-877-879-2495** or **1-877-488-3748** (WFCS Custodied brokerage accounts).

### 3(d). Terminating Online Access

This Agreement will be in effect from the date we accept your enrollment in the Service and at all times while you're using the Service or any Online Financial Service.

Unless otherwise required by applicable law or regulation, either of us can terminate this Agreement and/or your access to any Eligible Account or Online Financial Service through the Service, in whole or in part, at any time. For example, we may terminate your access to the Services due to inactivity, at any time. We will try to notify you in advance of any termination, but are not required to do so.

We also may terminate access upon proper notification of death.

If you violate any terms of this Agreement (including non-payment of fees under any applicable fee schedule) or any other agreement you have with us, you agree that we may suspend or terminate your access to any of your Eligible Accounts and Online Financial Services. We are not required to reinstate or re-activate your access.

If you close all your Eligible Accounts, terminate your Online Financial Services, or withdraw from the Service, we may suspend or terminate your access without prior notification. We are not required to reinstate or re-activate your access. If reinstated, the then-current terms of this Agreement will control.

If you want to remove online access for an Eligible Account, you can do so through the Service or call:

- Wells Fargo Online Customer Service at **1-800-956-4442**
- Wells Fargo Advisors accounts, call **1-877-879-2495** or **1-877-488-3748** (WFCS Custodied brokerage accounts)

### 3(e). Business Eligible Accounts: Additional Provision

If you have a Business Eligible Account or Business Online Financial Service, before authorizing access to the Service, we may require (based on terms, conditions, or other agreements) any Authorized Representative to enter into this Agreement, as amended.

## 4. Electronic Fund Transfers Timing (General)

Unless the Website or our other agreements with you say otherwise, electronic fund transfers completed through the Service before the transfer cut-off time on a Business Day will be posted to your Eligible Account the same day. Credit card, line of credit, loan, and mortgage transactions may take up to three Business Days to process, but will post as of the Business Day the transaction was made.

All transfers completed after the transfer cut-off time on a Business Day, or on a day that is not a Business Day, will be posted on the next Business Day.

Please note that electronic fund transfers:

- **Between financial institutions** will be processed, completed, and posted by the other institution following its own rules.
- **To and from brokerage accounts** may have different transfer cut-off times or posting times.
- Initiated through the Service for **person-to-person payments** may have different transfer cut-off or posting times.

For more information regarding instant payments, please see your Eligible Account agreement and the Bill Pay instant payments provisions in Section 6 below.

## 5. Electronic Fund Transfers Provisions (Consumer Accounts Only)

(a). Applicability

(b). Your Liability

(c). Errors/Unauthorized Electronic Fund Transfers/Questions

(d). Documentation

(e). Handling Preauthorized (Recurring) Payments

(f). Our Liability for Failure to Make Transfers

### 5(a). Applicability

The provisions in this Section apply only to electronic fund transfers (EFTs) that debit or credit a Consumer's checking, savings, or other asset account and are subject to Regulation E (subpart A), which implements the federal Electronic Fund Transfer Act.

When applicable, we may rely on any exceptions to the provisions in this Section that are covered in Regulation E. All terms in this Section not defined in this Agreement but defined in Regulation E will have the meaning given in Regulation E. For example, the term "unauthorized electronic fund transfer" (or unauthorized EFT) as used in this Section shall mean an electronic fund transfer from your account that is initiated by a person other than you without actual authority to initiate the transfer and from which you receive no benefit.

**Note:** Among other things, this Section does not apply to wire transfers or remittance transfers (e.g. ExpressSend® and consumer-initiated international wire transfers). For additional information about wire transfers or remittance transfers, please refer to Section 8 of this Agreement.

### 5(b). Your Liability

Your liability for an unauthorized EFT or a series of related unauthorized EFTs will be determined as follows:

---

**Event: Loss or theft of Access Device (including username and password)**

**If you notify us...**

Within two Business Days after learning of the loss or theft.

**Your liability won't exceed...**

Lesser of $50, OR the total amount of unauthorized EFTs that occur before notice to us.

---

**Event: Loss or theft of Access Device (including username and password)**

**If you notify us...**

More than two Business Days after learning of the loss or theft of your Access Device up to 60 days after we send you a statement showing the first unauthorized transfer made with Access Device.

**Your liability won't exceed...**

Lesser of $500, OR the sum of:

a) $50 or the total amount of unauthorized EFTs occurring in the first two Business Days whichever is less; AND

---

Online Access Agreement – Wells Fargo

---

**Event: Loss or theft of Access Device (including username and password)**

b) the amount of unauthorized EFTs occurring after two Business Days and before notice to us.

---

**Event: Loss or theft of Access Device (including username and password)**

**If you notify us...**

More than 60 days after we send you a statement showing first unauthorized EFT made with Access Device.

**Your liability won't exceed...**

- For transfers occurring WITHIN the 60 day period: Lesser of $500, OR the sum of: (a) $50 or the total amount of unauthorized EFTs occurring in the first two Business Days whichever is less; AND (b) the amount of unauthorized EFTs occurring after two Business Days and before notice to us.
- For transfers occurring AFTER the 60 day period, you may have unlimited liability, until you notify us.

---

**Event: Unauthorized EFT(s) NOT involving loss or theft of an Access Device (including username and password)**

**If you notify us...**

Within 60 days after we send you a statement on which the unauthorized transfer first appears.

**Your liability won't exceed...**

No liability.

---

**Event: Unauthorized EFT(s) NOT involving loss or theft of an Access Device (including username and password)**

**If you notify us...**

More than 60 days after we send you a statement on which the unauthorized transfer first appears.

**Your liability won't exceed...**

Unlimited liability for unauthorized EFTs occurring 60 days after the statement and before notice to us.

---

If your delay in notifying us was due to extenuating circumstances, we'll extend the times specified in the immediately preceding paragraphs to a reasonable period.

Note that these liability rules are established by Regulation E, which implements the federal Electronic Fund Transfer Act and do not apply to business accounts. Our account agreements regarding unauthorized debit card and ATM card transactions may give you more protection, provided you report the transactions promptly. Please see the agreement you received with your ATM card or debit card, and the Eligible Account agreement.

**5(c). Errors/Unauthorized Electronic Fund Transfers/Questions**

Here's how to notify us when you believe that an error, unauthorized EFT, or unauthorized transfer has been or may have been made:

- **Phone. 1-800-956-4442**, 24 hours a day, 7 days a week.
- **Paper Mail.** Wells Fargo Bank, N.A., P.O. Box 6995, Portland, OR 97228-6995.
- **Online.** Sign on to the Service with your username and password and use the appropriate form. For questions or errors about bill payment transactions, use the inquiry forms accessible through Bill Pay.

Online Access Agreement – Wells Fargo

**To notify us of errors regarding EFTs on your applicable brokerage account, follow the procedures in your brokerage account agreement. To notify us of errors regarding EFTs on an account serviced by Trust Services, contact your account team.**

To limit your liability for subsequent unauthorized transfers, or to report any other errors, we must hear from you no later than 60 days after the date we send the first statement on which the problem or error appeared.

When contacting us about an error or with questions, please tell us:

- Your name and account number (if any).
- About the error or the transfer you question, and clearly explain why you believe it is an error or why you need more information.
- The dollar amount and date of the suspected error.

If you report a problem by phone, we may ask you to submit your complaint or question in writing within 10 Business Days. We'll determine whether an error occurred within 10 Business Days after we hear from you and will promptly correct any error. If we need more time to conduct our investigation, we'll notify you of our need for an extension of up to 45 days. If we decide to do this, we'll provisionally credit your account within 10 Business Days for the amount you think is in error, so you can use the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and don't receive it within 10 Business Days, we may not provisionally credit your account.

We may permit you to initiate or monitor the status of certain kinds of complaints or questions electronically on the Website. Complaints or questions you initiate via the process we provide on the Website will be considered as written notification.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, our investigation may take up to 90 calendar days. For new accounts, we may take up to 20 Business Days to credit your account for the amount you think is in error.

We will tell you the results within three Business Days after completing our investigation. If we decide that there was no error, or an error occurred that is different from the one you described, we will send you a written explanation and you can ask for copies of the documents that we used in our investigation.

**5(d). Documentation**
You have the right to find out whether an EFT was credited to or debited from your Eligible Account. To do so, contact us at the number listed on your statement for your Eligible Account.

We'll send you a monthly statement if there are EFTs in a particular month. Otherwise, we'll send you a statement at least quarterly.

You can get a receipt at the time you make any EFT to or from your account using one of our ATMs or when you use your card at a merchant terminal.

**5(e). Handling Preauthorized (Recurring) Payments**
**Right to stop payment:** If you have told us in advance to make regular (recurring) payments out of your account, you can stop any of these payments. Here's how: Call Wells Fargo Phone Bank at **1-800-869-3557**, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995, in time for us to receive your request three Business Days or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. Please refer to the account agreement governing your Eligible Account(s) for more information. To request a stop payment on a preauthorized EFT from an applicable brokerage account, follow the procedures noted in your brokerage account agreement.

**Notice of varying amounts:** If the amount of these regular (recurring) payments vary, the party you are going to pay should tell you 10 days before each payment, when it will be made and how much it will be. (The party you are going to pay may allow you to choose to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.)

**Liability for failure to stop payment:** If you order us to stop one of these payments three Business Days or more before the transfer is scheduled, and we do not do so, we will pay for your losses or damages.

**5(f). Our liability for failure to make transfers**
If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. For instance, we will not be liable if:

- Through no fault of ours, you do not have enough money in your account to make the transfer,
- The transfer would go over the credit limit on a credit account linked for Overdraft Protection,
- The Service was not working properly and you knew about the breakdown when you started the transfer,
- Circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions we have taken, or

- There is some other exception stated in any of our agreements with you.

6. Digital Bill Pay (Wells Fargo Bill Pay and Wells Fargo eBills)

(a). General Description

(b). Fees

(c). Stop/Change Payment

(d). Scheduling Payments

(e). Errors and Liability

(f). Termination

(g). Wells Fargo eBills

(h). Third-Party eBills

(i). Bill Pay Instant Payments Service (Only With Participating Billers/Payees)

## 6(a). General Description

Wells Fargo Bill Pay ("Bill Pay") lets you schedule bill payments through the Service. You must have at least
one Eligible Account that is a Wells Fargo checking account, a Wells Fargo Advisors or WFCS Custodied
brokerage account with the Brokerage Cash Services feature ("Brokerage Cash Services account"), a Priority
Credit Line, or a Wells Fargo Bank Priority Credit Line accessible through the Service, to use Bill Pay. You
authorize us to add Eligible Accounts that are Wells Fargo credit card or loan accounts as payees in Bill Pay,
but depending on your history related to those accounts, we may not automatically establish them as your Bill
Pay payees. For certain providers, you may have to provide additional identification information to see the bill
detail information from our Website, or you may have to visit your provider's site directly to see bill detail
information.

You can arrange, at your option, for the payment of your current, future, and automatic (recurring) bills from
the Eligible Accounts listed below. Please note that these Eligible Accounts, called "Bill Pay Funding Eligible
Accounts," have certain payment limits, also listed below (with the exception of the Bill Pay instant payments
service described in Section 6(i) below). We may adjust these limits (such as we may establish a lower single
payment limit for you) in our sole discretion without prior notice to you, unless otherwise required by
applicable law or regulation. We may also establish or adjust limits for total daily, weekly, or monthly
payments. For security reasons there may be additional limits on the amount, number, or type of transactions
you can make using Bill Pay.

| Account Type | Payment Limit |
|---|---|
| Wells Fargo checking accounts | $50,000 per payment ($100,000 per payment from accounts owned by a customer with The Private Bank experience) |
| Wells Fargo Money Market Checking accounts | $50,000 per payment ($100,000 per payment from accounts owned by a customer with The Private Bank experience) |
| Wells Fargo business credit card accounts | $10,000 per payment and per day |
| Wells Fargo business lines of credit accounts | $25,000 per payment and per day |
| Certain Wells Fargo home equity lines of credit accounts | $10,000 per payment and per day |
| Certain Wells Fargo personal lines of credit | $5,000 per payment and per day |
| Brokerage Cash Services account<br><br>Priority Credit Line<br><br>Wells Fargo Bank Priority Credit Line | $50,000 per payment ($100,000 per payment from accounts owned by a customer with The Private Bank experience) |

Bill Pay payments made with an eligible credit account cannot be used to make payments on other Wells Fargo credit products. A Bill Pay Funding Eligible Account may not be used to pay any part of the balance you owe on that Bill Pay Funding Eligible Account. Eligible Accounts that require two or more signatures or authorizations to withdraw or transfer funds may not be used as a Bill Pay Funding Eligible Account. A Bill Pay Funding Eligible Account must remain linked to the Service in order to use the Bill Pay Funding Eligible Account for current, future, and automatic (recurring) Bill Pay payments.

Other than as stated above, there is no limit to the number of payments that may be authorized (except that (1) payments funded with a credit account are limited to the total of the available credit in the account when payments are made, and (2) the number of transfers from an eligible money market checking account is limited as detailed in the Wells Fargo Deposit Account Agreement).

You may pay any payee approved by us in the continental United States, Alaska and Hawaii, and the following United States Territories: Guam, Puerto Rico, and the Virgin Islands. Payments to a person or business with an APO or FPO address will be made via paper check.

Joint account holders may use the same account as their Bill Pay Funding Eligible Account for their individual use of Bill Pay.

If you give us the name and address of a payee, you authorize us to follow your payment instructions regarding that payee. In some cases, we may submit payments to the best-known payee name or address. Bill Pay payments sent via paper check with varying payee names may be combined in one envelope if those payments have the same mailing address, and the payee has not registered their full/unique mailing address with the USPS, including their secondary address designation, e.g. - Suite, Room, Floor, Dept., Building, or Unit. If we need to, we'll change or reformat your payee account number to match the account number or format required by your payee for electronic payment processing and eBill activation.

Bill Pay is intended for your use only to pay bills, invoices, and requests for payment under Section 6(i) below, and not for any other purpose. Using Bill Pay to process payments on behalf of someone other than an owner is prohibited and will be grounds for termination of Bill Pay and your access to the Service.

We may use non-affiliated third parties acting on our behalf to process Bill Pay payments. These third-party processors must adhere to Wells Fargo's strict security and privacy-protection standards. Paper checks processed by non-affiliated third parties may show that they were drawn on the third-party processor, rather than on Wells Fargo Bank, N.A.

The date a Bill Pay payment starts processing is referred to in this Agreement as the "Payment Send On Date." Specific details about the Payment Send On Date will be provided on the Service Web pages when you schedule a Bill Pay payment. We may, at our option, pay or refuse to make bill payments funded by checking accounts, money market accounts, or a Brokerage Cash Services account if it would create an overdraft on those accounts. This decision remains discretionary regardless of whether we've previously honored or dishonored overdrafts.

If we receive a bill payment drawn against your checking account, money market, or a Brokerage Cash Services account, and there are insufficient available funds in that account to cover the payment, we may at our sole discretion:

- Cover the payment by transferring available credit or funds from an account you have linked for Overdraft Protection, or
- Pay the bill payment and create an overdraft on your account, or
- Decline the bill payment, or
- Re-attempt the bill payment the following Business Day (until this second attempt is completed, the payment is pending and cannot be canceled).

Any negative balance on your Funding Account will be governed by your applicable account agreements with us and fees may apply.

If a Bill Pay Funding Eligible Account is an eligible line of credit or business credit card account, we don't have to make a payment unless that account has sufficient available credit to pay the bill on the Payment Send On Date. Your account's terms and conditions describe "over limit fees" that may apply to you if any bill payments, associated fees, or finance charges cause your credit account balance to exceed the credit limit. The dollar amount of bill payments through your credit account (whether we make these payments electronically or by check) will be charged to that credit account on the Payment Send On Date.

Finance charges (such as interest and transaction fees) may apply to bill payments funded by a credit account; these charges will be shown to you during the payment scheduling process. Please see your credit account agreement and any written disclosure statements for more information.

If your Bill Pay Funding Eligible Account closes or is restricted for any reason, we'll cancel all pending payments associated with the account. It will be your sole responsibility to make all pending and future payments.

Wells Fargo offers a <u>Bill Pay Payment Guarantee</u> that applies to the use of Bill Pay in certain circumstances.

Online Access Agreement – Wells Fargo

If Section 6 conflicts with any other provisions of this Agreement, Section 6 governs with respect to Bill Pay.

### 6(b). Fees

There are no monthly service fees for Bill Pay. Account fees (e.g. monthly service, transaction) may apply to the Bill Pay Funding Eligible Account. For more information on the account fees, please refer to the account agreement you received when you opened your account. See further discussion on other potential fees and charges in Section 6(a) above.

### 6(c). Stop/Change Payment

You have the right to stop or change any scheduled bill payment, if you: (1) do so within the Bill Pay secure online session or by calling Wells Fargo Online Customer Service at **1-800-956-4442**, and (2) have submitted your request in time to provide us a reasonable opportunity to act on it before we pay, cash, or otherwise become obligated to pay your bill. See Bill Pay Payment Guarantee for further information.

Stop payment requests aren't guaranteed: for example, payees can present paper check payments to their bank before the stop payment has been properly processed, and once a paper check has been cashed by the payee or credited to the payee's account it cannot be stopped. If we successfully stop the payment of a paper check, it may take up to seven Business Days for the funds to be credited back to your account.

### 6(d). Scheduling Payments

When making payments through Bill Pay, please allow enough time for your payee to receive your payment and credit your account properly. To avoid incurring a finance or other charge imposed by your payee, you must schedule a payment sufficiently in advance of the payment due date, so that the delivery date is before the payment due date.

Bill Pay payments sent by check will show the payer of the check as the "Name on Bill" you have provided for that payee record.

Payments must be scheduled before 7pm Pacific Time to be processed on that day. We will withdraw funds from your Bill Pay Funding Eligible Account on the Business Day following your Payment Send On Date. Your Available Balance may be reduced by the amount of your payment on the calendar day following your Payment Send On Date, if that day is not a Business Day. Payments scheduled from brokerage accounts, if permitted, or a Brokerage Cash Services account may have different cut-off times.

If a paper check is sent and the check is not presented for payment within 90 days, we'll stop payment on the check and credit the check amount back to your Bill Pay Funding Eligible Account.

To avoid sending duplicate Bill Pay payments, if you schedule more than one payment to the same payee for the same amount on the same date, only one payment will be sent.

### 6(e). Errors and Liability

In addition to the provisions in Section 5 above and in Section 17(c) below, please refer to our Bill Pay Payment Guarantee, which provides additional benefits in certain circumstances.

### 6(f). Termination

Wells Fargo may terminate your access to Bill Pay without prior notice:

- If you use or we suspect you have used Bill Pay for other, illegal, fraudulent, or unauthorized purposes.
- If you establish more than 999 payees.
- If you close your checking account, Brokerage Cash Services account, Priority Credit Line, or a Wells Fargo Bank Priority Credit Line and don't timely designate a new checking account, a Brokerage Cash Services account, a Priority Credit Line, or a Wells Fargo Bank Priority Credit Line as a Bill Pay Funding Eligible Account.
- For Eligible Accounts that are in default or subject to an automatic stay in bankruptcy.
- Upon the death of an owner.

If Wells Fargo terminates your use of Bill Pay, your online bill payment information will be lost and all pending payments will be canceled and are your sole responsibility.

### 6(g). Wells Fargo eBills

Wells Fargo eBills are the delivery of electronic payment statements for certain types of Wells Fargo loans and line of credit products through Bill Pay. At any time, we may change the types of Wells Fargo loans and line of credit products that are eligible for Wells Fargo eBills. You must enroll each eligible credit account individually in Wells Fargo eBills.

You understand and agree that Wells Fargo eBills are provided for your convenience, and payments due continue to be your responsibility as stated in your promissory note, line of credit agreement, mortgage, deed of trust, credit card agreement, or security agreement for each eligible credit account, as applicable.

Any individual borrower on your loan, line of credit, or account can enroll in Wells Fargo eBills. Regardless of the individual who enrolls in Wells Fargo eBills, the terms of this Agreement apply to all borrowers, individually and jointly.

## 6(h). Third-Party eBills

Third-party eBills are electronic versions of paper bills made available from participating companies that may not contain the full statement details in them. eBills are updated automatically once the eBill is received from participating companies. If the company you are setting up for bill payment offers eBills, we will let you know that the eBill service is available and guide you through the enrollment process.

Companies may require you to provide certain information in order to verify your identity and validate your eligibility to receive an eBill. Wells Fargo does not control what criteria or information a company uses for their eBill setup. Please refer to the company's privacy notices or contact the company directly if you have concerns over the company's collection, use, and storage of your data. Once an eBill request is submitted, it may take up to ten (10) Business Days for a company to approve your eBill request. We will send you an email alert regarding the status of your eBill activation.

Since eBills are controlled by third-party companies, Wells Fargo takes no responsibility for any late charges or other adverse consequences if a company delays delivery or fails to deliver a complete or accurate eBill. If you do not receive an eBill or have questions about an eBill, please contact the company directly.

## 6(i). Bill Pay Instant Payments Service (Only With Participating Billers/Payees)

The provisions in this Section only apply to the Bill Pay instant payments service, which may use the RTP® network operated by a third party, The Clearing House, or another third party network. **If available for your participating biller/payee (payee)**, the Bill Pay instant payments service lets you send a payment from your Eligible Account that is an eligible Wells Fargo checking account to a participating payee in response to the payee's request for payment. We reserve the right to add additional accounts that are eligible for the Bill Pay instant payments service, in the future. The following provisions supplement your applicable Eligible Account agreement. If there is any conflict between these provisions and your Eligible Account agreement, these provisions will control with respect to the Bill Pay instant payments service.

You can access the Bill Pay instant payments service in Wells Fargo Bill Pay, only in the Wells Fargo Mobile app for smartphones and certain other devices. When you send a payment using the Bill Pay instant payments service, you authorize us to deduct the amount of the payment from your account immediately, and the funds will typically be made available to the payee within seconds, 24 hours a day, including weekends and holidays. **After it is sent, an instant payment cannot be canceled or amended.** You can request that a payee return funds to you, but the payee is not required to return the funds, even if you entered an incorrect amount, sent a payment to the wrong payee, or did not receive goods or services from the payee as expected. You are responsible for the accuracy of all information you enter to send a payment. If you want to request that a payee return funds that you sent through the Bill Pay instant payments service, please notify us by calling Wells Fargo Online Customer Service at **1-800-956-4442**. Our sole obligation is to transmit the request to the payee's financial institution through the Bill Pay instant payments service. Any dispute between you and a payee must be resolved directly between you and the payee.

