UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-04845-WLH-PD | Date | September 22, 2025 |
|---|---|---|---|
| Title | *Matthew Kenney v. Wells Fargo Bank, N.A.* | | |

Present: The Honorable   WESLEY L. HSU, United States District Judge

| Holidae Crawford | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:   (IN CHAMBERS) ORDER RE FAILURE TO RESPOND TO AN ORDER TO SHOW CAUSE [38]**

Plaintiff has failed to respond to the Court's Order to Show Cause for Lack of Prosecution, issued on August 25, 2025.  (Order, Docket No. 38).  Accordingly, the Court **ORDERS** the dismissal of this case without prejudice.

**IT IS SO ORDERED.**