When you send a payment using the Bill Pay instant payments service, you authorize Wells Fargo to share your personal information, including your name, Wells Fargo account number, and routing transit number, with The Clearing House, or another third party network, as applicable, for the Bill Pay instant payments service that you have requested. You also authorize The Clearing House, or another third party network, as applicable, to share that information with your payee's bank and agree that the information may potentially be shared with your payee. By participating in the Bill Pay instant payments service, you acknowledge that Wells Fargo is not responsible for a third party's privacy practices or level of security.

You may not make a payment that exceeds a payee's request for payment to you. You may not send more than $50,000.00 through the Bill Pay instant payments service in a single payment. We may adjust these limits (such as we may establish a lower single payment limit for you) in our sole discretion without prior notice to you, unless otherwise required by applicable law or regulation. We may also establish limits for total daily, weekly, or monthly payments. For security reasons there may be additional limits on the amount, number, or type of transactions you can make using the Bill Pay instant payments service. For more details on the applicable limits for the Bill Pay instant payments service, log in to Bill Pay in Wells Fargo Mobile Banking.

A payment may fail or be delayed if:

- there are insufficient funds available in your account to send the payment;
- the payment does not comply with these provisions or the third party network rules;
- the payment exceeds the transaction limits;
- there is suspected fraud, or in order to comply with regulatory requirements;
- the payee rejects it; or
- the Bill Pay instant payments service is unavailable for any reason, including due to The Clearing House or another third party network (as applicable).

If a payment is delayed or we do not send it, we will notify you.

If you believe that an erroneous or unauthorized payment has been made through the Bill Pay instant payments service using your account, or that your account credentials have been lost, stolen, or otherwise compromised, please contact us immediately in accordance with Section 5.

We may suspend or terminate your access to Bill Pay at any time, including if we determine that you have used the Bill Pay instant payments service in a manner that violates these provisions. We may also discontinue or modify the Bill Pay instant payments service at any time.

Instant payments will be governed by the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, as applicable, without regard to its conflict of laws principles.

## 7. Bank-to-Bank Transfers, and Transfers and Payments Between Your Wells Fargo Accounts

(a). Description

(b). Information Authorization for non-Wells Fargo Accounts

(c). Accounts

(d). Transfer Types and Limitations

(e). Authorization

(f). Fees

(g). Suspension, Reinstatement, and Termination

(h). Account Number Policy

(i). Your Responsibility for Errors

(j). Our Liability

(k). Security

### 7(a). Description

The "Transfer & Payments Service" (wire transfers are not a part of this service) lets you transfer funds:

- Between your Wells Fargo Eligible Accounts;
- Between your Wells Fargo checking and savings accounts and your accounts at other U.S. financial institutions;
- From your accounts at other U.S. financial institutions to make payments to your Wells Fargo credit accounts (such as your eligible home equity lines of credit and loan accounts, credit card accounts, and auto loan and mortgage loan accounts); and
- Between your brokerage accounts with Wells Fargo affiliates (excludes brokerage arrangements that are part of a retirement plan) and your accounts at other U.S. financial institutions.

In this Section, "Account(s)" refers to each of the accounts referenced above.

For brokerage clients, Wells Fargo provides the online transfer access on the Website and the brokerage affiliate transfers the money according to requests made on the Website.

If your Wells Fargo Accounts and/or Service are terminated for any reason, you will have no further right or access to use the Transfer & Payments Service.

### 7(b). Information Authorization for non-Wells Fargo Accounts

We may verify the non-Wells Fargo Accounts that you add to the Transfer & Payments Service. You authorize us to validate the non-Wells Fargo Accounts in a manner selected by us, including through the use of a test transfer, in which one or more low value payments is credited to and debited from your non-Wells Fargo Account. Once the test transfer is complete, we may ask you to access this non-Wells Fargo Account to tell us the amount of the test credit or debit or any additional information reported by your financial institution with this test transfer. We may also verify non-Wells Fargo Accounts by requiring you to submit proof of ownership of such Account(s).

This could delay your payments to your Wells Fargo credit accounts and you may need to use alternate ways to make payments in the meantime to avoid late fees and/or other charges.

### 7(c). Accounts

By using the Transfer & Payments Service, you represent and warrant to us that:

- You own or are an authorized signer on the Account held with us and at the non-Wells Fargo U.S. financial institution;
- Your Account at the non-Wells Fargo U.S. financial institution is a United States account;
- Your Account and applicable law permit transfers;
- You have the right to authorize and permit us to access your Accounts to complete such fund transfers or for any other purpose authorized by this Section;

Online Access Agreement – Wells Fargo

- By disclosing to us and authorizing us to use Account information and complete the transfer you are not violating any third party rights; and

- Information you provide to us is true, current, accurate, and complete.

You authorize and permit us to use information you submit to make transfers and to configure the Transfer & Payments Service to be compatible with the Accounts.

At all times your relationship with each non-Wells Fargo U.S. financial institution is independent of Wells Fargo and your use of the Transfer & Payments Service. We will not be responsible for any acts or omissions by the non-Wells Fargo U.S. financial institution, including any modification, interruption, or discontinuance of any Account by such financial institution or by any other third party, or any fees (including overdraft) that the non-Wells Fargo U.S. financial institution may charge you during the validation process described in Section 7(b) above.

Not all types of accounts are eligible for Transfer & Payments Service. We may decline the use of any Account that we believe may present a risk to you and/or us. Be sure to check with your U.S. financial institution for restrictions regarding transfers among your retirement (401k, IRA, etc.), savings, trusts, loans, custodial, business, corporate, and other account types.

### 7(d). Transfer Types and Limitations

**Type of Transfers.** We may add new features to the Transfer & Payments Service, including a next day service and a higher limit service. You will be approved or declined for any such additional service at our sole discretion and additional terms and conditions may apply. We may at any time decline a fund transfer that we believe may violate applicable law or regulation.

**Limits on Frequency and Dollar Amount of Transfers.** The account agreement for the relevant Account may provide transfer limits. You may not make fund transfers in excess of dollar limits for the Transfer & Payments Service. We reserve the right to change the dollar amount of fund transfers you are permitted to make using our Transfer & Payments Service. In the event that your use of the Transfer & Payments Service has been suspended and reinstated as provided below (see Section 7(g) Suspension, Reinstatement, and Termination), you understand and agree that your use of the Transfer & Payments Service thereafter may be subject to lower dollar amount limitations than would otherwise be permitted by us. For security and risk management reasons, we also may impose or modify limits on the frequency and the dollar amount of transfers you can make using our Transfer & Payments Service. The limits on the frequency and dollar amount of transfers are solely for the protection of Wells Fargo.

**Failure or Rejection of Transfers.** Upon learning that the fund transfer could not be completed, we may, but are not required to, make a reasonable effort to complete the transfer again. If the fund transfer fails, we will notify you to contact your non-Wells Fargo financial institution to learn more about the failure.

We reserve the right to decline: (i) any fund transfer, (ii) to submit fund transfer instructions or orders, or (iii) to carry out change or cancellation requests.

You represent and warrant to us that you have enough money in the non-Wells Fargo Accounts to make any funds transfer you request that we make on your behalf through the Transfer & Payments Service, and you are solely responsible for any fees or other penalties that may be assigned by your financial institution for a funds transfer that exceeds your non-Wells Fargo Account balance(s). If we receive a transfer request against your Wells Fargo Account and there are not enough available funds in your Account to cover the transfer, we may at our sole discretion:

- Cover the transfer in accordance with the terms of any written Overdraft Protection plan that you and we have established;

- Cover the transfer and create an overdraft to your Account; or

- Decline the transfer.

We may make this decision regardless of whether we may have previously honored or dishonored overdrafts. Fees may vary depending on the action we take. Any negative balance on an Account with Wells Fargo is governed by the applicable agreement for that Account, including fees that may apply.

**Your Right to Cancel a Transfer.** Payments that are in process cannot be canceled or stopped. When the Transfer & Payments Service offers recurring and/or future one-time transfers, you may cancel any transfer as long as we receive the request before the process date or other applicable cut-off time of the one-time transfer or the next scheduled recurring transfer. For recurring transfers, you may cancel only the next scheduled transfer or the entire recurring transfer schedule. After the entire recurring transfer schedule is canceled, all future transfers will be canceled and you must reschedule it if you want transfers to be made in the future.

You may cancel a transfer by logging on to the Transfer & Payments Service or by contacting us at Wells Fargo Online Customer Service at **1–800–956–4442.**

### 7(e). Authorization

You agree that your transfer instructions are the authorization for us to complete the fund transfer. You authorize us to select any means to execute your fund transfer instructions, such as the Automated Clearing

House (ACH), check, or other clearing service. You will be bound by the rules, laws, and regulations that govern the applicable fund transfer systems, such as ACH rules as published by the National Automated Clearinghouse Association (Nacha) or Article 4A of the Uniform Commercial Code.

We will make all reasonable efforts to process your transfer requests in a timely manner; however, we reserve the right to hold funds pending settlement or for such period of time as we deem necessary, in our sole discretion, to cover items which may be returned unpaid. For Wells Fargo Accounts, any interest earned on such funds during the hold period will remain the property of Wells Fargo. For brokerage Accounts at a Wells Fargo affiliated broker-dealer, any interest will remain in the brokerage Account.

To complete your fund transfer, we may utilize ACH transfers or another third party network which will result in a debit to one of your Accounts and a credit to another of your Accounts. All Wells Fargo ACH transfers go through a Wells Fargo transfer account. For ACH debit entries (which debit your other Account and credit your Wells Fargo Account), Wells Fargo Bank typically holds funds for 3-4 Business Days to make sure that the item will not be returned unpaid before we will credit your Account. The hold times may vary for brokerage Accounts at a Wells Fargo affiliated broker-dealer. If the ACH transaction is returned for any reason and the payment has been credited to your Account, you authorize us to debit your Account, in whole or in part, for the amount of the returned item and any applicable fees resulting from the return.

### 7(f). Fees

Depending on the type of transfer or the type of Wells Fargo Account, we may charge fees for the use of the Transfer & Payments Service, and for any additional services or features that we may introduce. We will notify you of such charge in advance of the transaction. If you choose to proceed with the transaction, you authorize us to debit your Account in the amount indicated. You agree to pay all fees associated with the use of the Transfer & Payments Service. See online Fee Information for more information about potential fees. Note that your mobile carrier's message and data rates may apply.

### 7(g). Suspension, Reinstatement, and Termination

Without limiting any other right or remedy that we may have under this Agreement or otherwise, we reserve the right to suspend your right to use the Transfer & Payments Service, immediately and without prior notice to you, if we incur a problem with your use of the Transfer & Payments Service. We may do so if, for example, there is a failure in attempting to debit any of your Accounts or to collect any of your fund transfers as described above. You understand and agree that such action is reasonable for us to take in order to protect Wells Fargo from loss. In the event of such suspension, you may request reinstatement of your service by contacting us at **1-800-956-4442**.

In our sole discretion, we may grant or deny reinstatement of your use of the Transfer & Payments Service. If we agree to reinstate you, we may initially reinstate your Transfer & Payments Service subject to lower per-transaction and monthly dollar limits and/or with other restrictions. Based upon your subsequent usage of the Transfer & Payments Service, we may restore your ability to complete transfers subject to such higher limits as may then be in effect.

Subject to applicable law or regulation, we may terminate your right to use the Transfer & Payments Service at any time and for any reason, including if in our sole judgment we believe you:

- Engaged in conduct or activities that violate any of the terms of this Agreement or our rights; or
- Provided us with false or misleading information; or
- Interfered with other users or the administration of the Transfer & Payments Services.

### 7(h). Account Number Policy

If the instructions for a transfer under the Transfer & Payments Service identify a bank or beneficiary by name and account number, we or the relevant financial institution may execute those instructions by reference to the account number only, even if the account number does not correspond to the name. You agree that neither we nor the relevant financial institution will have responsibility to investigate discrepancies between names and account numbers.

### 7(i). Your Responsibility for Errors

We must rely on the information you provided, and you authorize us to act on any instruction, which has been or reasonably appears to have been sent by you or your Authorized Representative, to submit fund transfer instructions on your behalf. Financial institutions receiving the fund transfer instructions may rely on such information. We are not obligated to take any further steps to confirm or authenticate such instructions and will act on them without getting further confirmation. If you or your Authorized Representative provide us with incorrect information or if there is any error in your instruction, we will make all reasonable efforts to reverse or delete such instructions, but you accept full responsibility for losses resulting from any of your errors, duplication, ambiguities, or fraud in the information that you or your Authorized Representative provides. If any information you or your Authorized Representative provides is untrue, inaccurate, not current, or incomplete, without limiting other remedies, we may recover from you any costs or losses incurred as a direct or indirect result of the inaccurate or incomplete information.

We are not responsible for errors, delays, and other problems caused by or resulting from the action or inaction of financial institutions holding the non-Wells Fargo Account, unless otherwise required by law or regulation. Although we will try to assist you in resolving any such problems, any such errors, delays, or other

problems are the responsibility of the relevant financial institution. Any rights you may have against a financial institution for such errors, delays, or other problems are subject to the terms of the agreements you have with such financial institution, including any time limits during which complaints must be made.

Please see EFT Provisions (Consumers) in Section 5 in this Agreement for terms and conditions that apply to electronic fund transfers that debit or credit a consumer checking, savings, or other asset account and are subject to Regulation E.

### 7(j). Our Liability

If we do not provide a fund transfer instruction on time, if we cause an incorrect amount to be removed from an Account or if we cause funds from an Account to be transferred to any account other than the Account specified in the applicable fund transfer instruction, we shall be responsible for returning the improperly transferred funds and/or for directing any misdirected funds to the proper Account.

We are not liable for any costs, fees, losses or indirect, special, or consequential damages of any kind incurred as a result of:

- Our debit and/or credit or inability to debit and/or credit the accounts in accordance with your fund transfer instructions; or
- Inaccuracy, incompleteness, or misinformation contained in the information retrieved on the accounts; or
- Charges imposed by any non-Wells Fargo financial institution or by applicable law or regulation; or
- Fund transfer limitations set by the non-Wells Fargo financial institutions or applicable law or regulation; or
- Not enough money in your Account to make the fund transfer; or
- Transfers exceeding the credit limit on any applicable overdraft line; or
- System failures at a non-Wells Fargo financial institution and we are unable to complete the transfer; or
- Third party causes, including your non–Wells Fargo financial institution.

### 7(k). Security

**Security Procedures.** The financial institution at which your Account is maintained may contact us to verify the content and authority of fund transfer instructions and any changes to those instructions. In connection with the Transfer & Payments Service, we may provide to that financial institution such information as may be required to verify the instructions and the verification may constitute a valid security procedure under the rules governing that Account.

**Deviating from Security Procedures.** You permit us to authorize your non-Wells Fargo financial institution to accept funds and transfer instructions in accordance with any authorization procedures you and such financial institution have agreed upon, or that we, on your behalf, and such financial institution have agreed upon, without verifying the instructions under the established security procedures (including Section 17(c) below, if applicable), regardless of whether you agreed to the security procedures or we agreed on your behalf. In addition, we may authorize such financial institutions to charge and debit your Accounts based solely on these communications.

## 8. Digital Wires (formerly known as Online Wires)

(a). Description

(b). Security Procedure

(c). Reliance on Information Provided; Inconsistency of Name and Number; Complete and Accurate Information

(d). Transmission Method

(e). Refund

(f). Errors and Liability

(g). Cancellation and Amendment

(h). Fees and Taxes

(i). Currency

(j). Additional Terms Governing Outgoing Consumer International Wires Only

### 8(a). Description

The Wells Fargo digital wire transfer service, formerly known as Online Wires ("Wire Transfers"), allows you to send money online to both personal and business accounts in the U.S. and in many countries. When you use Wire Transfers, you can instruct us to transfer funds by wire from your Eligible Account that you use to fund

an online wire transfer ("Wires Funding Eligible Account"), with such instruction being an "Order". The following provisions supplement your applicable Wires Funding Eligible Account agreement. If there is any conflict between these provisions and your Wires Funding Eligible Account agreement, these provisions will control with respect to Wire Transfers.

You understand and agree that the provisions of Section 2(b) will apply to Wire Transfers.

**Outgoing Consumer International Wires (as defined below in Section 8(j)) are subject to certain additional protections under federal law relating to liability, disclosures, cancellation rights, and error resolution procedures.**

### 8(b). Security Procedure

You agree that we will use the security procedure described in this section ("Security Procedure") to verify the authenticity of an Order initiated on the Website from your Wires Funding Eligible Account. The Security Procedure consists of verifying your username and a password, and/or such other additional security and authentication methods as we may require from time to time. We may also require you to answer security questions, use random number generators, or one-time passcodes to further verify an Order initiated on the Website from your Wires Funding Eligible Account. Wells Fargo leverages and employs the username and password standards set forth in Section 17(b), and you agree to protect your username and password pursuant to Section 17(d).

Pursuant to Uniform Commercial Code Article 4A-202(b), the purpose of the Security Procedure is to verify the authenticity of an Order delivered to us in your name and not to detect errors in the transmission or content of an Order. You agree the Security Procedure is commercially reasonable and is a satisfactory method of verifying the authenticity of Orders initiated on the Website from your Wires Funding Eligible Account.

**You agree to be bound by any Order that Wells Fargo receives and verifies following the Security Procedure, even if the Order was not authorized by you.** You agree that we may be liable only for damages required to be paid under Uniform Commercial Code Article 4A. In no event will we be liable for any exemplary, special, indirect, or consequential loss, damage, costs, or expense of any nature, including lost profits, even if we have been informed of the possibility of such damages, except as may be required by law or regulation. This Section 8(b) will control as the Security Procedure with respect to Orders for Wire Transfers instead of Section 17(c) below.

### 8(c). Reliance on Information Provided; Inconsistency of Name and Number; Complete and Accurate Information

If an Order describes the person to receive the wire transfer ("Beneficiary") inconsistently by name and account number, the wire transfer may be made on the basis of the account number even if the account number identifies a person different from the Beneficiary. If a wire transfer request describes a financial institution inconsistently by name and identification number, the identification number may be relied upon as the proper identification of the financial institution. You acknowledge that you are responsible for providing Wells Fargo with all information required by the Beneficiary's bank, including the reason for payment, if required. Sending wires without the required information can cause the wire to be delayed, returned, or assessed additional fees. *You further acknowledge the Beneficiary account number and Beneficiary's bank identification number (e.g., IBAN, RTN, IRC, and/or SWIFT BIC) you provide in connection with an Order will be complete and accurate, and you understand you could lose the transfer amount if the information is incorrect.*

### 8(d). Transmission Method

We may send an Order by wire, telegraph, telephone, cable, or whatever other transmission method we consider to be reasonable. Wells Fargo may transmit an Order directly to the Beneficiary's bank, or indirectly to the Beneficiary's bank through another bank, government agency, or other third party that Wells Fargo considers to be reasonable. Wells Fargo may utilize any reasonably selected funds transfer system or intermediary bank. You agree that your Order will also be governed by the applicable operating rules and other governing documents for the applicable funds transfer system. If there is a conflict between those operating rules and the provisions in Section 8, these provisions will govern.

Our rights and obligations regarding Orders will be governed solely by the provisions in Section 8, this Agreement, your Wires Funding Eligible Account agreement, and, to the extent applicable, federal law and the state laws governing your account. All Orders will be subject to the rules and regulations of any funds transfer system used by Wells Fargo, as amended from time to time.

### 8(e). Refund

If the Beneficiary's bank does not pay the Beneficiary specified on the Order, a refund will be made only if, and after, we receive confirmation of the effective cancellation of the Order and we are in free possession of the funds debited or earmarked in connection with the Order. Any charges assessed by the Beneficiary bank or intermediary bank related to the return will be deducted from any refund. For refunds of Orders payable in Foreign Currency, please see Section 8(i) below, for additional information. **For additional terms governing Outgoing Consumer International Wires, please see Section 8(j) below.**

### 8(f). Errors and Liability

Any action Wells Fargo takes to detect an erroneous Order or to attempt to detect an unauthorized Order, will be taken at Wells Fargo's sole discretion. No matter how many times Wells Fargo takes this action, it will not become part of Wells Fargo's standard procedures for attempting to detect such erroneous or unauthorized Orders, and Wells Fargo will not in any situation be liable for failing to take or to correctly perform the action.

Wells Fargo is only responsible for making a good faith effort to execute your Orders and will only be responsible for performing the services specified in the provisions in Section 8 with ordinary care. Unless prohibited by law, Wells Fargo will only be liable for its negligence or willful misconduct. Wells Fargo will not be liable for any loss or damage due to the method of transmission selected by Wells Fargo, or a third party's, including Beneficiary's bank's failure, delay, or error in processing an Order. Wells Fargo will not be liable for any delay or failure to perform if the delay or failure results from any cause beyond its reasonable control. IN NO EVENT WILL WELLS FARGO HAVE ANY LIABILITY FOR CONSEQUENTIAL, SPECIAL, PUNITIVE, OR INDIRECT LOSS OR DAMAGE WHICH YOU MAY INCUR IN CONNECTION WITH THE SERVICE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

If Wells Fargo is notified that it did not transfer the full amount stated in an Order, Wells Fargo's sole liability will be to correct the error as required by applicable law. If Wells Fargo executes an instruction in excess of the amount stated in an Order, to the extent that you, as the originator of the Order (the "Originator") do not receive the benefit of the Order, Wells Fargo will only be liable for any loss of the principal amount transferred in excess of the amount stated in the Order instructions. Additionally, Wells Fargo will be liable for the amount of interest the Originator has lost due to the transfer of the excess amount, computed at the then current Federal Funds rate. However, Wells Fargo's liability for loss of interest shall be limited to twenty (20) calendar day's interest.

If you identify any errors in an Order, or unauthorized activity on your funding account, please contact Online Customer Service immediately at **1-800-956-4442**. Wells Fargo will not be responsible for any delays in payment or additional fees caused by your failure to promptly notify us. You will exercise ordinary care to determine whether an Order accepted by Wells Fargo was either erroneous or not authorized. In the event of an erroneous or unauthorized Order, you agree to notify us by the earlier of: (i) 14 days after you receive notice from Wells Fargo that the Order was accepted or (ii) 14 days after you receive notice that your account was debited or credited with respect to the Order. You agree that Wells Fargo is entitled to retain payment for an Order unless you notify us within this 14 day period.

**For additional terms governing Outgoing Consumer International Wires, please see Section 8(j) below.**

### 8(g). Cancellation and Amendment

Except for the 30 minute cancellation window for Outgoing Consumer International wires set forth below, **an Order is final and cannot be canceled or changed by you.** However, at your request, Wells Fargo can attempt to cancel or change an Order, but we will not be liable if we are unable to do so. You authorize Wells Fargo to cancel or reject an Order, in our sole discretion, without liability to you. You understand and agree that Wells Fargo's decision to cancel or reject an Order may be based on confidential information that we may not be able to share with you. Nothing herein creates a duty for Wells Fargo to monitor or review wires beyond that which is required under applicable law. **For additional terms governing Outgoing Consumer International Wires, please see Section 8(j) below.**

### 8(h). Fees and Taxes

You agree to pay the Wire Transfers fees in the amounts and manner disclosed to you. A copy of Wells Fargo's current fee schedule is also available to you on request. You also agree to pay taxes that are applicable to Wire Transfers (exclusive of taxes based on net income of Wells Fargo), as well as any other additional fees that may apply. Additional fees can be charged to the Wires Funding Eligible Account or deducted from the transfer amount, as applicable, and may include, but are not limited to: an additional fee for bank initiated transactions, statement fees, fees assessed by beneficiary and intermediary banks, etc.

Note that your mobile carrier's message and data rates may apply.

### 8(i). Currency

An Order expressed in U.S. Dollars will be sent in U.S. Dollars. You may request that prior to executing an Order, Wells Fargo convert the amount to be transferred from U.S. Dollars to the currency of a designated foreign government or intergovernmental organization ("Foreign Currency"). Prior to initiating a wire, you should confirm that your beneficiary can receive the currency you select in your Order. If you do not do so, your Order may be rejected or additional fees and currency conversion charges may apply, if the beneficiary's account is in a different currency.

In addition to any applicable fees, Wells Fargo makes money when we convert one currency to another currency for you. The exchange rate used when Wells Fargo converts one currency to another is set at our sole discretion, and it includes a markup. The markup is designed to compensate us for several considerations including, without limitation, costs incurred, market risks, and our desired return. The applicable exchange rate does not include, and is separate from, any applicable fees. The exchange rate Wells Fargo provides to you may be different from exchange rates you see elsewhere. Different customers may receive different rates for transactions that are the same or similar. The applicable exchange rate may vary based on such factors including, but not limited to, currency pair, transaction size, payment channel, and product type, such as foreign currency cash, checks, remittances, and wire transfers. Foreign exchange markets are dynamic and

rates fluctuate over time based on market conditions, liquidity, and risks. Wells Fargo is your arms-length counterparty on foreign exchange transactions. We may refuse to process any request for a foreign exchange transaction.

Incoming wire transfers received in a foreign currency for payment into your account will be converted into U.S. dollars using the applicable exchange rate without prior notice to you.

If your outgoing international wire transfer is returned to Wells Fargo, you may be credited back a lesser amount than the amount that was originally debited for your initial outgoing wire transfer. Fee(s) may be charged by Wells Fargo or other financial institutions (for instance, by beneficiary and intermediary banks) when a wire is returned. As a result, the amount of your returned wire may be different than the amount you originally sent due to fees deducted. In addition, when a returned foreign currency wire is converted back to U.S. dollars, the U.S. dollar amount credited back to you may be less than the original amount we debited from your account due to fluctuation in the applicable exchange rate. You accept the risks of any unfavorable change in the applicable exchange rate. Wells Fargo will not be liable to you for a sum in excess of the amount that was originally debited for your initial outgoing wire transfer after it has been converted back to the original currency, even if there is a favorable change in the applicable exchange rate.

### 8(j). Additional Terms Governing Outgoing Consumer International Wires Only

This Section contains additional terms applicable only to Orders initiated by a natural person in the United States to transfer funds from a consumer Wires Funding Eligible Account to a Beneficiary in a foreign country for personal, family, or household purposes (each, an "Outgoing Consumer International Wire"). This Section does not apply to any Order sent to a Beneficiary in the United States, to any Order initiated by a non-consumer, or to any Order initiated by a consumer for any non-personal, non-family, or non-household purposes. In the event of a conflict between a provision in this Section, and another provision in the Agreement or Eligible Account agreement for your Wires Funding Eligible Account, this Section 8(j) will control with respect to Outgoing Consumer International Wires.

Prior to sending an Outgoing Consumer International Wire, Wells Fargo will provide you with certain important disclosures regarding your transaction including, to the extent applicable: the amount that will be transferred to the Beneficiary, a description of any fees and taxes imposed by Wells Fargo, the total amount of the transaction, the exchange rate to be used if applicable, the amount to be transferred, a description of any fees imposed by third parties, and the amount that will be received by the Beneficiary. If you choose to send your Order in Foreign Currency, the amount to be transferred, a description of any fees imposed by third parties, and the amount that will be received by the Beneficiary will be disclosed in the Foreign Currency. Once you complete your transaction, you will receive a receipt that includes the above information, as well as the date of availability, error resolution and cancellation right information, and other disclosures.

You have a right to cancel an Outgoing Consumer International Wire for a full refund of all amounts paid, including fees, within 30 minutes of completing it. To cancel, either select the available "Cancel" option within Wire Transfers, or call the cancellation phone number provided to you on your receipt at the time of your request.

In the event that you believe an error has occurred with respect to an Outgoing Consumer International Wire, you must notify Wells Fargo no later than 180 days after the "availability date" (the date when funds will be available to the Beneficiary) disclosed to you. You may notify us by calling the Wire Transfers team at **1-855-339-6655** or contact your banker. If you fail to notify us within this time period, Wells Fargo will not be liable for any error or loss of interest or any interest equivalent relating to the erroneous transaction.

When you contact us, please tell us: (a) your name, address, and telephone number where we can reach you during business hours; (b) the Beneficiary's name and, if known, his or her telephone number and address; (c) the date, dollar amount, and transaction confirmation number of the Outgoing Consumer International Wire; and (d) the error or problem with the wire transfer, and why you believe it is an error or problem.

Wells Fargo will determine whether an error occurred within 90 days after you contact us, and we will correct any error promptly. We will contact you with the results within three Business Days of completing our investigation and making our determination. If we identify that there was no error, or an error occurred that is different from the one you described, Wells Fargo will send you a written explanation. You may ask for copies of any documentation we used in our investigation. For more information about your error resolution and cancellation rights, you may access Consumer International Wire Error Resolution and Cancellation Rights (PDF).

With respect to Outgoing Consumer International Wires, such a wire is a "remittance transfer" as defined in Regulation E, Subpart B, and will be governed by the laws of the United States and, to the extent applicable, the laws of the state of New York, including New York's version of UCC 4A, without regard to its conflict of laws principles.

Except as otherwise agreed in writing, Wells Fargo is liable only for damages required to be paid as provided under Regulation E, subpart B or, to the extent applicable, UCC 4A (except as expressly modified by this Agreement). Except as required by Regulation E, subpart B, Wells Fargo will not be responsible for the acts or omissions of any other person or entity, including but not limited to any processor, any country's central bank, or any other financial institution, and no such person or entity will be deemed Wells Fargo's agent.

4/10/25, 1:46 PM                                  Online Access Agreement – Wells Fargo

9. Wells Fargo Mobile Deposit Service

(a). Description

(b). Fees

(c). Types of Checks Eligible for the Mobile Deposit Service, and Other Requirements

(d). Mobile Deposit Funds Availability

(e). Termination

(f). Right to Audit

## 9(a). Description

The Wells Fargo Mobile Deposit Service ("Mobile Deposit Service") allows you to make a deposit directly into your eligible checking or savings account using the Wells Fargo Mobile app for eligible Mobile Devices. Mobile Deposit Service allows you to submit photos of the front and back of your endorsed, eligible check, which you authorize us to then process.

The Mobile Deposit Service is only available through the Wells Fargo Mobile app for eligible Mobile Devices. Download the Wells Fargo Mobile app on an eligible Mobile Device. Please refer to Supported Browsers and Wells Fargo Mobile® App Requirements for operating system requirements.

Availability of the Mobile Deposit Service may be affected by your mobile carrier's coverage area.

Some accounts are not eligible for mobile deposit.

We set limits on the amount you can deposit via our Mobile Deposit Service, which will be shown for each Eligible Account. Mobile deposit limits may differ for each Eligible Account. You must comply with any restrictions or dollar limits on the Mobile Deposit Service as we may communicate to you from time to time. For security and risk management reasons, we may modify the limit, the frequency, and the dollar amount of deposits you can make using our Mobile Deposit Service without notice. The limits on the frequency and dollar amount of deposits are solely for the protection of Wells Fargo.

## 9(b). Fees

We do not charge a fee to use the Mobile Deposit Service. However, account fees (e.g., transaction) may apply to certain business accounts. Refer to your applicable business account fee disclosures for more information.

Note that your mobile carrier's message and data rates may apply.

## 9(c). Types of Checks Eligible for the Mobile Deposit Service, and Other Requirements

You can deposit checks payable in U.S. dollars and drawn at any U.S. bank, including personal, business, and most government checks. Only checks, money orders, cashier's checks, or American Express traveler's checks, drawn on or payable at or through a U.S. bank, can be transmitted through the Mobile Deposit Service.

Checks must be payable to, and endorsed by, the account owner for the Eligible Account, as follows: before check photos are taken, the back of the check must be signed with "For Mobile Deposit at Wells Fargo Only" written below your signature (or if available, check the box that reads: "Check here if mobile deposit").

Checks and other items that are NOT eligible for the Mobile Deposit Service include: international checks, U.S. savings bonds, U.S. postal money orders, remotely created checks (whether in paper form or electronically created), electronically created items (items created electronically and not derived from a paper check), convenience checks (checks drawn against a line of credit), non-American Express traveler's checks, cash, checks that are illegible or contain MICR data that is not machine-readable, and duplicate checks.

After depositing your check using mobile deposit, you must:

- Write "mobile deposit" and the date on the front of your check. The date should be the month, day, and year of your deposit; and
- Securely store your check for 5 days after your deposit, and then destroy it. This allows sufficient time in case the original check is required for any reason.

You are prohibited from duplicate scanning, negotiating, and/or depositing the same original check, or substitute of that original check, using our Mobile Deposit Service or by any other means. If you or anyone else presents a check or substitute check for deposit more than once, in violation of this Agreement, you agree to indemnify, defend, and hold Wells Fargo harmless from and against all liability and damages that may result from any claims, suits, or demands from third parties with respect to such check or substitute check. You understand you are responsible for the aggregate amount of any check that we have been asked to pay based on an original or substitute check that has already been deposited through the Mobile Deposit Service. We may debit any such amount from your account or any of your other account(s) you hold with Wells Fargo in our sole discretion.

Online Access Agreement – Wells Fargo

You must also ensure that the checks have not been altered, and that the photos sent via the Mobile Deposit Service are an accurate depiction of the front and back of the original check to be deposited.

You are responsible for any numerical errors on deposit data entry.

### 9(d). Mobile Deposit Funds Availability

Subject to the conditions for eligibility, if you deposit a check before our established cutoff time on a Business Day, we will consider that day to be the day the deposit is received by us. However, if you deposit a check after our cutoff time or on a non-Business Day, we will consider the day your deposit is received by us to be the next Business Day. Please see the Mobile Deposit FAQs for further information. The first $400 of a day's check deposits at a teller window, at a Wells Fargo ATM, and with the Wells Fargo Mobile app will be available on the day we receive the deposits.

Some checks can take longer to process, so we may need to hold some or all of the deposit for a little longer. If – at the time of deposit – we are going to hold any portion of your deposit, we will notify you of the hold (including when funds will be available) before you submit your deposit, and you can cancel your deposit at that time. Note that there could be other holds on funds after a deposit. In such case, you will receive notification from us. Please see your deposit account agreement for further information.

You'll know that your deposit is available when the amount appears online in the available balance of the Eligible Account you selected when you submitted your mobile deposit. This balance may not reflect all of your transactions, such as checks you have written or debit card transactions that have been approved but not yet submitted for payment by the merchant.

### 9(e). Termination

We may terminate the Mobile Deposit Service at any time. You may stop using the Mobile Deposit Service at any time. However, any image transmitted through the Mobile Deposit Service shall be subject to this Agreement.

### 9(f). Right to Audit

We may periodically audit and verify your compliance with this Section or for any other reason in connection with the Mobile Deposit Service. You agree to cooperate and provide information or documents at your expense as may be reasonably requested by us in the course of such audit.

### 10. Paze^SM

(a). Description

(b). Eligibility to Use Paze^SM

(c). Consent to Share Information

(d). Fees

(e). Right to Remove Your Wells Fargo Cards From Paze^SM; Right to Opt-Out of Paze^SM; Termination of Access

### 10(a). Description

The provisions in this Section only apply to the Paze^SM digital wallet service (Paze^SM), which is an online checkout solution operated by a third party, Early Warning Services, LLC ("Early Warning"). Paze^SM stores your eligible credit and debit card payment credentials and related personal information, in a digital wallet created for you. When your eligible card is added to Paze^SM, your actual card number is tokenized and replaced with a unique digital card number. Paze^SM lets you select your eligible credit or debit card from your Paze^SM wallet, and share your tokenized payment credentials and related personal information with participating merchants to make purchases online.

**Paze^SM is only available with participating online merchants and cannot be used at physical merchant locations. Some merchants may require that an account be created with them before Paze^SM can be used at checkout.** Certain eligibility criteria to use Paze^SM apply.

**You understand and agree that the addition of your eligible cards to Paze^SM and the card transactions made through Paze^SM are subject to the terms, conditions, and Eligible Account agreements applicable to your Wells Fargo card, which apply with the same effect and coverage.** If there is any conflict between the provisions in this Section and the terms, conditions, and Eligible Account agreements applicable to your Wells Fargo card, the provisions in this Section will control with respect to Paze^SM.

You are required to maintain your current and most up-to-date contact information with us, such as your email address, mobile phone number, and statement address. It is your responsibility to provide to Paze^SM and/or the participating merchant your accurate shipping address.

When your eligible Wells Fargo card is replaced or re-issued, we may automatically provide Paze^SM, Early Warning, and your card network, with updated information about your eligible card payment credentials.

### 10(b). Eligibility to Use Paze℠

Your use of Paze℠ is contingent on you and your credit and debit card Eligible Accounts meeting certain eligibility requirements.

In order to use Paze℠, you represent that: (a) you are a U.S. resident, (b) you are at least 18 years of age, and (c) you are the primary account holder for the Eligible Accounts you select to use with Paze℠.

Wells Fargo, not Paze℠, will determine which of your Wells Fargo credit and/or debit card Eligible Accounts are eligible for Paze℠. We reserve the right to add additional Eligible Accounts to Paze℠ in the future.

We have the right and sole discretion to modify or terminate the eligibility requirements to use Wells Fargo cards with Paze℠. We may also change the card authentication process for our cards.

### 10(c). Consent to Share Information

You agree that we may share with Paze℠ and Early Warning your eligible credit and debit card numbers and expiration dates, and related personal information such as your name, social security number or tax identification number, date of birth, email address, mobile phone number, statement address, and other personal information needed to enable the Paze℠ service. A network token service provider will tokenize your eligible credit and debit card numbers for security purposes. Paze℠ and Early Warning will use your information to provide the service to you, including to help verify your identity.

When you select your eligible credit or debit card to pay a participating merchant online, you agree that Paze℠ and Early Warning may share your name, statement address, phone number, email address, tokenized payment card information and other necessary personal information ("Card Details") with the merchant. Paze℠ will transmit the Card Details to the merchant or a third party the merchant engages, to enable processing of the transaction or to set up an online account with the merchant. You agree that the merchant or other applicable third party can transmit information about the transaction to the applicable card network for your credit or debit card and that your transaction will be completed using the credit or debit card you have selected to enable a transaction. You understand that once you authorize the payment with the merchant, Paze℠ is not involved in processing the transactions. The transactions will be reflected on your account for the eligible Wells Fargo credit or debit card you selected to make the payment.

Paze℠ and Early Warning may capture information about the transaction itself, such as a unique transaction identifier, so there is a record of the transaction. Early Warning may also capture certain information from your mobile device or internet browser used to access the Paze℠ service, including Internet Protocol (IP) address. Early Warning may use such information to operate and maintain the Paze℠ service, including to: prevent, detect and protect against security incidents, fraud, and prohibited or illegal activities related to the Paze℠ service; conduct internal research to improve the Paze℠ service; prepare anonymized reports about the use of the Paze℠ service; or for legal or compliance purposes.

### 10(d). Fees

We do not charge a fee for using Paze℠. However, card transactions made through Paze℠ are subject to the terms, conditions, and Eligible Account agreements applicable to your Wells Fargo card, which apply with the same effect and coverage, including any fees.

Note that your mobile carrier's message and data rates may apply.

### 10(e). Right to Remove Your Wells Fargo Cards From Paze℠; Right to Opt-Out of Paze℠; Termination of Access

You have the right to remove your Wells Fargo cards from Paze℠. To the extent that you have cards from other financial institutions in Paze℠, you understand that Wells Fargo can only remove your Wells Fargo cards from Paze℠. You agree to notify us promptly if you want to remove your Wells Fargo cards from Paze℠. To remove your Wells Fargo cards from Paze℠, you may call Wells Fargo Online Customer Service at **1-800-956-4442** for assistance, or if your cards appear in the Wells Fargo Mobile app for Paze℠ you can remove them through our app.

If Paze℠ is available to you and you do not wish to continue to participate in Paze℠, you may opt-out of Paze℠ through the Paze℠ website and by following the instructions there.

You agree that you will only use Paze℠ for lawful purposes, and not for purposes or activities that may lead to liability, reputational harm, or brand damage to Wells Fargo, Paze℠, or Early Warning.  We reserve the right to determine prohibited uses of Paze℠ at our sole discretion, and at any time, consistent with applicable law or regulation.

You agree that unless otherwise required by applicable law or regulation, we can suspend or terminate your ability to use your eligible Wells Fargo cards in Paze℠, in whole or in part, at any time. You further agree that unless otherwise required by applicable law or regulation, we, Paze℠, and Early Warning, may suspend or terminate your usage of Paze℠, if at any time we determine that it does not meet our, Paze℠'s, or Early Warning's, criteria for Paze℠ usage.

### 11. Alerts

(a). Description

(b). Alert Delivery Timing

(c). Terminating Alerts

## 11(a). Description

Wells Fargo may automatically send you certain alert messages via email, text message, push notification, and/or by other means, including to your Mobile Device or to any phone number you have provided to us. These messages may include notifications about potential fraud on your accounts, debit card or credit card, recent account activity, or changes to your online profile. You can opt not to receive push notifications by turning off push notifications on your Wells Fargo Mobile app. You may also opt out of receiving text messages by replying STOP at any time.

Wells Fargo also offers an Alerts Service ("Alerts Service") through Wells Fargo Online or Wells Fargo Mobile for your Eligible Account(s). You may choose to receive eligible alerts through (as available) email message(s), text message(s), push notification(s), and/or by other means. You may modify your Alerts Service delivery preferences or choose to discontinue receiving alerts by updating your alerts through the Service.

You further agree that:

- Alerts may be sent unencrypted, and may include your name and information pertaining to your account(s).
- You may not modify, change, or alter the content of any alert message that we send to you.
- Availability may be affected by your mobile carrier's coverage area and your mobile carrier's message and data rates may apply.

## 11(b). Alert Delivery Timing

Receipt of any of the alerts we send, whether they are automatic alerts or from the Alerts Service, may be delayed or prevented by factor(s) affecting your internet/phone provider or other circumstances.

Wells Fargo is not liable for losses or damages arising from:

- Non-delivery, delayed delivery, or erroneous delivery of any alert.
- Inaccurate alert content.
- Your use or reliance on the contents of any alert for any purposes.

The information in any alert may be subject to certain delays.

Wells Fargo sends push notifications to devices on which the Wells Fargo Mobile app is frequently used. To ensure continued delivery or resume delivery of push notifications, log on to the Wells Fargo Mobile app on your device frequently.

## 11(c). Terminating Alerts

Wells Fargo may terminate or change your use of the Alerts Service at any time without notice. We may also change, modify, or cancel either the content or the delivery method of any automatic alerts.

## 12. Personalized Insights and Cash Flow Manager

Wells Fargo may utilize certain technology to: (1) make suggestions based on your credit and debit payments, other banking transactions, account balances, and services used ("Personalized Insights"); and (2) estimate upcoming payments and deposits on certain Eligible Accounts and forecast the overall financial health of such accounts ("Cash Flow Manager").

Note that some insights are only available via the Wells Fargo Mobile app.

By using Personalized Insights or Cash Flow Manager you agree that:

- Information provided by Personalized Insights or Cash Flow Manager may not include or take into consideration transactions that Wells Fargo is not aware of.
- All transactions described as "expected" and all forecasts, projections, predictions, and similar information are only estimates and may not be accurate, and you will review any transaction described as "expected."
- Information provided by Wells Fargo does not constitute a recommendation from Wells Fargo to you for any specific action.
- Personalized Insights and Cash Flow Manager will not, by themselves, prevent you from incurring fees related to your account, such as overdraft fees or monthly service fees.
- The information provided by Personalized Insights or Cash Flow Manager may be subject to delays.

4/10/25, 1:46 PM                                    Online Access Agreement – Wells Fargo

Wells Fargo isn't liable for losses or damages arising from:

- Non-delivery, delayed delivery, or wrong delivery of Personalized Insights or Cash Flow Manager information.
- Inaccurate information provided by Personalized Insights or Cash Flow Manager.
- Your use of or reliance on information provided by Personalized Insights or Cash Flow Manager for any purposes.

Personalized Insights and Cash Flow Manager are offered at Wells Fargo's sole discretion and may be terminated without notice at any time.

## 13. Online Statements and Documents

(a). Description

(b). Eligible Accounts

(c). Enrollment

(d). Check Images

(e). Access

(f). Year-end Tax Reporting Documents

(g). Terminating Online Statements and Documents

### 13(a). Description

Many account documents — including statements, tax documents, and legal notices — can be delivered online for certain Eligible Accounts and Online Financial Services. You have the option to view, save, or print PDF versions of your account documents from the Website via desktop, tablet, or Mobile Device.

Any legal notices or disclosures about your Eligible Account or Online Financial Service that would normally accompany your paper account statement, or that we would mail to you, may be delivered to you electronically. In some cases, we must continue to mail paper statements, legal notices, and disclosures even if you elect to receive them electronically. Wells Fargo is not responsible for statement non-delivery if you do not maintain a valid email address as described in Section 13(c).

We'll email you to notify you that a statement, tax document, or other document is available online and you can view, print, and/or save at your convenience. By requesting that bills, statements, or other communications from us be sent to you electronically, you warrant that you have the right, power, and authority to receive them electronically.

We may offer you additional options/preferences for delivery of various communications related to your Eligible Accounts or Online Financial Services. We may add to, modify, or delete any feature of online statements and documents at our sole discretion.

### 13(b). Eligible Accounts

Most Eligible Account statements and documents can be delivered online. You can determine online statement eligibility by signing on to the Website.

### 13(c). Enrollment

Online statements and documents are available for certain Eligible Accounts or Online Financial Services if you have completed enrollment in the Service and provided us with a valid email address. Once enrolled, we will send you an email notice (as described in Section 11(a)) notifying you when your statement or document is available on the Website. To ensure that you continue to receive such email notifications, you must notify us of any changes or updates to your email address. We may revoke your online-only statement and document option and change your delivery preference to U.S. Mail if you don't maintain a valid email address.

Delivery preferences can be changed by any account owner or Authorized Representative, and the new delivery preference will apply to all owners or Authorized Representatives of that account.

Depending on the Eligible Account or Online Financial Service, one or more of the following may be true:

- Many Eligible Accounts and Online Financial Services automatically come with online-only delivery for statements and documents. This means you will no longer receive paper statements and documents, unless required by law or regulation. You can change your delivery preference to U.S. Mail at any time.
- For Eligible Accounts or Online Financial Services that don't automatically come with online-only delivery, you can choose online-only delivery for that Eligible Account or Online Financial Service.

### 13(d). Check Images

For deposit accounts, you may view online images of the individual checks posted to your account. You can ask us to mail a photocopy of a canceled check to you.

### 13(e). Access

You can access your online statements and documents (including legal notices and disclosures) on the Website.

Statements are available online for up to a maximum of seven years, depending on the type of account enrolled. Statements for some types of Eligible Accounts or Online Financial Services are available for shorter time frames. If you didn't choose online-only delivery when the account was first opened, there may be a gap in the historical statements available online for some types of Eligible Accounts or Online Financial Services.

For some types of Eligible Accounts or Online Financial Services, there may be a delay of up to several weeks after enrollment before you can start viewing statements and documents online. You can still request historical account statements (fees may apply); please refer to the applicable account agreement and disclosures for details.

If you close your account, your online statements and documents for that account will be available for viewing, downloading, or saving for approximately 90 days after the date of closure.

### 13(f). Year-end Tax Reporting Documents

Online year-end tax documents may be available to customers with certain account types who are enrolled in the Service and provide a valid email address for the Service. You don't have to complete a separate enrollment process to view your tax documents online. This option is available regardless of whether we also mail your paper tax documents.

You are entitled to receive paper versions of your tax documents by U.S. Mail. By selecting Online as your delivery preference, you are consenting to receive those tax documents electronically instead. Please make note of the following important information:

- Your consent applies to all the tax documents you have designated for Online delivery. The consent for each form designated will remain in effect for every year that form is required to be furnished until the consent is withdrawn in the manner provided below. Tax documents will remain available to you online until at least October 15 of the year in which they are delivered for Eligible Accounts (except for closed accounts, as provided in Sections 3(d) and 13(e) of this Agreement).
- You may withdraw your consent to electronic delivery by changing your delivery preferences back to U.S. Mail from the delivery preference section of the Website, by calling customer service at **1-800-956-4442**, 24 hours a day, 7 days a week (Wells Fargo Advisor accounts call **1-877-879-2495**, Monday to Friday, 8:00am ET to midnight ET, or **1-877-488-3748** (WFCS Custodied brokerage accounts), Monday to Friday, 8:00am ET to midnight ET, Saturday and Sunday 9:00am ET to 6:00pm ET), or in writing to Wells Fargo Customer Correspondence, PO Box 6995, Portland, OR, 97228-6995. Note that delivery preference changes will be reflected immediately on the Website but may take up to two Business Days to take effect. Depending on timing, delivery preference changes for tax documents may not take effect for the upcoming tax season.
- For Brokerage, certain tax forms, 5498 and Fair Market Value information related to your accounts, may be delivered as part of your monthly account statement. If you agree to online delivery for monthly account statement documents, you also agree to online delivery for these documents.
- You will receive confirmation via email of any change to your delivery preference. Should you change your delivery preference to U.S. Mail, this email will be the written confirmation of your withdrawal of consent to electronic delivery.
- You may obtain a paper copy of any tax document we deliver electronically by calling customer service at **1-800-956-4442**, 24 hours a day, 7 days a week; or for Wells Fargo Advisors accounts, please contact your Financial Advisor or call **1-877-879-2495**, Monday to Friday, 8:00am ET to midnight ET, or **1-877-488-3748** (WFCS Custodied brokerage accounts), Monday to Friday, 8:00am ET to midnight ET, Saturday and Sunday 9:00am ET to 6:00pm ET). Requesting a paper copy of your electronically-delivered tax document does not change your delivery preference or withdraw your consent to electronic delivery.
- If you close the related account or end your online banking relationship with us, tax documents will no longer be delivered to you electronically.

You may update your contact information and email address within the "Update Contact Information" section found on the Website. To change the email address associated with your brokerage notifications, once you have changed your email, then go to the delivery preference section found within the website.

Wells Fargo Online Technical Requirements describes in detail the hardware and software you need to access and print your tax documents. In summary, you will need:

- a current version of an internet browser we support,
- a current version of a program that accurately reads and displays PDF files (such as Adobe Acrobat Reader), and
- a computer and an operating system capable of supporting all of the above.

You will also need a printer if you wish to print out and retain records on paper, and electronic storage if you wish to retain records in electronic form.

We always reserve the right to communicate with you in writing using U.S. Mail, regardless of what other options you have chosen.

### 13(g). Terminating Online Statements and Documents

We may terminate online delivery of statements and documents to you for one or more Eligible Accounts or Online Financial Services, without notice. As provided in Section 13(c) of this Agreement, we may revoke your online-only statement and document option and change your delivery preference to U.S. Mail if you don't maintain a valid email address.

### 14. Using Financial Management Software

(a). Description

(b). Online Banking and Bill Pay Access

(c). Fees for Online Banking Access and Bill Pay with Financial Management Software

(d). Bill Pay with Financial Management Software

(e). Disclaimers and Acknowledgements

### 14(a). Description

Financial Management Software includes: Quicken®, QuickBooks® Desktop Software, and other software we may identify on the Website. You are responsible for obtaining a valid and separate license agreement with the provider of your Financial Management Software. Your license agreement with the provider of your Financial Management Software may restrict the duration of your online access; we aren't liable for any such limitations or restrictions.

### 14(b). Online Banking and Bill Pay Access

We may choose to let you download information into your Financial Management Software from certain Eligible Accounts. We may also let you initiate Bill Pay instructions through your Financial Management Software. The Eligible Accounts for which these options are available will be identified on the Website. We may also add to, modify, or delete any feature of your ability to access the Service through your Financial Management Software.

### 14(c). Fees for Online Banking Access and Bill Pay with Financial Management Software

There are no fees from us to use Financial Management Software. Note that your Internet, telephone, and/or mobile device service provider may assess fees and bill them separately.

### 14(d). Bill Pay with Financial Management Software

If you're enrolled in and use the Bill Pay service through your Financial Management Software, you may use the service to pay any merchant or individual in the U.S., and may also use it to make payments for any bank mortgage, installment loan, credit card, or line of credit account.

You must designate through your software a Bill Pay Funding Eligible Account. You may designate more than one Bill Pay Funding Eligible Account.

Bill Pay payments made via your Financial Management Software are NOT covered by Wells Fargo's Bill Pay Payment Guarantee.

All payments made using the Bill Pay service with Financial Management Software should be made at least four Business Days in advance of the due date, so the payee/merchant can credit your account in time to avoid any late-payment charges or penalties. Each Business Day has a cut-off time for bill payments; payments made after the cut-off time or on Saturdays, Sundays, or federal holidays will be made the next Business Day.

### 14(e). Disclaimers and Acknowledgements

You understand and agree that, with regard to your use of Financial Management Software to use the Service or Bill Pay:

- The Eligible Account information you download through your Financial Management Software is provided to you "as is" and "as available."
- We make no warranties and have no liability as to:
  - Your access and use of your Financial Management Software according to the terms and conditions of any and all applicable license agreements with the providers of such software;
  - The accuracy, completeness, availability or timeliness of the Eligible Account information, text, graphics, or other items in the Eligible Account information that you can download through your Financial Management Software;

- The errors or omissions in the delivery or transmission of the Eligible Account information from us to you (and "you" includes delivery to your Financial Management Software and/or your computer); and

- The download option's fitness for a particular purpose and non-infringement of any third party rights.

- Payments to the following types of Payees may be scheduled through the Service via your Financial Management Software, however such payments are discouraged and are scheduled by you at your own risk; except as otherwise provided by law or regulation (including, to the extent applicable, the protections described in Section 5 relating to EFTs for Consumer accounts), in no event will we be liable for any claims or damages that may result if you schedule payments to the following payees:

  1. Payees outside of the United States, including Canada;

  2. Payees to U.S. Territories;

  3. Tax payments;

  4. Government agencies, or

  5. Court-ordered payments (such as child support payments or traffic tickets).

- All research and resolution for any misapplied, misposted, or misdirected payments will be your sole responsibility, except as otherwise provided by law or regulation (including, to the extent applicable, the protections described in Section 5 relating to EFTs for Consumer accounts).

- We have no duty to monitor the online transfers or payments that you make. You assume the entire risk of using the Service properly to ensure that funds are transferred and bills are paid properly and timely. We won't be responsible for any charges imposed or any other action taken by a payee/merchant resulting from a bill payment that you have not scheduled properly, including any applicable finance charges and late fees. In addition, we won't be liable if any third party through whom any bill payment is made fails to transmit the payment or the payment instruction properly to the intended payee/merchant, or if the merchant/payee or its bank fails to transmit a payment instruction or record a bill payment properly.

- In using the Financial Management Software, payees and/or the U.S. Postal Service may return payments for various reasons including, payee's forwarding address expired; payee's account number is not valid; payee is not available to locate account; or payee's account is paid in full. We will use reasonable efforts to research and correct the returned payment and return it to your payee, or void the payment and credit your account.

- Your Financial Management Software may provide the option of disabling selected features of the Service. To disable any feature of the Service, you MUST contact us by calling **1-800-956-4442** with your notification.

- Some states do not allow limitations on how long an implied warranty lasts, so that the above limitations may not apply to you, and that you may also have other rights, which vary from state to state.

Unless otherwise provided by law or regulation (including, to the extent applicable, the protections described in Section 5 relating to EFTs for Consumer accounts), you agree that we won't be liable to you for:

- Your inability to use the download, transfer and/or bill pay option;

- The accuracy, timeliness, loss or corruption, or misdelivery of any Eligible Account information, transfer, bill payment, or any other information;

- Unauthorized access to your Eligible Accounts or to your account information and any misappropriation, or alteration, of your account information or data, to the extent the unauthorized access results from your acts or omissions;

- Your inability to access your Eligible Account (including, failure of electronic or mechanical equipment, interconnect problems with telephone providers or Internet service providers ("ISPs"), natural disasters, strikes, or other labor problems); or

- Any other matter relating to the download, transfer or bill pay option.

You understand and agree that:

- Not all the information in your Eligible Accounts can be downloaded into your Financial Management Software.

- Information you can download may not include all of your account activity.

- Statements we generate are the official record of account transactions, positions, and balances; the information you download is for tracking purposes only and should not be considered an official record.

- Account information won't necessarily reflect banking, financial, or investment activities and transactions that have not yet been completed or settled, and will only reflect the account information in your Eligible Accounts at the exact point in time that you download the information (for example, trades that have not yet been settled may not be reflected).

- Account information in your Eligible Accounts may reflect transactions as of a prior time period and may not be current when you download the information.

- We won't automatically update account information that you download to your Financial Management Software. You will have to update the Eligible Account information by downloading more current information from your accounts (for example, stock prices, and/or the value of the investments we hold in

your brokerage account, may be reflected at the prices at the close of the prior trading day and not the current prices).

- Eligible Account information may include information you provided to us (for example, cost or tax basis information for securities we have transferred into your brokerage account); you're solely responsible for the accuracy of this information.

- We aren't liable for any loss, damages, or expenses of any kind as a result of your reliance upon the Eligible Account information in your Financial Management Software (which may not be up to date and may not include pending transactions such as a stock sales or purchases that haven't settled).

- You assume all risk that unauthorized third parties may access any Eligible Account information you download and store in your Financial Management Software.

- If you send information in an unsecure manner or take the Eligible Account information out of our secure systems by downloading it, we're no longer responsible for the security and confidentiality of that information, and the responsibility is now yours (or may be shared with others, such as your Financial Management Software provider).

- We aren't responsible for the security and confidentiality of the Eligible Account information if you:
  - Use wireless connections to download your account information, in which case you acknowledge other persons may be able to access the information being downloaded; or
  - Let others access or use your Financial Management Software.

- Downloads of Eligible Account information are at your own risk. You are solely responsible for any resulting damage to the computer (or other electronic device) to which you download any information.

## 15. Third-Party Software and Content

(a). Description

(b). Disclaimers and Acknowledgements

### 15(a). Description

**Third-Party Software.** We may offer third-party software tools and products ("Third-Party Software") that you can install on your computer. You are responsible for obtaining a valid and separate license agreement with the provider of the Third-Party Software.

**Third-Party Content.** We may offer information, commentary, and tools supplied by companies not affiliated with us ("Third-Party Content"). Third-Party Content on the Website is labeled as such, and may be available either in a frame, via a hyperlink, or simply posted to the Website. We don't own any interest in, edit, review or endorse any Third-Party Content.

### 15(b). Disclaimers and Acknowledgements

You understand and agree that:

- Any Third-Party Software you download through your Financial Management Software is provided to you "as is" and "as available."

- Any Third-Party Content you review or use is provided to you "as is."

- We won't be liable to you for:
  - Your inability to access or use the Third-Party Software.
  - The accuracy, timeliness, loss or corruption, or misdelivery of any Eligible Account information or any other information processed by the Third-Party Software.
  - Unauthorized access to your Eligible Accounts or to your account information and any misappropriation, or alteration, of your account information or data as a result of your installation or use of the Third-Party Software, except as otherwise provided by law or regulation (including, to the extent applicable, the protections described in Section 5 relating to EFTs for Consumer accounts).

- You assume all risk that unauthorized third parties may access any Third-Party Software you download and install, or any information you enter into the Third-Party Software.

- If you use the Third-Party Software to transmit information, you and the Third-Party Software provider are responsible for the security and confidentiality of that information.

- Any Third-Party Software downloads are your own risk and you alone are responsible for any resulting damage to the computer or other electronic device, as well as for any loss or corruption of data that might occur as a result.

- You are solely responsible for acquiring and maintaining a computer or other electronic device that can handle and access the Third-Party Software, including any necessary equipment such as a modem, and that you're responsible for all costs associated with accessing the Third-Party Software.

You further agree that we make no warranties and have no liability as to:

- The accuracy, completeness, availability, or timeliness of the information, text, graphics, or other items provided, stored, evaluated, or processed through the Third-Party Software or Third-Party Content;
- Any errors or omissions in the delivery or transmission of the Third-Party Software or Third-Party Content from us to you (and "you" includes delivery to your Financial Management Software and/or your computer); and
- The Third-Party Software's or Third-Party Content's fitness for a particular purpose and non-infringement of any third-party rights.

Some states do not allow limitations on how long an implied warranty lasts, so that the above limitations may not apply to you, and that you may also have other rights, which may vary from state to state.

16. Fees

(a). Fees for Eligible Accounts and Online Financial Services

(b). Payment

### 16(a). Fees for Eligible Accounts and Online Financial Services

Certain fees in connection with an Eligible Account or Online Financial Service may apply when using the Service, and are separately disclosed in the specific agreements for an Eligible Account and/or on our Website under Fee Information, unless otherwise described in this Agreement.

Your internet, telephone, and/or mobile device service provider may assess other fees and bill them separately to you.

### 16(b). Payment

Unless otherwise agreed, you must designate an account at Wells Fargo to pay fees for Eligible Accounts and Online Financial Services (your "Payment Account"). You authorize us to charge your Payment Account for the fees.

If you close your current Payment Account, you must notify us to designate a new deposit account that will be your Payment Account. In addition, you must cancel your Online Financial Services by notifying us at **1-800-956-4442** or the phone number located on your statement.

17. Security

(a). Description

(b). Usernames and Passwords

(c). Transfers Security Procedures (Excluding Online Wires)

(d). Protecting Your Security

### 17(a). Description

You need a username and password, or other Wells Fargo approved security and authentication controls, to access your Eligible Accounts and Online Financial Services through the Service. We may set standards for your username and password, and other security and authentication controls. We recommend that you change your password regularly, and select a unique username and password combination for use only with the Service.

We may also require additional security procedures for certain transactions. These additional security procedures may require special hardware, software, or third-party services. To enhance the security of your Eligible Accounts and Online Financial Services, we may also offer you additional, optional security procedures. These could include personal reference questions and answers, random number generators, or one-time access codes.

We may also require the use or activation of specific applications, Internet browser software or mobile operating system features, plug-ins, and add-ons to use the Service. These could include JavaScript and "cookies."

To enable and enhance secure access to the Service, we may also access detailed information about the computers and Mobile Devices you use to access the Service. This could include telephone numbers and unique internal and network identifiers for your computers and Mobile Devices. We also use cookies and other technology for information security and other purposes, as described in our Digital Privacy and Cookies Policy.

### 17(b). Usernames and Passwords

Usernames and passwords must meet the standards we establish. These standards will be available for your reference whenever you create or change a username and/or password. We may require you to change or update your username and/or password at any time, including to meet any new standards we may establish. You are responsible for keeping your password confidential. We recommend you select a unique username and password combination for use only with the Service, and memorize it rather than writing it down.

You can change your username and/or password within the Service or by calling **1-800-956-4442** (**1-877-879-2495** for Wells Fargo Advisors accounts, or **1-877-488-3748** (WFCS Custodied brokerage accounts)).

### 17(c). Transfers Security Procedures (Excluding Online Wires)

The provisions in this Section 17(c) only apply to transactions which are subject to Article 4A of the Uniform Commercial Code ("UCC 4A"), including online transactions from business accounts. This Section 17(c) does not apply to Wire Transfers – please see Section 8(b) above for the security procedure for Wire Transfers.

The security procedure consists of verifying your username and a password, and/or such other additional security and authentication methods as we may require from time to time. We may also require you to answer security questions, use random number generators, or one-time passcodes to further verify a transfer governed by UCC 4A. Wells Fargo leverages and employs the username and password standards set forth in Section 17(b), and you agree to protect your username and password pursuant to Section 17(d). We may require that you provide to us a permanent, text message-enabled U.S. mobile phone number that you intend to use for an extended period of time (i.e., no "burner" numbers), before you use any Service subject to this Section 17(c). The purpose of the security procedure is to verify the authenticity of a transfer request delivered to us in your name and not to detect errors in the transfer. You agree the security procedure required by us in this Agreement is commercially reasonable, and meets your needs with regard to the size, type, and frequency of your transfers governed by UCC 4A.

**You agree to be bound by any transfer request that Wells Fargo receives and verifies following our security procedure, even if the transfer request was not authorized by you.** You agree that we may be liable only for damages required to be paid under UCC 4A. In no event will we be liable for any exemplary, special, indirect, or consequential loss, damage, costs, or expense of any nature, including lost profits, even if we have been informed of the possibility of such damages, except as may be required by law or regulation.

### 17(d). Protecting Your Security

Even though information exchanged through the Service is protected by advanced encryption techniques while being transmitted, you still need to protect your username and password for the Service.

You must notify us immediately if you suspect fraudulent activity on your Eligible Account or if you believe that:

- Your password may have been lost or stolen.
- A Mobile Device you use to access the Service has been lost, stolen, or compromised.
- Someone viewed, downloaded, or deleted electronic records from your Eligible Account or Online Financial Service without your permission.

To notify us:

- **Call 1-800-956-4442** anytime, 24 hours a day, seven days a week; or
- **Write** to Wells Fargo Customer Correspondence, PO Box 6995, Portland, OR, 97228-6995.

In the event of unauthorized use of your username and password, or any other security or authentication technique we use, you may be liable for resulting losses, to the extent permitted by law or regulation.

## 18. Privacy and Use of Information

(a). Description

(b). Acknowledgements and Agreements

### 18(a). Description

We treat your data in accordance with Wells Fargo's Privacy Notices applicable to you and your accounts.

Your use of the Service is subject to the Wells Fargo Digital Privacy and Cookies Policy. By accessing or using the Service, you understand and agree that Wells Fargo may collect and retain information about you, your internet browser, or the device you use to access the Service, including Internet Protocol (IP) address, device identifier, and geolocation (if enabled on your device).

We use analytics and monitoring tools to collect your interaction with our Services. These interactions are collected using tracking technologies like cookies and pixels, and technical log files. We use the data for purposes that include interaction monitoring and visual replay for fraud, customer service, product improvement, and other purposes allowed by law.

Online Access Agreement – Wells Fargo

You authorize your wireless carrier to use or disclose information about your account and your wireless device, if available, to Wells Fargo, its Affiliates, or its service provider for the duration of your business relationship, solely to help them identify you or your wireless device and to prevent fraud. See our Privacy Notices for how we treat your data.

### 18(b). Acknowledgements and Agreements

You acknowledge and agree that:

- We may collect and retain certain information and use that information to market our products and services to you. You can change your privacy preferences online or call **1-888-528-8460**.

- If you access the Service, or use an Online Financial Service, we may track and record your geographic location (if enabled on your device) and your activity on our Website.

- We may use automated processes to detect any use of the Service that violates the terms of this Agreement or any applicable law or regulation.

- You will receive your annual privacy notices on our Website and the availability of the privacy notices on the Website constitutes actual notice of the contents of the privacy notices.

- Any conversations with us through use of chat, virtual assistant, or a similar service are monitored, recorded, and retained, potentially without any further notice to you.

- If you provide data about a minor, you are authorized to provide that data and agree Wells Fargo may use the data for the purposes for which it was provided and other uses allowed by law.

- Other communications between you and us (or our service providers) may also be monitored, recorded, and retained. We will provide any additional notice of monitoring, recording, and retention as required by law or regulation. We may share that information with a third party in accordance with our privacy policy and applicable law.

- We may collect biometric data about you to authenticate your identity and to enhance the security of your accounts. The biometric data we collect may include voiceprints and behavioral characteristics such as keystroke and mouse movement patterns.

- If you access the Service from locations outside the United States, you may be subjecting yourself to United States law, which may differ from your local laws, including laws involving governing personal data collection, storage, deletion, processing, use, and disclosure. In your use of the Service, which is governed by United States law, you may transfer certain personal information to the United States, you consent to that transfer, and you consent to the application of United States law.

### 19. Your Additional Responsibilities

You agree that:

- You are responsible for actions taken by anyone using the Service after signing in with your username and password, or any other Wells Fargo approved authentication control, except as otherwise provided by law or regulation. We are entitled to rely and act upon instructions received under your username and password.

- You are responsible for keeping your username and password confidential.

- You are responsible for ensuring that you have signed off from the Service when your session is complete to prevent unauthorized persons from using the Service.

- You are responsible for ensuring your computer operating system, software, browser version, plug-ins, and anti-virus software are all current and up-to-date.

- You are responsible for ensuring that you have a valid email address and phone number at all times.

- You will be the only user of your username and password, and that you won't transfer or disclose any of this information to any other person.

- You will be responsible for all usage of the Service and any fees associated with use of other services accessed through the Service on your Eligible Account, whether or not authorized by you, except as otherwise provided by law or regulation (including, to the extent applicable, the protections described in Section 5 relating to EFTs for Consumer accounts).

- You will immediately notify us at **1-800-956-4442** or the phone number located on your statement to report any actual or suspected unauthorized use of your username or password.

- You will provide true, accurate, current, and complete information about yourself as requested.

- You will not misrepresent your identity.

- You will not use the Service for unlawful purposes, or purposes that are not permitted expressly or implicitly, by this Agreement or by any applicable law or regulation.

- You will comply with all rules, policies, and procedures of networks through which you access and use the Service.

- You will not use the Service in a way that disrupts, damages, disables, overburdens, interferes, or impairs the Service, the networks through which you access or use the Service, or with any other party's use of the Service.

- You will not access or attempt to access any Service account for which you have no access authorization, or duplicate, modify, distribute, or display any of the data or files from any such account.

- You will be responsible for and provide all computer, telephone, and other equipment, software (other than any software provided by us), and services necessary to access the Service.

- You will not obtain or attempt to obtain any materials or information through any means not intentionally made available or provided for through the Service.

- If you have a mortgage and a Wells Fargo entity is the servicer of your mortgage but does not hold your mortgage, you agree that (1) this Agreement and the Online Financial Services relating to that mortgage do not create an account or customer relationship with Wells Fargo and (2) the Wells Fargo entity is offering Online Financial Services relating to that mortgage strictly as the servicer, on behalf of your mortgage holder.

- You will not provide, and we cannot accept, trade instructions in any chat, virtual assistant, or similar service.

## 20. Disclaimers

(a). Disclaimer of Warranties

(b). Limits on Liability and Obligations

(c). Indemnification

### 20(a). Disclaimer of Warranties

To the fullest extent permitted by law or regulation, we make no warranties of any kind for the Service, either express or implied, including, implied warranties of merchantability or fitness for a particular purpose.

We do not warrant that the Service will be uninterrupted or error free, that defects will be corrected, or that our Website that makes the Service available is free of viruses or other harmful components.

### 20(b). Limits on Liability and Obligation

Wells Fargo and its officers, directors, shareholders, parents, subsidiaries, affiliates, agents, licensors, or third-party service providers are not liable for any:

- Consequential (including loss of data, files, profit, or goodwill or the costs of procurement of substitute goods or service) damages.

- Indirect damages.

- Incidental damages.

- Special damages.

- Punitive damages.

This is true whether these damages occur in an action under contract, or from negligence or any other theory, arising out of, or in connection with, this Agreement, the Service, or the inability to use the Service.

In addition to reasons such as scheduled system maintenance, damages could arise from circumstances beyond our control, even if we advise you of the possibility of such damages. These circumstances could include:

- Power outages.

- System failures.

- Fires.

- Floods.

- Natural disasters.

- Extreme weather.

- Cyber-attacks, including Denial of Service (DoS).

Wells Fargo won't be liable for any failure of availability or performance due to scheduled system maintenance or circumstances beyond our control (such as power outage, computer virus, system failure, fire, flood, earthquake, or extreme weather).

In states that prohibit the limitation of liability for consequential or incidental damages, the above limitations may not apply.

Except as specifically provided in this Agreement or otherwise required by applicable law or regulation, we, our service providers and other agents, also won't be liable for:

- Any loss or liability you may incur resulting wholly or partly from failure or misuse of your equipment or software provided by an external company (such as an Internet browser provider, an Internet access provider, an online service provider, or an agent or subcontractor of any of them).
- Any direct, indirect, special or consequential, economic, or other damages arising in any way from your access/use/failure to obtain access to the Service. Wells Fargo does not make any representation that any content or use of the Service is appropriate or available for use in locations outside of the continental United States, Alaska, or Hawaii.

We won't be obligated to honor, in whole or in part, any transaction or instruction that:

- Is not in accordance with any term or condition of this Agreement or any other agreement that applies to the relevant Online Financial Service or Eligible Account.
- We have reason to believe may not be authorized by you or any other person whose authorization we believe necessary.
- We have reason to believe involves funds or other property subject to a hold, dispute, restriction, or legal process we believe prevents the transaction or instruction.
- Would violate any applicable provision of any risk control program of the Federal Reserve, the Office of the Comptroller of the Currency, or any applicable rule or regulation of any other federal or state regulatory authority.
- Is not in accordance with any other requirement of our policies, procedures, or practices.
- We have other reasonable cause not to honor for our or your protection.

## 20(c). Indemnification

Except where we're liable under the terms of this Agreement or another agreement governing the applicable Eligible Account or Online Financial Service, you agree to indemnify, defend, and hold us, our affiliates, officers, directors, employees, consultants, agents, service providers, and licensors, harmless from any and all third-party claims, liability, damages, obligations, demands, charges, expenses, and/or costs (including reasonable attorney's fees) arising from:

- A third-party claim, action, or allegation of infringement, misuse, or misappropriation based on information, data, files, or other content or materials you submit to us.
- Any fraud, manipulation, or other breach of this Agreement or the Service.
- Your violation of any other applicable laws, regulations, or rights of a third party, including rights of privacy, publicity, or other property rights.
- The provision of the Service or use of the Service by you or any third party.
- Any negligent or intentional act or omission by you in the performance of your obligations under this Agreement.
- The violation of any applicable law, statute, or regulation in the performance of your obligations under this Agreement.
- Any breach of a representation, warranty, covenant, or obligation contained in this Agreement.

We reserve the right to defend/control (at our own expense) any matter otherwise subject to indemnification by you. In such a case, you will cooperate with us in asserting any available defenses. You won't settle any action or claims on our behalf without our prior written consent.

You are providing this indemnification without regard to whether our claim for indemnification is due to the use of the Service by you, your Authorized Representative, or your Delegate.

## 21. Dispute Resolution Program: Waiver of Class Action Rights and Arbitration Provision

(a). Description

(b). Non-judicial Dispute Resolution

(c). Definition of Disputes

(d). Binding Arbitration and Waiver of Class Action Rights

(e). Rights Preserved

(f). Miscellaneous

(g). Fees and Expenses

(h). Small Claims Court

### 21(a). Description

This Section constitutes the arbitration agreement between you and us ("Arbitration Provision"), and includes a mutual waiver of class action rights. It governs disputes about the following, which are known as "Covered Disputes":

- Interpretation of this Agreement (which includes this Arbitration Provision and whether a disagreement is a "dispute" subject to binding arbitration as provided for in this Arbitration Provision).
- The Service.
- The Online Access Process.
- Online Financial Services ("Covered Disputes").

This Section does not cover the following disputes:

- Disputes about Eligible Accounts that are brokerage accounts. These are governed by the Pre-Dispute Arbitration Agreement and governing law provisions contained in the brokerage account agreement document, which takes precedence over this Section.
- Disputes arising under any separate agreement governing your other Eligible Accounts. These are governed by the dispute resolution and governing law provisions of that agreement, which also take precedence over this Section.

### 21(b). Non-judicial Dispute Resolution

You and we agree that any Covered Disputes between or among you and us, regardless of when it arose, will, upon demand by either you or us, be resolved by the arbitration process described in Section (d) below. **You understand and agree that you and we are each waiving the right to a jury trial or a trial before a judge in a public court.**

As an exception to this Arbitration Provision, we both retain the right to pursue disputes in small claims court in the state where you reside if the dispute lies within that court's jurisdiction.

### 21(c). Definition of Disputes

A dispute is any unresolved disagreement between or among you and us. Disputes include:

- Claims based on broken promises or contracts.
- Torts (injuries caused by negligent or intentional conduct) or other wrongful actions.
- Statutory, common law, and equitable claims.
- Any disagreement about the meaning of this Arbitration Provision.
- Whether a disagreement is a "dispute" subject to binding arbitration as provided for in this Arbitration Provision.

### 21(d). Binding Arbitration and Waiver of Class Action Rights

Binding arbitration lets an independent third party resolve a Covered Dispute without using the court system, judges, or juries. Either you or we may require the submission of a Covered Dispute to binding arbitration at any reasonable time, even if a lawsuit or other proceeding has begun. If either you or we don't submit to binding arbitration following a lawful demand, the one who fails to so submit bears all costs and expenses (including attorney's fees and expenses) incurred by the other in compelling arbitration.

**Neither you nor we will be entitled to:**

- **Join, consolidate, or combine Covered Disputes by or against others in any arbitration; or**
- **Include in any arbitration any Covered Dispute as a representative or member of a class; or**
- **Act in any arbitration in the interest of the general public or in a private attorney general capacity.**

Each arbitration, including the selection of the arbitrator, will be administered by the American Arbitration Association ("AAA") or such other administrator as you and we may mutually agree to (the AAA or such other mutually agreeable administrator to be referred to here as the "Arbitration Administrator"), according to the Commercial Arbitration Rules and the Consumer Arbitration Rules ("AAA Rules").

To the extent that there is any variance between the AAA Rules and this Arbitration Provision, this Arbitration Provision will control. Arbitrator(s) must be a member of the state bar where the arbitration is held, with expertise in the substantive laws applicable to the subject matter of the Covered Dispute.

You and we each agree that in this relationship:

- You and we are participating in transactions involving interstate commerce.
- The Arbitrator will decide any dispute regarding the enforceability of this Arbitration Provision.
- Each arbitration is governed by the provisions of the Federal Arbitration Act (Title 9 of the United States Code) and, to the extent any provision of that Act is inapplicable, unenforceable, or invalid, the laws

governing the relationship between you and us about which the Covered Dispute arose.

To find out how to initiate arbitration, please call any office of the AAA or visit the AAA Website at www.adr.org. If any of the provisions of this Arbitration Provision dealing with class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be unlawful or unenforceable, that invalid provision shall not be severable and this entire arbitration agreement shall be unenforceable.

### 21(e). Rights Preserved

This Arbitration Provision and the exercise of any of the rights you and we have under this Arbitration Provision do not stop either of us from exercising any lawful rights to use other remedies available to:

- Preserve, foreclose, or obtain possession of real or personal property.
- Exercise self-help remedies, including setoff and repossession rights.
- Obtain provisional or ancillary remedies such as injunctive relief, attachment, garnishment, or court appointment of a receiver by a court having jurisdiction.
- Enforce your rights under section 502 of the Employee Retirement Income Security Act of 1974.

### 21(f). Miscellaneous

You and we each agree to take all steps and execute all documents necessary for the implementation of arbitration proceedings. The arbitrator may hear and rule on appropriate dispositive motions as part of the arbitration proceeding, such as motions for judgments on the pleadings, summary judgment, or partial summary judgment.

All parties (the AAA, the arbitrators, you, and we) must, to the extent feasible, take any action necessary to ensure that an arbitration proceeding, as described in this Arbitration Provision, is completed within 180 days of filing the Covered Dispute with the AAA. This provision will be liberally construed to ensure the enforcement of this Arbitration Provision.

Arbitration proceedings are conducted in the state where you reside or at a location determined by the AAA. All statutes of limitations that apply to any Covered Dispute apply to any arbitration between you and us.

The provisions of this Arbitration Provision will survive termination, amendment, or expiration of your Account relationship, the governing Agreement, or any other relationship between you and us.

This Arbitration Provision constitutes the entire agreement between you and us and supersedes all prior arrangements and other communications about dispute resolution. If more than one arbitration agreement mutually entered into by you and us potentially applies to a Covered Dispute, the one most directly related to the Eligible Account or transaction that is the subject of the dispute will control.

### 21(g). Fees and Expenses

Arbitration fees shall be determined by the rules or procedures of the Arbitration Administrator, unless limited by applicable law. Please check with the Arbitration Administrator to determine the fees that apply to any arbitration you may file. If the law that applies to this Agreement limits the amount of fees and expenses you have to pay, then no allocation of fees and expenses to you shall exceed this limitation. We will pay any costs that are required to be paid by us under the arbitration administrator's rules and procedures, and subject to applicable law. If the arbitrator rules in your favor on any claim presented, we will reimburse you for arbitration filing fees you have paid up to $700.00. Unless applicable law states otherwise, each party will pay their own attorney, expert, and witness fees. This rule applies no matter which party wins arbitration.

### 21(h). Small Claims Court

Notwithstanding anything in the Agreement to the contrary, each party retains the right to pursue in Small Claims Court any dispute in which the remedy sought is entirely within that court's jurisdiction. Further, this arbitration agreement will apply only to disputes in which either party seeks to recover an amount of money (excluding attorneys' fees and costs) that exceeds the jurisdictional limit of the small claims court.

## 22. Notices and Communications With Us

(a). Description

(b). Electronic Delivery

(c). Phone Calls and Text Messages

(d). Communications Sent At Your Request/On Your Behalf

(e). Returned and Unclaimed Notices to You

(f). Contact Information Changes

(g). Complaints, Feedback, and Questions

Online Access Agreement – Wells Fargo

## 22(a). Description

We'll provide notices and other information regarding your Eligible Account, Online Financial Service, or the Service (collectively "Account-Related Information") electronically, by phone, through the mail (U.S. Postal Service or overnight courier), or by other means, except as expressly provided otherwise in this Agreement.

We'll send this information to the electronic address ("E-Address"), phone number, or postal address, of the owner of the applicable Eligible Account or Online Financial Service as reflected in our records, unless you specify a different E-address, phone number, or postal address.

Any notice or Account-Related Information we send you will be effective, and deemed delivered to you, when posted on our Website, sent electronically, mailed, or otherwise made available to you. You assume the risk of loss in the mail or other transit.

If your Eligible Account has multiple owners, we may send Account-Related Information to any one of them. The person receiving the notice is responsible for providing copies of all Account-Related Information to all joint account owners, Delegates, or other persons with access to the applicable Eligible Account or Online Financial Service.

Any notice you send to us won't be effective until we actually receive it and have a reasonable opportunity to act on it.

## 22(b). Electronic Delivery

Unless applicable law or regulation states otherwise or pursuant to the ESIGN Consent to Use Electronic Records and Signatures, when we need to provide you with information in writing, we can send it electronically:

- To your E-Address (if applicable and you have provided us with a valid email address); or
- By posting the information to our Website; or
- To your online banking secure mailbox, or other electronic means.

E-Addresses include email addresses, other Internet addresses, text messaging numbers, or other electronic access addresses provided to us in accordance with this Agreement.

## 22(c). Phone Calls and Text Messages

When you provide a phone number to us, you are authorized to provide this phone number(s) and agree to receive calls and text messages from Wells Fargo at this number(s) for all your current and future Wells Fargo products and services. Message and data rates may apply. Message frequency varies. Automated systems, including prerecorded or artificial voice may be used. To help protect your account security, Wells Fargo does not support SMS or MMS functionality for recognized VoIP, prepaid, or landline phone numbers. In order to receive text messages from Wells Fargo, such as one-time passcodes or suspicious activity alerts, an eligible phone number and Mobile Device are required.

You agree that we may call you and text you to service your accounts, collect any amount you may owe, or discuss our relationship, products, and services with you, as described in this Section.

## 22(d). Communications Sent At Your Request/On Your Behalf

You authorize us to send emails and text messages to others on your behalf, if needed to carry out your instructions regarding an Eligible Account or Online Financial Service. You confirm and agree that you have obtained consent from the person who owns or is the current subscriber of the email address or phone number to receive the communication. These communications may identify you by name and may state that we're sending them on your behalf and according to your instructions.

## 22(e). Returned and Unclaimed Notices to You

Unless otherwise prohibited by the laws or regulations governing your Eligible Account or Online Financial Service, this section applies if Account-Related Information documents are returned or electronic notifications are returned as undeliverable.

This means we can stop sending Account-Related Information or electronic notifications to you until you provide a valid postal or valid email to us.

We may also:

- Destroy Account-Related Information sent to you and returned to us as undeliverable.
- Hold the Account-Related Information for your Account for you to pick up.
- Stop sending the Account-Related Information through the current delivery method and use an alternative delivery method. For example, if we're sending Account-Related Information to you via the U.S. Postal Service, and the information is returned to us as undeliverable on two or more occasions, we may attempt to deliver the information to your E-Address instead.
- Suspend access to your Eligible Accounts or Online Financial Services.

If we hold Account-Related Information for you to pick up and it remains unclaimed for a period of time, we may send the Account-Related Information to the address reflected in our records for your Eligible Account or destroy it.

### 22(f). Contact Information Changes

You agree to notify us immediately if you no longer own or you are no longer authorized to use or share your address, E-Address, or phone number you previously provided to us. Address changes may be initiated:

- At your request, you can instruct us to change the address or E-Address to which we send notices or Account-Related Information about your Account at any time.
- If we get an address change notice from the U.S. Postal Service.
- If another party in the business of providing correct address information notifies us that the address in our records no longer corresponds to your address.

We may act on instructions purportedly made on your behalf within a reasonable time after we receive them.

Unless you instruct us otherwise, we may change the U.S. Postal Service address or E-Address only for the account(s) you specify, or for all or some of your other account(s) with us.

### 22(g). Complaints, Feedback, and Questions

Your feedback and questions matter. Share your feedback and complaints so we can better serve you, and contact us with questions:

- Call 1-844-WF1-CARE (**1-844-931-2273**)
- Visit us at wellsfargo.com/help/feedback
- Write to us. For addresses, go to wellsfargo.com/help/addresses
- Talk with a banker at any Wells Fargo banking location

For other online servicing needs, call Online Customer Service at **1-800-956-4442**.

We accept all relay calls, including 711.

The Service also lets you securely communicate sensitive or confidential information for your applicable Wells Fargo Advisors accounts. Use only the secure messaging feature (if available) when sharing sensitive or confidential account information about your applicable Wells Fargo Advisors accounts.

### 23. Export Control and International Use

You acknowledge that your download, access, and use of this Service are subject to U.S. export control and sanctions laws that prohibit the export, re-export, or transfer (in-country) of certain products, software, and technology ("Controlled Items"), which may include the Service, to certain territories or persons. You agree not to violate and not to cause Wells Fargo to violate U.S. export control and sanctions laws. By using the Service, you represent that:

- You and/or your business are not physically located in an embargoed region (Cuba, Iran, North Korea, Syria, and Russia-occupied regions of Ukraine) and are not Russian or Belarusian military end users;
- You and/or your business are not a designated person on the Specially Designated Nationals List of the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC"), the Entity List of the Department of Commerce's Bureau of Industry and Security ("BIS"), or any other similar list (collectively, "Denied Party List") which would require Wells Fargo to obtain a license from the relevant U.S. governmental agency for exporting any Controlled Items; and
- You and/or your business will not export, re-export, or transfer the Service to any embargoed region, use the Service on behalf of or make the Service available to another person on a Denied Party List, or attempt to derive, gain access to, acquire, reverse engineer, or decode any source code or technology related to the Service for these and other prohibited purposes.

Wells Fargo reserves the right to immediately suspend, terminate, or revoke your access to the Service if you and/or your business become listed on a Denied Party List or if Wells Fargo has reasons to believe that you may have violated U.S. export control and sanctions laws or the representations above.

### 24. General Provisions

(a). Changes to Agreement

(b). Governing Law

(c). Assignment

(d). Intellectual Property and Other Proprietary Rights

(e). Entire Agreement

(f). Waiver

(g). Failure to Act

(h). Headings

## 24(a). Changes to Agreement

**Except as otherwise required by law, we may in our sole discretion add, delete, or change the terms of this Agreement at any time.**

We'll inform you of changes to the Agreement when legally required to do so, and we'll try to notify you of material changes as soon as possible even when we are not legally required to do so. We will communicate such changes by updating this Agreement on our Website, and may also communicate such changes by email, mail, and/or providing notice of change on our Website.

You or your Authorized Representative's continued use of the Service after the effective date of any updated terms of the Agreement that are posted on our Website is an agreement by you to any such change to the Agreement. Except as otherwise required by law, any change to this Agreement applies only to transactions that occur, or claims that arise, after the change becomes effective.

Changes to fees or specific terms for Eligible Accounts are governed by the corresponding specific agreement governing that Eligible Account.

## 24(b). Governing Law

Each of your Eligible Accounts and Online Financial Services will continue to be read and interpreted according to the laws described in the agreements that you have with us regarding those Eligible Accounts or Online Financial Services (for example, your deposit account agreement or your credit card agreement with us).

This Agreement will be read and interpreted according to the laws of the State of South Dakota (unless otherwise specified in this Agreement), without regard to conflict-of-law rules.

In any legal action or claim regarding this Agreement, the prevailing party will be entitled to recover costs and reasonable attorney's fees.

## 24(c). Assignment

We may assign our interest in this Agreement to Wells Fargo & Company, its successors, or to any now-existing or future direct or indirect subsidiary of Wells Fargo & Company. However, you may not assign or transfer this Agreement.

We may also assign or delegate certain of our rights and responsibilities under this Agreement to independent contractors or other third parties.

## 24(d). Intellectual Property and Other Proprietary Rights

Other than your personal account information, all content included or available on the Service, such as advertisements, text graphics, button icons, images, audio clips, and software, including the collection, arrangement, and assembly thereof, is the property of Wells Fargo and/or third parties, and is protected by the Copyright Act and international treaties in addition to other state and federal intellectual property laws (collectively, the "Site Materials").

The trademarks, logos, and service marks displayed on the Service (collectively, the "Trademarks") are the registered and unregistered trademarks of Wells Fargo, or third parties. You may not use, copy, alter, modify, or change these Trademarks or copy, display, distribute, transfer, link to, reproduce, license, frame, alter, create derivative works of, or republish all or any portion of the Site Materials for any commercial or public purpose. The Service does not grant (by implication or otherwise) any license or right to use any Trademarks or Site Materials without the express written permission of Wells Fargo, or the third party that has rights to such Trademarks or Site Materials.

## 24(e). Entire Agreement

In combination with other applicable Wells Fargo agreements as described in Section 1(b) of this Agreement, this Agreement represents the agreement between you and Wells Fargo regarding the Service. It merges and supersedes all previous and contemporaneous written or oral agreements and understandings regarding the subject of online access.

Each of the rules, terms, and conditions set forth in this Agreement stands alone. Any term or condition contained in this Agreement that is inconsistent with the applicable laws and regulations that may govern the Service will be deemed to have been modified by us and applied in a manner consistent with such laws and regulations.

Unless stated otherwise, if any provision of this Agreement is held to be invalid or otherwise unenforceable, the remainder of the provisions will remain in full force and effect, and will in no way be invalidated or otherwise affected.

#### 24(f). Waiver

We may agree in writing (or otherwise) to waive a provision of this Agreement, including a fee (a "Waiver").
We may revoke any Waiver.

#### 24(g). Failure to Act

Our failure to act with respect to a breach of the Agreement by you or others doesn't waive our right to act
with respect to subsequent or similar breaches.

#### 24(h). Headings

Headings are for reference only and don't define, limit, construe, or describe the scope or extent of a Section.

### 25. Additional Services and Addenda Agreements

The following addenda agreements apply if enrolled in these additional services.

- Zelle® Transfer Service
- Direct Pay
- Sender's Rights for ExpressSend Transfers
- Credit Close-Up℠ (FICO)

---

**Investment and Insurance Products are:**
- **Not Insured by the FDIC or Any Federal Government Agency**
- **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
- **Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

---

Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo
Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and
non-bank affiliates of Wells Fargo & Company.

The Private Bank is an experience level for qualifying clients of Wells Fargo Wealth and Investment Management (WIM). WIM offers
financial products and services through affiliates of Wells Fargo & Company. Bank products and services are available through Wells Fargo
Bank, N.A.

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

Paze℠ and the Paze℠ related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

Quicken is a registered trademark of Rocket Mortgage, LLC, used under license.

Xero is a trademark of Xero Limited.

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

RSNIP-12252025-6733692.1.1

LRC-0524

---

© 1999 - 2025 Wells Fargo. NMLSR ID 399801

# EXHIBIT G

# WELLS FARGO

Personal    Privacy, Cookies, Security, and Legal    **Wells Fargo California Consumer Privacy Act Notice and Notice at Collection**

# Wells Fargo California Consumer Privacy Act Notice and Notice at Collection

**Effective: September 25, 2024**

**(Last Reviewed: 09/25/2024)**

This California Consumer Privacy Act Notice at Collection ("Notice") is provided by the Wells Fargo companies described below. These companies are referred to in this Notice as "we" or "us."

This Notice explains how we collect, use, retain, and disclose personal information about California residents. The Notice also explains certain rights that California residents have under the California Consumer Privacy Act (the "CCPA").

The CCPA only applies to information about residents of California. If you are a resident of a U.S. state other than California, you may submit a request and we may process it, as described in this Notice, even though the CCPA does not require us to do so. In accepting, processing, and responding to requests by individuals who are not California residents, we will apply all the same limitations and exceptions under the CCPA to those requests as apply to requests made by California residents. We reserve the right to change or stop the practice of accepting requests from U.S. residents of states other than California, except as otherwise required by law.

Under the CCPA, "personal information" is information that identifies, relates to, describes, is reasonably capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular California resident or household. This information is referred to in this Notice as "Personal Data."

## Categories of Personal Data that We Collect

We collect Personal Data in a variety of contexts. For example, we collect Personal Data to provide financial products and services, for our human resources, and for vendor management purposes.

The Personal Data that we collect about a specific California resident will depend on, for example, our relationship or interaction with that individual.

During the past 12 months, we have collected the following categories of Personal Data.

1. **Personal Identifiers** — Personal unique identifiers, such as full name and federal or state issued identification numbers, including Social Security number, driver's license number, and passport number
2. **Personal Information** — Personal information, including contact details (e.g., telephone number and address), financial information (e.g., account number and balance), payment card details (e.g., credit and debit card numbers), and medical and health insurance information
3. **Characteristics of Protected Classes** — Characteristics of protected classes or groups under state or federal law, such as sex, disability, citizenship, primary language, immigration status, and marital status
4. **Purchase Information** — Purchase information, such as products and services obtained and transaction histories
5. **Biometric Information** — Biometric information, such as fingerprints and voiceprints
6. **Internet or Online Information** — Internet or online information (e.g., browsing history), including information about interaction with our websites, applications, or advertisements
7. **Geolocation Data** — Geolocation data, such as device location
8. **Audio and Visual Information** — Audio, electronic, visual, thermal, olfactory, or similar information, such as call and video recordings
9. **Employment Information** — Professional or employment-related information, such as work history, information from background checks, resumes, and personnel files, personal qualifications, training, and work preference, payroll and benefit information, leave and absence information, and performance and disciplinary information
10. **Education Information** — Education information subject to the federal Family Educational Rights and Privacy Act, such as student records and confirmation of graduation; and
11. **Inferences** — Inferences based on information about an individual to create a summary about, for example, an individual's preferences and characteristics; and
12. **Sensitive Personal Information** —

- Social Security number, driver's license, state identification card, or passport number;
- Account log-in, financial account, debit card, or credit card number in combination with any required security or access code, password, or credentials allowing access to an account;
- Precise geolocation;
- Racial or ethnic origin, religious or philosophical beliefs, citizenship, immigration status, or union membership;

4/10/25, 1:39 PM                    Wells Fargo California Consumer Privacy Act Notice and Notice at Collection

- The contents of mail, email, and text messages unless we are the intended recipient of the communication;
- Biometric information processed to uniquely identify an individual; and
- Health information, sexual orientation.

## Sources of Personal Data

The sources from which we collect Personal Data depend on, among other things, our relationship or interaction with a specific California resident. The information below lists the categories of sources from which we collect Personal Data in different contexts.

- From California residents directly, or other individuals acting on their behalf, through, for example, physical (e.g., paper application), audible (e.g., phone), and electronic (e.g., website, social media) sources.
- Public records or widely available sources, including information from the media, and information that is made available by federal, state, and local government entities.
- Outside companies or organizations that provide data to support activities such as fraud prevention, underwriting, and marketing. Examples may include internet service providers, social networks, data brokers, advertising networks, and data analytics providers
- Outside companies or organizations from whom we collect Personal Data to support human resource and workforce management activities. Examples may include service providers and social networks.
- Outside companies or organizations from whom we collect Personal Data as part of providing products and services, completing transactions, supporting our everyday operations, or business management and development. Examples include companies or organizations to whom we provide products or services; other parties, partners, and financial institutions; and parties involved with mergers, acquisitions, and other transactions involving transfers of all or part of a business, or a set of assets.

## Why We Collect Personal Data and How We Use It

The purposes for which we collect, use, and disclose Personal Data depend on, among other things, our relationship or interaction with a specific California resident. The table below lists the purposes for which we collect, use, and disclose Personal Data in different contexts.

| Purposes for Collection, Use and Disclosure | Examples |
|---|---|
| Provide and manage products and services | - Establish and process transactions for our products and services, including checking accounts, credit cards, loans, investment accounts, commercial financing, and payment services<br>- Support the ongoing management and maintenance of our products and services, including to provide account statements, online banking access, customer service, payments and collections, and account notifications<br>- Obtain support for fulfilling the above purposes from our third-party service providers, professional services and business partners, and financial institutions |
| Support our everyday operations, including to meet risk, legal, and compliance requirements | - Perform accounting, monitoring, and reporting<br>- Enable information security and anti-fraud operations, as well as credit, underwriting and due diligence<br>- Support audit and investigations and legal requests and demands, as well as exercise and defend legal claims<br>- Enable the use of service providers for business purposes<br>- Comply with laws, regulations, policies, procedures, and contractual obligations<br>- Obtain support for fulfilling the above purposes from our third-party service providers, professional services and business partners, and financial institutions<br>- Operate and manage IT and communications systems and facilities, and allocate company assets |
| Manage, improve, and develop our business | - Market, personalize, develop, and improve our products and services<br>  ○ This includes "sharing" Personal Data for purposes of delivering tailored advertising on third party websites, applications or services (also known as cross-context behavioral advertising)<br>- Conduct research and analysis, including for product and services innovation<br>- Support customer relationship management<br>- Evaluate and engage in mergers, acquisitions, and other transactions involving transfers of all or part of a business, or a set of assets<br>- Obtain support for fulfilling the above purposes from our service providers and from our professional services, business, and marketing partners |
| Support employment, infrastructure, and human resource management | - Provide benefits to employees and dependents, including healthcare and retirement plans<br>- Manage pay and compensation activities<br>- Manage attendance, time keeping, leaves of absence, and vacation. |

| Purposes for Collection, Use and Disclosure | Examples |
|---|---|
|  | <ul><li>Manage and operate our facilities and infrastructure, including conducting risk and security control and monitoring activities</li><li>Recruit new employees, process employment applications, and onboard new employees</li><li>Perform identity verification, accounting, budgeting, audit, and other internal functions, such as internal investigations, disciplinary matters, and handling grievances and terminations</li><li>Operate and manage IT and communications systems and facilities, allocate company assets and human resources, and undertake strategic planning and project management</li><li>Conduct research, analytics, and data analysis, such as to assist in succession planning and to ensure business continuity</li><li>Obtain support for fulfilling the above purposes from our third-party service providers, professional services and business partners</li></ul> |
| Sensitive Personal Information as permitted by law | <ul><li>Perform services for our business, provide goods or services as requested by individuals</li><li>Detect and investigate security incidents</li><li>Short term transient use such as displaying first party, non-personalized advertising</li><li>Process and fulfil orders, maintain and service accounts, provide customer service, verify customer information, process payments, and provide financing</li><li>Activities relating to quality and safety control or product improvement</li><li>To support employment, infrastructure, and human resource management</li><li>Countering wrongful or unlawful actions</li><li>Other collection and processing, as permitted by law, without inferring characteristics about an individual</li></ul> |

## Categories of Third Parties and Our Disclosure and Sharing of Personal Data

The categories of third parties to whom we disclose or share Personal Data about a specific individual depend on, among other things, our relationship or interaction with a specific California resident. Such third parties include:

- Outside companies or organizations, including service providers, to whom we disclose Personal Data as part of providing products and services, completing transactions, supporting our everyday operations, or business management and development. Examples may include internet service providers, social networks, operating systems and platforms, advertising networks, and data analytics providers; companies or organizations to whom we provide products or services; other parties, partners, and financial institutions; and parties involved with mergers, acquisitions, and other transactions involving transfers of all or part of a business, or a set of assets.
- Companies or individuals that represent California residents such as an accountant, financial advisor, or person holding power of attorney on behalf of a California resident
- Government agencies, including to support regulatory and legal requirements
- Outside companies or organizations, including service providers, to whom we provide Personal Data to support human resource activities and workforce management. Examples may include recruiting, training, data analytics, and employee benefits providers
- Outside companies or organizations, in connection with routine or required reporting, including consumer reporting agencies and other parties
- Third-party marketing and advertising technology providers, advertising partners, and social media platforms, in connection with our cross-context behavioral advertising activities

Wells Fargo did not sell or share personal data within the 12 months prior to the date of this notice. The table below shows, for each Personal Data category we have collected, the categories of third parties to whom we disclosed Personal Data for our business purposes during the preceding 12 months and the categories of third parties with whom we may share Personal Data for purposes of cross-contextual behavioral advertising as of the effective date of this Notice. The table below contains briefer descriptions of the categories of Personal Data and third parties. The full descriptions of the categories of Personal Data and third parties are available above.

| Personal Data Type | Third Party Category to Whom We Disclosed Personal Data for Business Purposes | Third Party Category with Whom We May Share Personal Data for Cross-Context Behavioral Advertising |
|---|---|---|
| Personal Identifiers | <ul><li>Outside organizations in connection with providing products and services, completing transactions, supporting our everyday operations, or business management and development</li></ul> | <ul><li>Third-party marketing and advertising technology providers</li></ul> |

4/10/25, 1:39 PM                    Wells Fargo California Consumer Privacy Act Notice and Notice at Collection

| Personal Data Type | Third Party Category to Whom We Disclosed Personal Data for Business Purposes | Third Party Category with Whom We May Share Personal Data for Cross-Context Behavioral Advertising |
|---|---|---|
| | • Representatives of California residents<br>• Government agencies<br>• Outside organizations in connection with human resource activities and workforce management<br>• Outside companies in connection with routine or required reporting | • Third-party advertising partners including social media platforms<br>• Data analytics providers |
| **Personal Information** | • Outside organizations in connection with providing products and services, completing transactions, supporting our everyday operations, or business management and development<br>• Representatives of California residents<br>• Government agencies<br>• Outside organizations in connection with human resource activities and workforce management<br>• Outside companies in connection with routine or required reporting | • Third-party marketing and advertising technology providers<br>• Third-party advertising partners including social media platforms<br>• Data analytics providers |
| **Characteristics of Protected Classes** | • Outside organizations in connection with providing products and services, completing transactions, supporting our everyday operations, or business management and development<br>• Representatives of California residents<br>• Government agencies<br>• Outside organizations in connection with human resource activities and workforce management<br>• Outside companies in connection with routine or required reporting | • None |
| **Purchase Information** | • Outside organizations in connection with providing products and services, completing transactions, supporting our everyday operations, or business management and development<br>• Representatives of California residents<br>• Government agencies<br>• Outside organizations in connection with human resource activities and workforce management<br>• Outside companies in connection with routine or required reporting | • Third-party marketing and advertising technology providers<br>• Third-party advertising partners including social media platforms<br>• Data analytics providers |
| **Biometric Information** | • Outside organizations in connection with providing products and services, completing transactions, supporting our everyday operations, or business management and development<br>• Outside organizations in connection with human resource activities and workforce management | • None |
| **Internet or Online Information** | • Outside organizations in connection with providing products and services, completing transactions, supporting our everyday operations, or business management and development<br>• Representatives of California residents<br>• Government agencies<br>• Outside organizations in connection with human resource activities and workforce management<br>• Outside companies in connection with routine or required reporting | • Third-party marketing and advertising technology providers<br>• Third-party advertising partners including social media platforms<br>• Data analytics providers |

Wells Fargo California Consumer Privacy Act Notice and Notice at Collection

| Personal Data Type | Third Party Category to Whom We Disclosed Personal Data for Business Purposes | Third Party Category with Whom We May Share Personal Data for Cross-Context Behavioral Advertising |
|---|---|---|
| Geolocation Data | • Outside organizations in connection with providing products and services, completing transactions, supporting our everyday operations, or business management and development<br>• Representatives of California residents<br>• Government agencies<br>• Outside organizations in connection with human resource activities and workforce management<br>• Outside companies in connection with routine or required reporting | • Third-party marketing and advertising technology providers<br>• Third-party advertising partners including social media platforms<br>• Data analytics providers |
| Audio and Visual Information | • Outside organizations in connection with providing products and services, completing transactions, supporting our everyday operations, or business management and development<br>• Representatives of California residents<br>• Government agencies<br>• Outside organizations in connection with human resource activities and workforce management | • None |
| Employment Information | • Outside organizations in connection with providing products and services, completing transactions, supporting our everyday operations, or business management and development<br>• Representatives of California residents<br>• Government agencies<br>• Outside organizations in connection with human resource activities and workforce management<br>• Outside companies in connection with routine or required reporting | • None |
| Education Information | • Outside organizations in connection with providing products and services, completing transactions, supporting our everyday operations, or business management and development<br>• Representatives of California residents<br>• Government agencies<br>• Outside organizations in connection with human resource activities and workforce management<br>• Outside companies in connection with routine or required reporting | • None |
| Inferences | • Outside organizations in connection with providing products and services, completing transactions, supporting our everyday operations, or business management and development<br>• Representatives of California residents<br>• Government agencies<br>• Outside organizations in connection with human resource activities and workforce management<br>• Outside companies in connection with routine or required reporting | • Third-party marketing and advertising technology providers<br>• Third-party advertising partners including social media platforms<br>• Data analytics providers |

Case 2:25-cv-04845-WLH-PD    Document 1-1    Filed 05/29/25    Page 99 of 128   Page
ID #:104
4/10/25, 1:39 PM                    Wells Fargo California Consumer Privacy Act Notice and Notice at Collection

| Personal Data Type | Third Party Category to Whom We Disclosed Personal Data for Business Purposes | Third Party Category with Whom We May Share Personal Data for Cross-Context Behavioral Advertising |
|---|---|---|
| **Sensitive Personal Information** | ▪ Outside organizations in connection with providing products and services, completing transactions, supporting our everyday operations, or business management and development<br>▪ Representatives of California residents<br>▪ Government agencies<br>▪ Outside organizations in connection with human resource activities and workforce management<br>▪ Outside companies in connection with routine or required reporting | ▪ None |

## Data Retention

We will keep Personal Data, including Sensitive Personal Information, no longer than reasonably necessary to fulfil the purposes described in this Notice. Under records and information management policy, we are required to destroy records containing Personal Data, including Sensitive Personal Information, according to specific periods in our retention schedule. However, we may need to hold such records beyond these retention periods as set forth in our record retention policy, due to regulatory requirements or in response to a regulatory audit, investigation, or other legal matter.

## Requests Under the CCPA

The CCPA defines a "sale" as the disclosure of Personal Data for monetary or other valuable consideration. Wells Fargo does not sell and has not, within the last 12 months, sold Personal Data, including Sensitive Personal Information. Furthermore, we have no actual knowledge that we sell or share (for purposes of cross-context behavioral advertising) Personal Data, including Sensitive Personal Information, of minors under 16 years of age.

If you are a California resident, you have the right to request that we:

1. Disclose to you the following information ("Request to Know"):
    a. The categories of Personal Data we collected about you and the categories of sources from which we collected the Personal Data;
    b. The business or commercial purpose for collecting or sharing Personal Data about you;
    c. The categories of third parties to whom we disclosed Personal Data about you, and the categories of Personal Data disclosed;
    d. The categories of Personal Data about you that we shared and the categories of third parties with whom we shared such Personal Data; and
    e. The specific pieces of Personal Data we collected about you.

2. Delete Personal Data we collected from you ("Request to Delete").
3. Correct inaccurate personal information that we maintain about you ("Request to Correct").
4. Opt you out of "sharing", for purposes of cross-context behavioral advertising, ("Request to Opt-Out of Sharing").

In addition, you have the right to be free from discrimination by a business for exercising your CCPA privacy rights, including the right as an employee, applicant, or independent contractor not to be retaliated against for exercising your CCPA privacy rights.

View Wells Fargo's CCPA record-keeping details in the annual disclosure.

## How to Make Requests

If you are a California resident, you can make a Request to Know, Delete, or Correct by:

1. Contacting us at **1-844-774-9229**; or
2. Submitting your request at www.wellsfargo.com/privacycenter/.

Wells Fargo Online® customers and Wells Fargo employees: you can make a request by using your existing Wells Fargo log-in credentials.

For all other individuals, we will ask you to provide the following information to identify yourself:

▪ Name, contact information, Social Security or individual taxpayer identification number, and date of birth; and
▪ A copy of a government-issued photo ID. We accept your driver's license, state ID, or matricula card.

When you make a Request to Know, Delete, or Correct, we will attempt to verify that you are who you say you are. For example, we will attempt to match information that you provide in making your Request with other sources of similar information to reasonably verify identity.

**To make a Request to Opt-Out of Sharing, click** here . We also process opt-out preference signals, such as the Global Privacy Control, as required by the CCPA. These signals set the opt out of sharing preferences for the specific browser or device you are using. For information about how to use the Global Privacy Control, please visit https://globalprivacycontrol.org/ .

## Responding to Requests

Privacy and data protection laws, other than the CCPA, apply to much of the Personal Data that we handle. When these other laws apply, Personal Data may be exempt from, or outside the scope of, a request to Know, Delete, or Correct. For example, information subject to certain federal privacy laws, such as the Gramm-Leach-Bliley Act or the Health Insurance Portability and Accountability, is exempt from CCPA Requests. As a result, we may decline all or part of your Request to the extent that it relates to exempt Personal Data. This means that we may not provide, delete, correct, or opt-out some, or all, of this Personal Data when you make a CCPA Request.

As examples, our processing of, or response to, a CCPA Request may not include some or all of the following Personal Data:

- **Consumer Accounts.** Personal Data related to consumer accounts used for personal, family, or household purposes and applications for such accounts. We have other privacy notices providing certain information on use and sharing of this data, for example, the Wells Fargo U.S. Consumer Privacy Notice, available at www.wellsfargo.com/privacy-security.

The types of Personal Data described above are examples. We have not listed all types of Personal Data that may not be included when we respond to or process CCPA Requests.

In addition to the above examples, we may not include Personal Data when we respond to or process CCPA Requests when the CCPA recognizes another exception. For example, we will not provide the Personal Data about another individual when doing so would adversely affect the data privacy rights of that individual. As another example, we will not delete Personal Data when it is necessary to maintain that Personal Data to comply with a legal obligation.

We will verify and respond to your request consistent with applicable law, taking into account the type and sensitivity of the Personal Data subject to the request.

## Authorized Agents

If you are a California resident, you may authorize an agent to make a request on your behalf. A California resident's authorized agent may make a request on behalf of the California resident by using the submission methods listed above under "How To Make Requests."  As part of our verification process, we may request that you provide, as applicable:

- For an individual ("requestor") making a request on behalf of a California resident:
  - The requestor's name; contact information; Social Security or individual taxpayer identification number; date of birth; and driver's license, state ID, or matricula card.
  - The name; contact information; Social Security or individual taxpayer identification number; date of birth; and driver's license, state ID, or matricula card of the California resident on whose behalf the request is being made.
  - A document to confirm that the requestor is authorized to make the request. We may accept, as applicable, a signed permission by the California resident on whose behalf the request is made, a copy of a power of attorney, legal guardianship or conservatorship order, or a birth certificate of a minor if the requestor is the custodial parent.
- For a company or organization ("legal entity requestor") making a request on behalf of a California resident:
  - Proof that the California resident has authorized the legal entity requestor to make the request. We may accept as applicable, a signed permission by the California resident on whose behalf the request is made, copy of power of attorney, or legal guardianship or conservatorship order.
  - The name; contact information; Social Security or individual taxpayer identification number; date of birth; and driver's license, state ID, or matricula card of the California resident on whose behalf the request is being made. From the individual who is acting on behalf of the legal entity requestor, proof that the individual is authorized by the legal entity requestor to make the request. We accept a letter on the legal entity requestor's letterhead, signed by an officer of the organization. We provide a template to use via the URL provided above for making requests.

## Deidentified Information

Where we maintain or use deidentified information, we will continue to maintain and use the deidentified information in a deidentified fashion and will not attempt to re-identify the information.

## Changes to this Notice

We may change or update this Notice periodically. When we do, we will post the revised Notice on this webpage indicating when the Notice was "Last Updated."

## Wells Fargo Companies Providing this Notice

This Notice is provided by Wells Fargo and Company and its subsidiaries that either: (1) act as a business within the meaning of the CCPA, or (2) are controlled by Wells Fargo and Company and use the Wells Fargo name. As an example, companies providing this Notice include Wells Fargo Bank, N.A.

## Contact Us

If you have any questions or concerns about Wells Fargo's privacy policies and practices, please contact us at PrivacyCenter@wellsfargo.com. Please do not use this email address to send sensitive information or account-specific questions; instead call 1-800-TO-WELLS (**1-800-869-3557**) with any account-specific questions.

QSR-04302026-7245241.1.1

UPN USA2712 (Rev 09/25/2024)

LRC-0924

© 1999 - 2025 Wells Fargo. NMLSR ID 399801

**Wells Fargo U.S. Consumer Privacy Notice**                                    Rev. 10/24

| **FACTS** | **WHAT DOES WELLS FARGO DO WITH YOUR PERSONAL INFORMATION?** |  |
|---|---|---|



| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
|---|---|
| **What?** | The types of personal information we collect, and share depend on the product or service you have with us. This information can include:<br>• Social Security number and employment information<br>• Account balances and transaction history<br>• Credit history and investment experience |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Wells Fargo chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Wells Fargo share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** — such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** — with service providers we use to offer our products and services to you (please see below to limit the ways in which we contact you) | Yes | No |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes** — information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes** — information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | No | We don't share |

| **To limit our sharing** | • Call **1-888-528-8460**—our menu will prompt you through your choices.<br>• Online and mobile banking customers – sign on and from the My Profile or Profile menu, select Change Privacy Preferences or Privacy Preferences.<br><br>**Please note**: If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we can continue to share your information as described in this notice.<br><br>However, you can contact us at any time to limit our sharing. |
|---|---|
| **To limit direct marketing** | • To limit our direct marketing to you by mail or telephone, call **1-888-528-8460**—our menu will prompt you through your choices.<br>• Online and mobile banking customers – sign on and from the My Profile or Profile menu, select Change Privacy Preferences or Privacy Preferences.<br><br>**Please note**: A Do Not Call election is effective for five years, or while you are an active consumer customer, if longer than five years. The Do Not Mail election is effective for three years. You may continue to receive marketing information in regular account mailings and statements, when you visit us online or at an ATM. You may also be contacted to service your account or participate in surveys. If you have an assigned client manager or team, they may continue to contact you to assist you in managing your portfolio or account relationship. |
| **Questions?** | Call 1-800-TO-WELLS **(1-800-869-3557)** or go to wellsfargo.com/privacy-security |

© 2024 Wells Fargo & Company. All rights reserved.

**FACTS**

**WHAT DOES WELLS FARGO DO**
**WITH YOUR PERSONAL INFORMATION?**

| Who we are | |
|---|---|
| Who is providing this notice? | Wells Fargo U.S. companies that use Wells Fargo in their names and other companies listed in the Wells Fargo U.S. legal entities and businesses section below, except for entities and businesses that provide their own notice, . |

| What we do | |
|---|---|
| How does Wells Fargo protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards, secured files, and buildings. For more information visit wellsfargo.com/privacy-security |
| How does Wells Fargo collect my personal information? | We collect your personal information, for example, when you:<br>• Open an account or make deposits or withdrawals from your accounts<br>• Apply for a loan or use your credit or debit card<br>• Seek advice about your investments<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only:<br>• Sharing for affiliates' everyday business purposes — information about your creditworthiness<br>• Affiliates from using your information to market to you<br>• Sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply individually unless you tell us otherwise. Any account holder may express a privacy preference on behalf of the other joint account holders. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and non-financial companies.<br>• Our affiliates include financial companies with Wells Fargo in their name such as Wells Fargo Bank, N.A., and Wells Fargo Clearing Services, LLC. |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and non-financial companies.<br>• Wells Fargo does not share with nonaffiliates so they can market to you. |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• Wells Fargo does not jointly market. |

## Other important information

**Important Notice about Credit Reporting:** We may report information about your account(s) to credit bureaus and/or consumer reporting agencies. Late payments, missed payments, or other defaults on your account(s) may be reflected in your credit report and/or consumer report.

**Do Not Call Policy.** This Privacy Notice constitutes Wells Fargo's Do Not Call Policy under the Telephone Consumer Protection Act for all consumers. Wells Fargo maintains an internal Do Not Call preference list. Do Not Call requests will be honored within 30 days and will be effective for at least five years from the date of request. Telemarketing calls or prerecorded/artificial message calls may be made to residential or cellular phone numbers that appear on the Wells Fargo Do Not Call list with the appropriate consent. If you do not have an account with Wells Fargo & Company, call 1-800-869-3557 (1-800-TO-WELLS) to be placed on the Wells Fargo & Company's Do Not Call list.

**Nevada residents:** We are providing you this notice pursuant to state law. You may be placed on our internal Do Not Call List by following the directions in the *To limit direct marketing* section. For more information regarding our telemarketing practices, contact us at **1-800-869-3557;** PrivacyCenter@wellsfargo.com, or Wells Fargo, P.O. Box 5110, Sioux Falls, SD 57117-5110. If you would like more information regarding this Nevada law, contact: Bureau of Consumer Protection, Office of the Nevada Attorney General, 100 N. Carson Street, Carson City, NV 89703; **702-486-3132;** AgInfo@ag.nv.gov.

**State Law:** We follow state law where state law provides you with additional privacy protections. For example, we automatically treat customers with a Vermont mailing address as having limited our sharing with affiliates and nonaffiliates, unless you give us authorization.

**Business-to-business:** Wells Fargo is committed to protecting personal information that may be collected online and offline in a business-to-business context, including the personal information of individuals in their capacities as representatives of business entities. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/.

## Wells Fargo U.S. legal entities and businesses covered by this notice

Wells Fargo U.S. banks including Wells Fargo Bank, N.A., and companies with "Wells Fargo" in their names., except banks and businesses having their own privacy notices, including those listed below.

The following legal entities and businesses are *not* covered by this notice and have separate privacy notices:

- Wells Fargo Retail Services, a division of Wells Fargo Bank, N.A.
- Wells Fargo Clearing Services, LLC; or Wells Fargo Clearing Services, LLC, doing business as Wells Fargo Advisors
- Wells Fargo Advisors Financial Network, LLC
- Any insurance company, insurance agency or other company that has its own privacy notice or policy.
- Businesses that have provided a separate privacy notice governing specified accounts or relationships

# EXHIBIT H

# WELLS FARGO

Personal     Mobile and online banking with Wells Fargo     **Fee Information for Wells Fargo Online® and Wells Fargo Business Online®**

# Fee Information for Wells Fargo Online® and Wells Fargo Business Online®

Wells Fargo customers can access Wells Fargo Online and Wells Fargo Business Online with no fee. However, some online services may have additional fees. These fees will be automatically deducted from your account and will appear on your account statement. Expand the online service category below to learn more.

### Alerts

#### Description

Set up to receive account balance and transaction alerts to help you monitor your accounts and stay on top of your finances.

#### Wells Fargo Fee

None.

#### Additional Information

Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

### Bank-to-Bank Transfers (Consumer and Business)

#### Description

Transfer money between your accounts at Wells Fargo and other U.S. financial institutions, and skip the trip to the bank.

Transactions to other people (e.g. Wires[1], Zelle®[2], Bill Pay) are covered under other service descriptions.

#### Wells Fargo Fee

None.

#### Additional Information

Terms and conditions apply. Setup is required for transfers to other U.S. financial institutions, and verification may take 1–3 business days. Customers should refer to their other U.S. financial institutions for information about any potential fees charged by those institutions. Mobile carrier's message and data rates may apply. See Wells Fargo's Online Access Agreement for more information.

In addition to the transfer fee, Wells Fargo makes money when it converts one currency to another currency for you. The exchange rate provided to you is set by Wells Fargo in its sole discretion, and it includes a markup. For additional information related to Wires and foreign currency, please see the Wells Fargo Online Access Agreement.

### Bill Pay (Business and Consumer)

#### Description

Pay your bills and invoices online from your business or personal accounts.

#### Fee

None.

#### Additional Information

There's no monthly service fee to use Bill Pay. Account fees (e.g., monthly service) may apply to your account(s) that you make Bill Pay payments from. We don't charge overdraft fees on Bill Pay transactions, but Bill Pay transactions can contribute to overdrafts. For example, if a Bill Pay payment reduces the available balance in your selected payment account, this can affect debit card purchases, checks, and other transactions that are presented to us for payment. These other transactions might be subject to overdraft fees under the terms of your account. Please refer to the Account Agreement, including the Fee and Information Schedule, applicable to your account(s).

### Cashier's Checks

**Description**

Wells Fargo checking and/or savings customers can order a cashier's check online for checks valued up to $2,000, or in-person for larger amounts at any Wells Fargo banking location.

**Fee**

$10 each.

**Additional Information**

For online orders of cashier's checks to be delivered to an address in the U.S., there will be an $8 delivery charge in addition to the $10 Wells Fargo fee. Please allow up to 3 business days for delivery to Alaska and Hawaii. Delivery of checks is limited to addresses within the United States. We do not deliver to P.O. Boxes.

Outstanding Cashier's checks are subject to state or territorial unclaimed property laws.

If the cashier's check is lost, stolen, or destroyed, you may request a stop payment and reissuance. A stop payment and reissuance can only be completed within a branch location. As a condition of stop payment and reissuance, Wells Fargo Bank will require an indemnity agreement. In addition, for cashier's checks over $1,000.00, the waiting period before the stop payment and reissuance of an outstanding cashier's check may be processed is 90 days (30 days in the state of Wisconsin and 91 days in the state of New York). The waiting period can be avoided with the purchase of an acceptable surety bond. This can be purchased through Wells Fargo's approved insurance carrier or through an insurance carrier of the customer's choice. The cost of a surety bond varies depending on the amount of the bond and the insurer used. Surety bonds are subject to the insurance carrier's underwriting requirements before issuance. If the surety bond is not provided, the waiting period applies.

## Check Order

**Description**

Order checks for your eligible accounts.

**Fee**

Check Printing prices vary by quantity, style, and design.

## Digital Wallet

**Description**

Add your Wells Fargo Debit or Credit Card to your digital wallet to make secure, on-the-go purchases in stores, in apps, or online where you see the digital wallet logo or Contactless Symbol at checkout.

**Wells Fargo Fee**

None.

**Additional Information**

Terms and conditions apply. Some (but not all) digital wallets require your device to be NFC (Near Field Communication) enabled and to have the separate wallet app available. Your mobile carrier's message and data rates may apply.

## Digital Wallet Access at Wells Fargo ATMs

**Description**

Use your Wells Fargo Debit Card in your digital wallet to access your account at Wells Fargo ATMs.

**Wells Fargo Fee**

None.

**Additional Information**

Digital wallet access is available at Wells Fargo ATMs for Wells Fargo Debit Cards in Wells Fargo-supported digital wallets. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. Some ATMs within secure locations may require a physical card for entry.

## Direct Pay (Business)

**Description**

Pay employees and vendors as soon as the next business day.[3]

**Wells Fargo Fee**

Direct Pay access costs $10 per monthly billing cycle for each business enrolled. There is no fee for Direct Pay payments made to Wells Fargo personal bank accounts. Direct Pay payments to non-Wells Fargo personal bank accounts are $0.50 per payment. Direct Pay payments made to business bank accounts are $3 each.

eBills

**Description**

Receive online versions of your paper bills through Wells Fargo Bill Pay.

**Wells Fargo Fee**

None.

**Additional Information**

There's no monthly service fee to use Bill Pay. Account fees (e.g., monthly service) may apply to your account(s) that you make Bill Pay payments from. We don't charge overdraft fees on Bill Pay transactions, but Bill Pay transactions can contribute to overdrafts. For example, if a Bill Pay payment reduces the available balance in your selected payment account, this can affect debit card purchases, checks, and other transactions that are presented to us for payment. These other transactions might be subject to overdraft fees under the terms of your account. Please refer to the Account Agreement, including the Fee and Information Schedule, applicable to your account(s).

ExpressSend® Service

**Description**

The Wells Fargo ExpressSend Service is a person-to-person remittance (money transfer) service that offers you more options to send money home to family or friends in 12 countries.

**Fee**

ExpressSend transfer fees[4] vary periodically, and are subject to change at any time. Specific fees will be disclosed at the time you start a transaction.

**Country- Fee**
**Mexico-** $6.00
**Dominican Republic-** $5.00
**El Salvador-** $11.00
**Guatemala-** $5.00
**Honduras-** $9.00
**Nicaragua-** $11.00
**Colombia-** $5.00
**Ecuador-** $9.00
**Peru-** $8.00
**India-** $3.00
**Philippines-** $5.00
**Vietnam-** $12.00

**Additional Information**

For the ExpressSend transfer fees in effect, talk to a Banker or refer to the ExpressSend Remittance Cost Estimator online at wellsfargo.com/costestimator.

In addition to the transfer fee, Wells Fargo makes money when it converts one currency to another currency for you. The exchange rate provided to you is set by Wells Fargo in its sole discretion, and it includes a markup. For additional information related to ExpressSend and foreign currency, please refer to the ExpressSend Terms and Conditions.

Fees may vary based on the type of account you have as some accounts offer fee waivers for some services. For a complete list of services, fees, and fee waivers that are available with your account, please refer to your Consumer Fee and Information Schedule, as applicable.

Loan Payment History

**Description**

Obtain a copy of your loan payment activity.

**Wells Fargo Fee**

Refer to your lending account Terms & Conditions for options.

Mobile Deposit

**Description**

Deposit a check directly into your eligible checking or savings account using the Wells Fargo Mobile app.

**Wells Fargo Fee**

For most customers, there's no fee to use Mobile Deposit. Your mobile carrier's message and data rates may apply. Some analyzed business customers may be charged a transaction or other fee for mobile deposits. Refer to your business account fee disclosures for more information.

**Additional Information**

Mobile deposit is only available through the Wells Fargo Mobile® app on eligible mobile devices. Deposit limits and other restrictions apply. Some accounts are not eligible for mobile deposit. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. See Wells Fargo's Online Access Agreement and your applicable business account fee disclosures for other terms, conditions, and limitations.

Money Order

**Description**

A payment instrument ordering the bank to pay a specific sum of money.

**Fee**

$5 per money order.

**Additional Information**

Wells Fargo checking and/or savings customers can purchase money orders valued up to $1,000 each at any Wells Fargo location.

Outstanding Money Orders are subject to state or territorial unclaimed property laws.

My Money Map (My Spending Report, Budget Watch, My Savings Plan®)

**Description**

Use My Spending Report, Budget Watch, and My Savings Plan[5] to track your spending, budget, and savings — all in one place.

**Wells Fargo Fee**

None.

QuickBooks® Online Banking (Business)

**Description**

Access your online banking balances and transactions directly through your QuickBooks software. You can also use the software to pay bills and make transfers.

**Wells Fargo Fee**

None.

**Additional Information**

QuickBooks is offered by Intuit Inc. Wells Fargo doesn't own or operate QuickBooks. Intuit is solely responsible for its content, product offerings, privacy, and security. Please refer to Intuit's terms of use and privacy policy, which are located on Intuit's website and are administered by Intuit.

To use this service, you must have an eligible Wells Fargo checking account and a username and password to access Wells Fargo Online.

Note: Cancelling the Wells Fargo Direct Connect service does not remove your data from your computer. Your Wells Fargo Direct Connect data that has been previously connected to Quicken or QuickBooks must be separately removed or deleted, which is your responsibility.

Quicken® Online Banking (Business)

**Description**

Access your online banking balances and transactions directly through your Quicken software. You can also use the software to pay bills and make transfers.

**Wells Fargo Fee**

None.

**Additional Information**

Quicken is offered by Quicken, Inc. Wells Fargo doesn't own or operate Quicken. Quicken is solely responsible for its content, product offerings, privacy, and security. Please refer to Quicken's terms of use and privacy policy, which are located on Quicken's website and are administered by Quicken.

To use this service, you must have an eligible Wells Fargo checking account and a username and password to access Wells Fargo Online.

Note: Cancelling the Wells Fargo Direct Connect service does not remove your data from your computer. Your Wells Fargo Direct Connect data that has been previously connected to Quicken or QuickBooks must be separately removed or deleted, which is your responsibility.

Quicken Online Banking (Consumer)

**Description**

Access your online banking balances and transactions directly through your Quicken software. You can also use the software to pay bills and make transfers.

**Wells Fargo Fee**

None.

**Additional Information**

Quicken is offered by Quicken, Inc. Wells Fargo doesn't own or operate Quicken. Quicken is solely responsible for its content, product offerings, privacy, and security. Please refer to Quicken's terms of use and privacy policy, which are located on Quicken's website and are administered by Quicken.

To use this service, you must have an eligible Wells Fargo checking account and a username and password to access Wells Fargo Online.

Note: Cancelling the Wells Fargo Direct Connect service does not remove your data from your computer. Your Wells Fargo Direct Connect data that has been previously connected to Quicken or QuickBooks must be separately removed or deleted, which is your responsibility.

View Deposited and Returned Checks — Business Accounts

**Description**

View details and images (if available) of returned and deposited items for at least thirty days after they post to your business account.

**Wells Fargo Fee**

There is no fee for viewing returned checks and deposit details.

RSA SecurID® Device (Consumer and Business)

**Description**

The RSA SecurID device provides an extra layer of security by generating a random 6-digit Personal Access Code that is used to sign on to advanced online payments services.

**Fee**

- One-time service fee of $25 (includes shipping and handling).
- No charge for Direct Pay or Premium Wire customers.

Statements (Online)

**Description**

View your account statements online, and stop delivery of your statements by U.S. Mail.

**Fee**

None.

**Additional Information**

Online Statements require Adobe® Acrobat® PDF reader. The length of time Online Statements are available to view and download varies depending on the product: up to 12 months for auto loans; up to 2 years for credit cards, home equity lines of credit, and personal loans and lines of credit; and up to 7 years for deposit accounts, home mortgage accounts, and trust and managed investment accounts. The length of time the specific product

4/10/25, 2:00 PM                    Online Banking Fees - Internet Banking Fees - Wells Fargo

statements are available online can be found in Wells Fargo Online® in Statements & documents. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Stop Payment

**Description**

Request a stop payment for a check or pre-authorized ACH (Automated Clearing House) item through Wells Fargo Mobile® app, Online, by phone, or by visiting your local branch and speaking with a banker.

**Wells Fargo Fee**

There is no fee for placing stop payments on consumer and small business accounts. Fees may vary based on the type of account you have, please refer to your Consumer or Business Fee and Information Schedule, as applicable.

## Tax Documents (Online)

**Description**

View copies of your tax documents online.

**Wells Fargo Fee**

None.

**Additional Information**

Tax documents that are provided in electronic form are available for up to 10 tax years starting in 2014, depending on the types of accounts you have. Tax documents are only available to the primary account owner. In most cases, a tax document is not produced unless your account earned more than $10 interest.

## Wire Transfer — Incoming Domestic and International

**Description**

A wire transfer[1] sent to a Wells Fargo account from a financial institution in the United States and International.

**Fee**

**Consumer**
**Domestic and International – No Fee**

**Business (Non-analyzed)**
**Domestic and International – No Fee**

**Business (Analyzed)**
**Domestic and International – $15**

Fees may vary based on the type of account you have as some accounts offer fee waivers for some services. For a complete list of services, fees, and fee waivers that are available with your account, please refer to your Consumer or Business Fee and Information Schedule, as applicable.

Fees may be charged by third parties or other banks, in addition to those described above. Additionally, incoming or outgoing domestic wires that contain incorrect information may be subject to fees assessed by Wells Fargo and/or other financial institutions that process the wire.

## Wire Transfer — Outgoing Domestic and International

**Description**

A wire transfer sent from a Wells Fargo account to a recipient account in the United States and International.

**Fee**

**Business**

**Digital – $25**
**Branch – $40**

**Consumer**

**Digital**
**Domestic and International sent in USD – $25**
**International sent in Foreign currency – $0**

**Branch**

**Domestic and International – $40**

Wells Fargo's wire transfer system enables you to move money between financial institutions in the U.S.

Fees may vary based on the type of account you have as some accounts offer fee waivers for some services. For a complete list of services, fees, and fee waivers that are available with your account, please refer to your Consumer or Business Fee and Information Schedule, as applicable.

Fees may be charged by third parties or other banks, in addition to those described above. Additionally, incoming or outgoing domestic wires that contain incorrect information may be subject to fees assessed by Wells Fargo and/or other financial institutions that process the wire.

## Zelle®

### Description

**Send and receive money with Zelle®.** Zelle® is a convenient way to send money quickly between friends, family, and others you know and trust. All you need to send money is an enrolled email address or US mobile phone number and enrollment with Zelle® through Wells Fargo Online.

### Wells Fargo Fee

Wells Fargo does not charge a fee for using Zelle®. However, fees associated with text messaging may be assessed by your mobile carrier, and data rates may apply. Account fees (e.g., monthly service, overdraft, Small Business Account Analysis fees) may also apply to the account(s) that you use for Zelle®.

### Additional Information

Enrollment with Zelle® through Wells Fargo Online® or Wells Fargo Business Online® is required. Terms and conditions apply. U.S. checking or savings account required to use Zelle®. Transactions between enrolled users typically occur in minutes. For your protection, Zelle® should only be used for sending money to friends, family, or others you trust. Neither Wells Fargo nor Zelle® offers purchase protection for payments made with Zelle® - for example, if you do not receive the item you paid for or the item is not as described or as you expected. Payment requests to persons not already enrolled with Zelle® must be sent to an email address. To send or receive money with a small business, both parties must be enrolled with Zelle® directly through their financial institution's online or mobile banking experience. For more information, view the Zelle® Transfer Service Addendum to the Wells Fargo Online Access Agreement. Your mobile carrier's message and data rates may apply. Account fees (e.g., monthly service, overdraft) may apply to Wells Fargo account(s) with which you use Zelle®.

Effective Date: September 5, 2024

1. In addition to any applicable fees, Wells Fargo makes money when we convert one currency to another currency for you. The exchange rate used is set by Wells Fargo, includes a markup and may be different than exchange rates you see elsewhere. For additional information related to Wires and foreign currency wires, please see the Online Access Agreement or applicable service documentation.

2. Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

3. You can begin to schedule payments to most Payees with Wells Fargo accounts within 2 business days. For accounts at other financial institutions, it can take up to 3 business days. A payee is listed as active once validation is complete. After payee is validated, payments scheduled on a business day by 3:00 pm Pacific Time can be received as soon as the following business day provided you have sufficient funds in your account.

4. In addition to the transfer fee, Wells Fargo makes money when it converts one currency to another currency for you. The exchange rate provided to you is set by Wells Fargo in its sole discretion, and it includes a markup. For additional information related to ExpressSend and foreign currency, please see the ExpressSend Terms and Conditions at wellsfargo.com/sendersrights.

5. My Savings Plan requires a Wells Fargo savings account.

Wells Fargo Bank, N.A. is a bank affiliate of Wells Fargo & Company.

Quicken is offered by Quicken, Inc. Wells Fargo doesn't own or operate Quicken. Quicken is solely responsible for its content, product offerings, privacy, and security. Please refer to Quicken's terms of use and privacy policy, which are located on Quicken's website and are administered by Quicken.

QuickBooks is offered by Intuit Inc. Wells Fargo doesn't own or operate QuickBooks. Intuit is solely responsible for its content, product offerings, privacy, and security. Please refer to Intuit's terms of use and privacy policy, which are located on Intuit's website and are administered by Intuit.

Quicken is a registered trademark of Rocket Mortgage, LLC, used under license.

RSA SecurID is a registered trademark of RSA Security LLC.

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

   Equal Housing Lender

QSR-02282026-6964120.1.1

LRC-0824

© 1999 - 2025 Wells Fargo. NMLSR ID 399801

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

<table>
<tr><td></td><td>FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)*</td></tr>
</table>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Wells Fargo Bank, N.A., a corporation

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Matthew Kenney, an individual

Electronically FILED by
Superior Court of California,
County of Los Angeles
4/17/2025 11:43 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By J. Lopez, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

<table>
<tr>
<td>The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Stanley Mosk Courthouse<br><br>111 North Hill Street, Los Angeles, CA 90012</td>
<td>CASE NUMBER:<br>*(Número del Caso):*<br>25STCV10740</td>
</tr>
</table>

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Matthew Kenney 26 26th Ave, Venice, CA 90291 310-490-4538

| DATE: | David W. Slayton, Executive Officer/Clerk of Court | |
|---|---|---|
| *(Fecha)* 04/17/2025 | Clerk, by    J. Lopez | , Deputy |
| | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Wells Fargo Bank, N.A., a corporation

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |
|---|---|---|

For your protection and privacy, please press the Clear
This Form button after you have printed the form. [Print this form] [Save this form] [Clear this form]

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Matthew Kenney<br>26 26th Avenue Venice, CA 90291<br><br>TELEPHONE NO.: 3104904538    FAX NO. :<br>EMAIL ADDRESS: matthew@ascentionglobal.com<br>ATTORNEY FOR *(Name):* | Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>4/17/2025 11:43 AM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By J. Lopez, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill St,
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
Matthew Kenney v. Wells Fargo Bank, N. A.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited    [ ] Limited | [ ] Counter    [ ] Joinder | 25STCV10740 |
| (Amount demanded exceeds $35,000) | (Amount demanded is $35,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) |
| | | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [X] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court Substantial post judgment judicial supervision
   f. [ ] nonmonetary; declaratory or injunctive relief

3. Remedies sought *(check all that apply):* a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [X] punitive
4. Number of causes of action *(specify):*
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: April 17, 2025

Matthew Kenney
_____
(TYPE OR PRINT NAME)

▶ [signature]
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2024] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**    CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[Print this form]  [Save this form]  [Clear this form]

| SHORT TITLE<br>Matthew Kenney v. Wells Fargo Bank, N. A. | CASE NUMBER    25STCV10740 |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION

### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

| This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court |
|---|

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Courthouse Location (Column C) | |
|---|---|
| 1.  Class Actions must be filed in the Stanley Mosk Courthouse, Central District. | 7.  Location where petitioner resides. |
| 2.  Permissive filing in Central District. | 8.  Location wherein defendant/respondent functions wholly. |
| 3.  Location where cause of action arose. | 9.  Location where one or more of the parties reside. |
| 4.  Location where bodily injury, death or damage occurred. | 10.  Location of Labor Commissioner Office. |
| 5.  Location where performance required, or defendant resides. | 11.  Mandatory filing location (Hub Cases – unlawful detainer, limited |
| 6.  Location of property or permanently garaged vehicle. | non-collection, limited collection). |

| | A<br>Civil Case Cover<br>Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable<br>Reasons (see<br>Step 3 above) |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐2201 Motor Vehicle – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | Uninsured Motorist (46) | ☐4601 Uninsured Motorist – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| **Other Personal Injury/ Property Damage/ Wrongful Death** | Other Personal Injury/ Property Damage/ Wrongful Death (23) | ☐2301 Premise Liability (e.g., dangerous conditions of property, slip/trip and fall, dog attack, etc.) | 1, 4 |
| | | ☐2302 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, battery, vandalism, etc.) | 1, 4 |
| | | ☐2303 Intentional Infliction of Emotional Distress | 1, 4 |
| | | ☐2304 Other Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | | ☐2305 Elder/Dependent Adult Abuse/Claims Against Skilled Nursing Facility | 1, 4 |
| | | ☐2306 Intentional Conduct – Sexual Abuse Case (in any form) | 1, 4 |

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

LASC Local Rule 2.3

| SHORT TITLE | CASE NUMBER |
|---|---|
| Matthew Kenney v. Wells Fargo Bank, N. A. | 25STCV10740 |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Other Personal Injury/Property Damage/Wrongful Death** | | ☐2307 Construction Accidents | 1, 4 |
| | | ☐2308 Landlord – Tenant Habitability (e.g., bed bugs, mold, etc.) | 1, 4 |
| | Product Liability (24) | ☐2401 Product Liability (not asbestos or toxic/ environmental) | 1, 4 |
| | | ☐2402 Product Liability – Song-Beverly Consumer Warranty Act (CA Civil Code §§1790-1795.8) (Lemon Law) | 1, 3, 5 |
| | Medical Malpractice (45) | ☐4501 Medical Malpractice – Physicians & Surgeons | 1, 4 |
| | | ☐4502 Other Professional Health Care Malpractice | 1, 4 |
| **Non-Personal Injury/ Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐0701 Other Commercial/Business Tort (not fraud or breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐0801 Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐1301 Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☒1601 Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ 2501 Legal Malpractice | 1, 2, 3 |
| | | ☐ 2502 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ 3501 Other Non-Personal Injury/Property Damage Tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ 3601 Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ 1501 Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ 1502 Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract / Warranty (06) (not insurance) | ☐ 0601 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐0602 Contract/Warranty Breach – Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐0603 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐0604 Other Breach of Contract/Warranty (no fraud/ negligence) | 1, 2, 5 |
| | | ☐0605 Breach of Rental/Lease Contract (COVID-19 Rental Debt) | 2, 5 |
| | Collections (09) | ☐0901 Collections Case – Seller Plaintiff | 5, 6, 11 |
| | | ☐0902 Other Promissory Note/Collections Case | 5, 11 |
| | | ☐0903 Collections Case – Purchased Debt (charged off consumer debt purchased on or after January 1, 2014) | 5, 6, 11 |
| | | ☐0904 Collections Case – COVID-19 Rental Debt | 5, 11 |
| | Insurance Coverage (18) | ☐1801 Insurance Coverage (not complex) | 1, 2, 5, 8 |

LASC CIV 109 Rev. 01/23    CIVIL CASE COVER SHEET ADDENDUM    LASC Local Rule 2.3

For Mandatory Use    AND STATEMENT OF LOCATION

| SHORT TITLE Matthew Kenney v. Wells Fargo Bank, N.A. | | CASE NUMBER 25STCV10740 |

| | A Civil Case Cover Sheet Case Type | B Type of Action (check only one) | C Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Contract** (Continued) | Other Contract (37) | ☐ 3701 Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ 3702 Tortious Interference | 1, 2, 3, 5 |
| | | ☐ 3703 Other Contract Dispute (not breach/insurance/fraud/ negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/ Inverse Condemnation (14) | ☐ 1401 Eminent Domain/Condemnation           Number of Parcels _____ | 2, 6 |
| | Wrongful Eviction (33) | ☐3301 Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐2601 Mortgage Foreclosure | 2, 6 |
| | | ☐2602 Quiet Title | 2, 6 |
| | | ☐2603 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer –Commercial (31) | ☐3101 Unlawful Detainer – Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer –Residential (32) | ☐3201 Unlawful Detainer – Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Post Foreclosure (34) | ☐3401 Unlawful Detainer – Post Foreclosure | 2, 6, 11 |
| | Unlawful Detainer –Drugs (38) | ☐ 3801 Unlawful Detainer – Drugs | 2, 6, 11 |
| **Judicial Review** | Asset Forfeiture (05) | ☐ 0501 Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ 1101 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ 0201 Writ – Administrative Mandamus | 2, 8 |
| | | ☐ 0202 Writ – Mandamus on Limited Court Case Matter | 2 |
| | | ☐ 0203 Writ – Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ 3901 Other Writ/Judicial Review | 2, 8 |
| | | ☐ 3902 Administrative Hearing | 2, 8 |
| | | ☐ 3903 Parking Appeal | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ 0301 Antitrust/Trade Regulation | 1, 2, 8 |
| | Asbestos (04) | ☐ 0401 Asbestos Property Damage | 1, 11 |
| | | ☐ 0402 Asbestos Personal Injury/Wrongful Death | 1, 11 |

**CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION**

| SHORT TITLE | CASE NUMBER |
|---|---|
| Matthew Kenney v. Wells Fargo Bank, N.A. | 25STCV10740 |

| | **A**<br>Civil Case Cover Sheet Case Type | **B**<br>Type of Action<br>(check only one) | **C**<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Litigation Provisionally Complex (Continued)** | Construction Defect (10) | ☐ 1001 Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ 4001 Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ 2801 Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ 3001 Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ 4101 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ 2001 Sister State Judgment | 2, 5, 11 |
| | | ☐ 2002 Abstract of Judgment | 2, 6 |
| | | ☐ 2004 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ 2005 Petition/Certificate for Entry of Judgment Unpaid Tax | 2, 8 |
| | | ☐ 2006 Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ 2701 Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (not specified above) (42) | ☐ 4201 Declaratory Relief Only | 1, 2, 8 |
| | | ☐ 4202 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ 4203 Other Commercial Complaint Case (non-tort/noncomplex) | 1, 2, 8 |
| | | ☐ 4204 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ 2101 Partnership and Corporation Governance Case | 2, 8 |
| | Other Petitions (not specified above) (43) | ☐ 4301 Civil Harassment with Damages | 2, 3, 9 |
| | | ☐ 4302 Workplace Harassment with Damages | 2, 3, 9 |
| | | ☐ 4303 Elder/Dependent Adult Abuse Case with Damages | 2, 3, 9 |
| | | ☐ 4304 Election Contest | 2 |
| | | ☐ 4305 Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ 4306 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ 4307 Other Civil Petition | 2, 9 |

| SHORT TITLE | CASE NUMBER |
|---|---|
| Matthew Kenney v. Wells Fargo Bank, N.A. | 25STCV10740 |

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address, which is the basis for the filing location including zip code. (No address required for class action cases.)

| REASON:<br>☐✓1. ☑2.☑3. ☐4. ☐5. ☐6. ☐   7.☐  8.☐9.☐  10.☐11 | ADDRESS:<br><br>26 26th Avenue |
|---|---|
| CITY: Venice | STATE:<br>CA | ZIP CODE:<br>90291 |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the _Central_____ District of the Superior Court of California, County of Los Angeles [Code of Civ. Proc., 392 et seq., and LASC Local Rule 2.3(a)(1)(E)]

Dated: April 17, 2025

_____

(SIGNATURE OF ATTORNEY/FILING PARTY

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form LASC CIV 109 (01/23).
5. Payment in full of the filing fee, unless there is a court order for waiver, partial or schedule payments.
6. A signed order appointing a Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court to issue a Summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the Summons and Complaint, or other initiating pleading in the case.

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:
**Stanley Mosk Courthouse**
**111 North Hill Street, Los Angeles, CA 90012**

PLAINTIFF:
Matthew Kenney

DEFENDANT:
Wells Fargo Bank, N.A.

## NOTICE OF CASE MANAGEMENT CONFERENCE

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles
04/11/2025
David W. Slayton, Executive Officer / Clerk of Court
By: _____ C. Cortez _____ Deputy

CASE NUMBER:
25STCV10740

TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled at the courthouse address shown above on:

Date: 09/16/2025    Time: 8:30 AM    Dept.: 20

NOTICE TO DEFENDANT:   THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.

Pursuant to California Rules of Court, rules 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least 15 calendar days prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, § 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions, pursuant to LASC Local Rule 3.37, Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.360 and 583.410, Government Code section 68608, subdivision (b), and California Rules of Court, rule 2.2 et seq.

Dated: 04/11/2025

_Kevin C. Brazile_
Judicial Officer
Kevin C. Brazile / Judge

## CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below:

☑ by depositing in the United States mail at the courthouse in _Los Angeles_, California, one copy of the original filed herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid.

☐ by personally giving the party notice upon filing of the complaint.

Matthew Kenney
26 26th Avenue
Venice, CA 90291

David W. Slayton, Executive Officer / Clerk of Court

Dated: 04/11/2025

By _C. Cortez_
Deputy Clerk

# NOTICE OF
# CASE MANAGEMENT CONFERENCE

LASC LACIV 132 Rev. 01/23
For Optional Use

Cal. Rules of Court, rules 3.720-3.730
LASC Local Rules, Chapter 7KUHH

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles

04/11/2025

David W. Slayton, Executive Officer/Clerk of Court

By: _____ C. Cortez _____ Deputy

COURTHOUSE ADDRESS:

Stanley Mosk Courthouse

111 North Hill Street, Los Angeles, CA 90012

PLAINTIFF(S):

Matthew Kenney

DEFENDANT(S):

Wells Fargo Bank, N.A.

| **ORDER TO SHOW CAUSE HEARING** | CASE NUMBER: |
| | 25STCV10740 |

To the party / attorney of record:

You are ordered to appear for an Order to Show Cause Hearing on <u>09/16/2025</u> at <u>8:30 AM</u> in department <u>20</u> of this court, <u>Stanley Mosk Courthouse</u>, and show cause why sanctions should not be imposed for:

[✔]    Failure to file proof of service.

Failure to comply or appear may result in sanctions pursuant to one or more of the following: California Rules of Court, rule 2.30 and rule 3.1340; Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.310, 583.360, 583.410, 583.420, 583.430; and Government Code section 68608.

[✔]    To avoid a mandatory appearance all required documents must be filed at least 5 days prior to the date of the hearing.

Dated: <u>04/11/2025</u>

_____
Kevin C. Brazile / Judge
Judicial Officer

**ORDER TO SHOW CAUSE HEARING**

Cal. Rules of Court, rule 2.30
LASC Local Rules, Chapter 7

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

PLAINTIFF/PETITIONER:
Matthew Kenney

DEFENDANT/RESPONDENT:
Wells Fargo Bank, N.A.

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles

04/11/2025

David W. Slayton, Executive Officer / Clerk of Court

By: _____C. Cortez_____ Deputy

## CERTIFICATE OF MAILING

CASE NUMBER:
25STCV10740

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Order to Show Cause Failure to File Proof of Service upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

Matthew Kenney
26 26th Avenue
Venice, CA 90291

David W. Slayton, Executive Officer / Clerk of Court

Dated: <u>04/11/2025</u>        By: <u>C. Cortez</u>
                                      Deputy Clerk

**CERTIFICATE OF MAILING**



*Superior Court of California, County of Los Angeles*

**ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE**

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS MUST SERVE THIS ADR INFORMATION PACKAGE ON ANY NEW PARTIES NAMED TO THE ACTION WITH THE CROSS-COMPLAINT.**

**WHAT IS ADR?**

Alternative Dispute Resolution (ADR) helps people find solutions to their legal disputes without going to trial. The Court offers a variety of ADR resources and programs for various case types.

**TYPES OF ADR**

- **Negotiation.** Parties may talk with each other about resolving their case at any time. If the parties have attorneys, they will negotiate for their clients.

- **Mediation.** Mediation may be appropriate for parties who want to work out a solution but need help from a neutral third party. A mediator can help the parties reach a mutually acceptable resolution. Mediation may be appropriate when the parties have communication problems and/or strong emotions that interfere with resolution. Mediation may not be appropriate when the parties want a public trial, lack equal bargaining power, or have a history of physical or emotional abuse.

- **Arbitration.** Less formal than a trial, parties present evidence and arguments to an arbitrator who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision.

- **Settlement Conferences.** A judge or qualified settlement officer assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Mandatory settlement conferences may be ordered by a judicial officer. In some cases, voluntary settlement conferences may be requested by the parties.

**ADVANTAGES OF ADR**

- **Save time and money.** Utilizing ADR methods is often faster than going to trial and parties can save on court costs, attorney's fees, and other charges.
- **Reduce stress and protect privacy.** ADR is conducted outside of a courtroom setting and does not involve a public trial.
- **Help parties maintain control.** For many types of ADR, parties may choose their ADR process and provider.

**DISADVANTAGES OF ADR**

- **Costs.** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial.** ADR does not provide a public trial or decision by a judge or jury.

**WEBSITE RESOURCES FOR ADR**

- **Los Angeles Superior Court ADR website:** www.lacourt.org/ADR
- **California Courts ADR website:** www.courts.ca.gov/programs-adr.htm

**Los Angeles Superior Court ADR Programs for Unlimited Civil (cases valued over $35,000)**

Litigants should closely review the requirements for each program and the types of cases served.

- **Civil Mediation Vendor Resource List.** Litigants in unlimited civil cases may use the Civil Mediation Vendor Resource List to arrange voluntary mediations without Court referral or involvement. The Resource List includes organizations that have been selected through a formal process that have agreed to provide a limited number of low-cost or no-cost mediation sessions with attorney mediators or retired judges. Organizations may accept or decline cases at their discretion. Mediations are scheduled directly with these organizations and are most often conducted through videoconferencing. The organizations on the Resource List target active civil cases valued between $50,000-$250,000, though cases outside this range may be considered. *For more information and to view the list of vendors and their contact information, download the Resource List Flyer and FAQ Sheet at www.lacourt.org/ADR/programs.html.*
  **RESOURCE LIST DISCLAIMER:** The Court provides this list as a public service. The Court does not endorse, recommend, or make any warranty as to the qualifications or competency of any provider on this list. Inclusion on this list is based on the representations of the provider. The Court assumes no responsibility or liability of any kind for any act or omission of any provider on this list.

- **Mediation Volunteer Panel (MVP).** Unlimited civil cases referred by judicial officers to the Court's Mediation Volunteer Panel (MVP) are eligible for three hours of virtual mediation at no cost with a qualified mediator from the MVP. Through this program, mediators volunteer preparation time and three hours of mediation at no charge. If the parties agree to continue the mediation after three hours, the mediator may charge their market hourly rate. When a case is referred to the MVP, the Court's ADR Office will provide information and instructions to the parties. The Notice directs parties to meet and confer to select a mediator from the MVP or they may request that the ADR Office assign them a mediator. The assigned MVP mediator will coordinate the mediation with the parties. *For more information or to view MVP mediator profiles, visit the Court's ADR webpage at www.lacourt.org/ADR or email ADRCivil@lacourt.org.*

- **Mediation Center of Los Angeles (MCLA) Referral Program.** The Court may refer unlimited civil cases to mediation through a formal contract with the Mediation Center of Los Angeles (MCLA), a nonprofit organization that manages a panel of highly qualified mediators. Cases must be referred by a judicial officer or the Court's ADR Office. The Court's ADR Office will provide the parties with information for submitting the case intake form for this program. MCLA will assign a mediator based on the type of case presented and the availability of the mediator to complete the mediation in an appropriate time frame. MCLA has a designated fee schedule for this program. *For more information, contact the Court's ADR Office at ADRCivil@lacourt.org.*

- **Resolve Law LA (RLLA) Virtual Mandatory Settlement Conferences (MSC).** Resolve Law LA provides three-hour virtual Mandatory Settlement Conferences at no cost for personal injury and non-complex employment cases. Cases must be ordered into the program by a judge pursuant to applicable Standing Orders issued by the Court and must complete the program's online registration process. The program leverages the talent of attorney mediators with at least 10 years of litigation experience who volunteer as settlement officers. Each MSC includes two settlement officers, one each from the plaintiff and defense bars. Resolve Law LA is a joint effort of the Court, Consumer Attorneys Association of Los Angeles County (CAALA), Association of Southern California Defense Counsel (ASCDC), Los Angeles Chapter of the American Board of Trial Advocates (LA-ABOTA), Beverly Hills Bar Foundation (BHBF), California Employment Lawyers Association (CELA), and Los Angeles County Bar Association (LACBA). *For more information, visit https://resolvelawla.com.*

- **Judicial Mandatory Settlement Conferences (MSCs).** Judicial MSCs are ordered by the Court for unlimited civil cases and may be held close to the trial date or on the day of trial. The parties and their attorneys meet with a judicial officer who does not make a decision, but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For more information, visit https://www.lacourt.org/division/civil/CI0047.aspx.

**Los Angeles Superior Court ADR Programs for Limited Civil (cases valued below $35,000)**
Litigants should closely review the requirements for each program and the types of cases served.

- **Online Dispute Resolution (ODR).** Online Dispute Resolution (ODR) is a free online service provided by the Court to help small claims and unlawful detainer litigants explore settlement options before the hearing date without having to come to court. ODR guides parties through a step-by-step program. After both sides register for ODR, they may request assistance from trained mediators to help them reach a customized agreement. The program creates settlement agreements in the proper form and sends them to the Court for processing. Parties in small claims and unlawful detainer cases must carefully review the notices and other information they receive about ODR requirements that may apply to their case. *For more information, visit https://my.lacourt.org/odr.*

- **Dispute Resolution Program Act (DRPA) Day-of-Hearing Mediation.** Through the Dispute Resolution Program Act (DRPA), the Court works with county-funded agencies, including the Los Angeles County Department of Consumer & Business Affairs (DCBA) and the Center for Conflict Resolution (CCR), to provide voluntary day-of-hearing mediation services for small claims, unlawful detainer, limited civil, and civil harassment matters. DCBA and CCR staff and trained volunteers serve as mediators, primarily for self-represented litigants. There is no charge to litigants. *For more information, visit https://dcba.lacounty.gov/countywidedrp.*

- **Temporary Judge Unlawful Detainer Mandatory Settlement Conference Pilot Program.** Temporary judges who have been trained as settlement officers are deployed by the Court to designated unlawful detainer court locations one day each week to facilitate settlement of unlawful detainer cases on the day of trial. For this program, cases may be ordered to participate in a Mandatory Settlement Conference (MSC) by judicial officers at Stanley Mosk, Long Beach, Compton, or Santa Monica. Settlement rooms and forms are available for use on the designated day at each courthouse location. There is no charge to litigants for the MSC. *For more information, contact the Court's ADR Office at ADRCivil@lacourt.org.*

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>04/10/2025<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: _____ A. Munoz _____ Deputy |
| **NOTICE OF CASE ASSIGNMENT**<br><br>**UNLIMITED CIVIL CASE** | |
| **Your case is assigned for all purposes to the judicial officer indicated below.** | CASE NUMBER:<br>25STCV10740 |

## THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|---|
| ✔ | Kevin C. Brazile | 20 | | | | | | |

<br><br>

Given to the Plaintiff/Cross-Complainant/Attorney of Record

David W. Slayton, Executive Officer / Clerk of Court

on 04/11/2025 _____
    (Date)

By A. Munoz_____, Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007.  They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed.  Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint.  Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date.  All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference.  These matters may be heard and resolved at this conference.  At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules.  Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction.  Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status.  If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**